# United States Bankruptcy Court
## Northern District of Iowa

In re: Rodney L Hettinger
Kimberly K Hettinger
Debtor(s)

Case No.
Chapter 12

# PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, Rodney L Hettinger, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

■ Other: Self Employed

☐ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


I, Kimberly K Hettinger, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

■ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

    Number of advices attached:
    Period covered by advices:
    Number of Employers providing advices:

Date August 26, 2019     Signature /s/ Rodney L Hettinger
    Rodney L Hettinger
    Debtor

Date August 26, 2019     Signature /s/ Kimberly K Hettinger
    Kimberly K Hettinger
    Joint Debtor

Delaware County Memorial Hospital
PO Box 359
709 W Main
Manchester, IA 52057

Check No: 1011225
Date: 8/15/2019
Amount: 1,415.23

Pay

**One Thousand Four Hundred Fifteen AND 23/100 DOLLARS**

TO THE
ORDER
OF

Kimberly K Hettinger
34700 St Sebald Rd
Strawberry Point, IA 52076

**Check Copy - Non Negotiable**

Delaware County Memorial Hospital   PO Box 359 709 W Main   Manchester, IA 52057

Kimberly K Hettinger (02165)
XXX-XX-3964
DEPARTMENT

7/29/2019-8/11/2019 PAY PERIOD
8/15/2019 PAY DATE
1011225 CHECK NO

| EARNINGS | HRS/UNITS | CURRENT AMT | YEAR TO DATE | DEDUCTIONS | CURRENT AMT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Average Rate Overtime (5) | 7.60 | 91.99 | 228.50 | 403B | 50.00 | 850.00 |
| Regular | 86.80 | 2,101.18 | 27,220.13 | Aflac - Accident | 22.50 | 360.00 |
| | | | | Dental | 64.98 | 1,039.68 |
| | | | | Federal Income Tax | 79.13 | 777.99 |
| | | | | Health Ins - Pretax | 195.50 | 3,128.00 |
| | | | | Iowa Income Tax | 70.00 | 878.00 |
| | | | | IPERS | 137.95 | 1,953.50 |
| | | | | Medicare Tax | 27.70 | 384.67 |
| | | | | Social Security Tax | 118.43 | 1,644.84 |
| | | | | Vol Life Ins - Emp | 11.75 | 188.00 |

Paid Leave Balance: 359.67 Hours

| 24.21 | 2,193.17 | 777.94 | 1,415.23 | 31,057.39 | 11,468.88 | 19,588.51 |
|---|---|---|---|---|---|---|
| PAY RATE | CURRENT EARNINGS | CURRENT DED | NET PAY | YTD EARNINGS | YTD DED | YTD NET PAY |

| Delaware County Memorial Hospital | | | | Check No | | 1011215 |
| --- | --- | --- | --- | --- | --- | --- |
| PO Box 359 709 W Main Manchester, IA 52057 | | | | Date 8/1/2019 | | Amount 1,136.84 |

Pay **One Thousand One Hundred Thirty Six AND 84/100 DOLLARS**

TO THE ORDER OF  
Kimberly K Hettinger  
34700 St Sebald Rd  
Strawberry Point, IA 52076

**Check Copy - Non Negotiable**

| Delaware County Memorial Hospital | | PO Box 359 709 W Main | | Manchester, IA 52057 | | |
| --- | --- | --- | --- | --- | --- | --- |
| Kimberly K Hettinger (02165) XXX-XX-3964 | | DEPARTMENT | | 7/15/2019-7/28/2019 PAY PERIOD | 8/1/2019 PAY DATE | 1011215 CHECK NO |
| EARNINGS | HRS/UNITS | CURRENT AMT | YEAR TO DATE | DEDUCTIONS | CURRENT AMT | YEAR TO DATE |
| Regular | 73.80 | 1,786.49 | 25,118.95 | 403B | 50.00 | 800.00 |
| Shift | 8.30 | 16.60 | 246.90 | Aflac - Accident | 22.50 | 337.50 |
| | | | | Dental | 64.98 | 974.70 |
| | | | | Federal Income Tax | 41.82 | 698.86 |
| | | | | Health Ins - Pretax | 195.50 | 2,932.50 |
| | | | | Iowa Income Tax | 50.00 | 808.00 |
| | | | | IPERS | 113.41 | 1,815.55 |
| | | | | Medicare Tax | 22.04 | 356.97 |
| | | | | Social Security Tax | 94.25 | 1,526.41 |
| | | | | Vol Life Ins - Emp | 11.75 | 176.25 |
| Paid Leave Balance: 346.57 Hours | | | | | | |
| 24.21 PAY RATE | 1,803.09 CURRENT EARNINGS | 666.25 CURRENT DED | 1,136.84 NET PAY | 28,864.22 YTD EARNINGS | 10,690.94 YTD DED | 18,173.28 YTD NET PAY |

Delaware County Memorial Hospital
PO Box 359
709 W Main
Manchester, IA 52057

Check No: 1011205
Date: 7/18/2019
Amount: 1,056.27

Pay: One Thousand Fifty Six AND 27/100 DOLLARS

TO THE ORDER OF:
Kimberly K Hettinger
34700 St Sebald Rd
Strawberry Point, IA 52076

Check Copy - Non Negotiable

Delaware County Memorial Hospital
PO Box 359 709 W Main  Manchester, IA 52057

Kimberly K. Hettinger (02165)
XXX-XX-3964
DEPARTMENT
PAY PERIOD: 7/1/2019-7/14/2019
PAY DATE: 7/18/2019
CHECK NO: 1011205

| EARNINGS | HRS/UNITS | CURRENT AMT | YEAR TO DATE | DEDUCTIONS | CURRENT AMT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Paid Leave | 45.00 | 1,089.35 | 3,115.24 | 403B | 50.00 | 750.00 |
| Regular | 27.60 | 668.13 | 23,332.46 | Aflac - Accident | 22.50 | 315.00 |
| | | | | Dental | 64.98 | 909.72 |
| | | | | Federal Income Tax | 37.55 | 657.04 |
| | | | | Health Ins - Pretax | 195.50 | 2,737.00 |
| | | | | Iowa Income Tax | 47.00 | 758.00 |
| | | | | IPERS | 110.55 | 1,702.14 |
| | | | | Medicare Tax | 21.38 | 334.93 |
| | | | | Pharmacy | 19.65 | 39.40 |
| | | | | Social Security Tax | 91.42 | 1,432.16 |
| | | | | Uniform/Supplies | 28.93 | 28.93 |
| | | | | Vol Life Ins - Emp | 11.75 | 164.50 |

Paid Leave Balance: 335.42 Hours

| 24.21 | 1,757.48 | 701.21 | 1,056.27 | 27,061.13 | 10,024.69 | 17,036.44 |
|---|---|---|---|---|---|---|
| PAY RATE | CURRENT EARNINGS | CURRENT DED | NET PAY | YTD EARNINGS | YTD DED | YTD NET PAY |

08/14/2019

| Delaware County Memorial Hospital | | Check No | 1011194 |
|---|---|---|---|
| PO Box 359 | | | |
| 709 W Main | | Date | Amount |
| Manchester, IA 52057 | | 7/4/2019 | 1,258.77 |

Pay: One Thousand Two Hundred Fifty Eight AND 77/100 DOLLARS

TO THE ORDER OF  
Kimberly K Hettinger  
34700 St Sebald Rd  
Strawberry Point, IA 52076

**Check Copy - Non Negotiable**

Delaware County Memorial Hospital  
PO Box 359 709 W Main  Manchester, IA 52057

| Kimberly K Hettinger (02165) | | | | | | |
|---|---|---|---|---|---|---|
| XXX-XX-3964 | DEPARTMENT | | 6/17/2019-6/30/2019 PAY PERIOD | 7/4/2019 PAY DATE | 1011194 CHECK NO. | |

| EARNINGS | HRS/UNITS | CURRENT AMT | YEAR TO DATE | DEDUCTIONS | CURRENT AMT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Average Rate Overtime (.5) | 5.40 | 64.70 | 136.51 | 403B | 50.00 | 700.00 |
| Regular | 84.50 | 1,985.92 | 22,664.33 | Accounts Rec | 50.00 | 50.00 |
| Shift | 4.70 | 9.40 | 230.30 | Aflac - Accident | 22.50 | 292.50 |
| Weekend Regional Family Health | 5.80 | 11.60 | 11.60 | Dental | 64.98 | 844.74 |
| | | | | Federal Income Tax | 66.99 | 619.49 |
| | | | | Health Ins - Pretax | 195.50 | 2,541.50 |
| | | | | Iowa Income Tax | 64.00 | 711.00 |
| | | | | IPERS | 130.30 | 1,591.59 |
| | | | | Meals | 20.00 | 40.00 |
| | | | | Medicare Tax | 25.94 | 313.55 |
| | | | | Social Security Tax | 110.89 | 1,340.74 |
| | | | | Vol Life Ins - Emp | 11.75 | 152.75 |

Paid Leave  
Balance: 376.25 Hours

| 23.50 | 2,071.62 | 812.85 | 1,258.77 | 25,303.65 | 9,323.48 | 15,980.17 |
|---|---|---|---|---|---|---|
| PAY RATE | CURRENT EARNINGS | CURRENT DED | NET PAY | YTD EARNINGS | YTD DED | YTD NET PAY |

| | Delaware County Memorial Hospital<br>PO Box 359<br>709 W Main<br>Manchester, IA 52057 | | | Check No<br>Date<br>6/20/2019 | 1011183<br>Amount<br>1,082.68 |
|---|---|---|---|---|---|
| Pay | One Thousand Eighty Two AND 68/100 DOLLARS | | | | |
| TO THE<br>ORDER<br>OF | Kimberly K Hettinger<br>34700 St Sebald Rd<br>Strawberry Point, IA 52076 | | | | |
| | Check Copy - Non Negotiable | | | | |

Delaware County Memorial Hospital　　PO Box 359 709 W Main　　Manchester, IA 52057

Kimberly K Hettinger (02165)　　　　　DEPARTMENT　　　　6/3/2019-6/16/2019　　　6/20/2019　　　1011183  
XXX-XX-3964　　　　　　　　　　　　　　　　　　　　PAY PERIOD　　　　　PAY DATE　　　CHECK NO

| EARNINGS | HRS/UNITS | CURRENT AMT | YEAR TO DATE | DEDUCTIONS | CURRENT AMT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Paid Leave | 3.90 | 91.66 | 2,025.89 | 403B | 50.00 | 650.00 |
| Regular | 68.10 | 1,600.50 | 20,678.41 | Aflac - Accident | 22.50 | 270.00 |
| Shift | 16.90 | 33.80 | 220.90 | Dental | 64.98 | 779.76 |
| | | | | Federal Income Tax | 34.60 | 552.50 |
| | | | | Health Ins - Pretax | 195.50 | 2,346.00 |
| | | | | Iowa Income Tax | 45.00 | 647.00 |
| | | | | IPERS | 108.56 | 1,461.29 |
| | | | | Medicare Tax | 20.92 | 287.61 |
| | | | | Social Security Tax | 89.47 | 1,229.85 |
| | | | | Vol Life Ins - Emp | 11.75 | 141.00 |

Paid Leave  
Balance: 363.50 Hours

| 23.50 | 1,725.96 | 643.28 | 1,082.68 | 23,232.03 | 8,510.63 | 14,721.40 |
|---|---|---|---|---|---|---|
| PAY RATE | CURRENT EARNINGS | CURRENT DED | NET PAY | YTD EARNINGS | YTD DED | YTD NET PAY |

08/14/2019