UNITED STATES BANKRUPTCY COURT
Northern District of Iowa

IN RE:                                                 CHAPTER 12

Rodney L Hettinger and Kimberly K Hettinger,          CASE NO. 19-01165

DEBTORS.

ORIGINAL PLAN OF REORGANIZATION

COMES NOW the Debtors, Rodney L Hettinger and Kimberly K Hettinger, and submit the following Original Plan of Reorganization. (THE PLAN)

1. **TIME PERIOD:**

   a. the plan shall submit all of debtor's disposable income for a period of three (3) years, there are no domestic support obligations affected by this plan.

2. **ADMINISTRATIVE COST:**

   a. the Debtors shall pay all Trustee fees which shall be paid on any distribution made by the Trustee.
   b. all Attorney fees and other administrative expenses incurred shall be paid upon confirmation of the Plan.

3. **PRIORITY CLAIMS:**

   a. the Plan adopts the provisions set forth in Section §1232 of the Bankruptcy Code.

4. **LIQUIDATION ANALYSIS:**

   a. a liquidation analysis of all real property (nonexempt) is set forth on Exhibit A made a part hereof. The equipment valuations were set up by debtor who in past years has been involved in the implement sales business as set forth on Exhibit B made a part hereof.

With regards to Real Estate, the Debtors has adopted 2 valuation methods. With regards to Real Estate that is improved i.e. contains housing units, the assessed value of the Real Estate was used. On property deemed Agricultural CSR rating was used; each CSR unit having been multiplied by $122.25 per unit. This is the average

number obtained from 2 independent sources which are attached to the real estate appraisals, set forth on Exhibit A1, and A2 made a part hereof.

## 5. TREATMENT OF CREDITORS

It is Debtor's belief that secured creditors will be paid the total value of their secured asset as of the date of confirmation and that unsecured creditors will receive more than they would in a liquidation situation.

Upon the completion of the Plan, unsecured creditors and under secured creditors shall file appropriate releases releasing any and all interest they may assert in property of the Debtors.

## 6. INCOME AND EXPENSES:

Projected income attached, market as Exhibit C, projected incomes for the Debtors during the three (3) year term of this Plan. The information is obtained from income derived by Debtors commencing in August 2019 through and including March 2020. Because of the volatility of the farm economy, mindful of the present pandemic, these projections are subject to deviation.

## 7. SECURED CREDITORS:

<u>South Central State Bank</u>

> Notice Address: c/o Mark Rice as representative, address 699 Walnut Street, Suite 2000, Des Moines, IA 50309
> Payment Address: South Central Bank PO Box 186, Campbell, NE 68932

under claim #18 shall retain a security interest in:

> 2018 MacDon FD140 Bean head and Benda Ag Trailer
> 2018 Vermeer Bailer
> 2016 Case TR340 Skid Steer

Total security claim is $170,000 to be paid in monthly installments at 4% interest rate for 10 years for a monthly payment of $1,721 with a 3-year balloon.

Payments to commence 60 days after confirmation of plan and to continue for 36 months. Remaining balance of claim to be treated as unsecured.

Linn Area Credit Union

    Notice Address: 3015 Blairs Ferry Rd. NE, Cedar Rapids, IA 52402

under claim # 27 shall retain a security interest in:

    Honda ATV, value should be established at $12,000

Total security claim is $12,000 to be paid in monthly installments at 4.5% interest rate for 7 years for a monthly payment of $166.80.

Payments to commence 60 days after confirmation of plan and to continue until balance is paid. Remaining balance of claim to be treated as unsecured.

Stearns Bank

    Notice Address: c/o Hannah Gilbert, 4191 2nd St South, Saint Cloud, MN 56301

under claim # 29 shall retain a security interest in:

    Benda Grain Ct., value should be established at $40,000

Total security claim is $40,000 to be paid in monthly installments at 4.5% interest rate for 7 years for a monthly payment of $556.01.

Payments to commence 60 days after confirmation of plan and to continue until balance is paid. Remaining balance of claim to be treated as unsecured.

AGCO Finance LLC

    Notice Address: PO Box 2000, Johnston, IA 50131

under claim # 13 shall retain a security interest in:

    Sunflower 5056-45, value should be established at $30,000.  Claim value $23,417.73

Total security claim is $23,417.73 to be paid in monthly installments at 4.5% interest rate for 7 years for a monthly payment of $325.51.

Payments to commence 60 days after confirmation of plan and to continue until balance is paid. Remaining balance of claim to be treated as unsecured.

Balance of $6,582 in claim is exempt.

Citizens Bank

    Notice Address: One Citizens Bank Way, JCA115, Johnston, Rhode Island 02919

under claim # 11 shall retain a security interest in:

    2018 Ford F150, value should be established at $33,695. Claim value $29,750.42

Total security claim is $29,750.42 to be paid in monthly installments of $633.85.

Payments to commence 60 days after confirmation of plan and to continue until balance is paid.

Regions Bank

no claim on file, shall retain a security interest in:

    2014 Ford Mustang

Monthly payments to be made under existing terms with secured creditor.

Payments to commence 60 days after confirmation of plan and to continue until balance is paid.

Bank of America

    Notice Address: PO Box 31785, Tampa, FL 33631

under claim # 1 shall take possession of their secured claim:

    Keystone Raptor

Deficiently balance to be treated as unsecured.

First State Bank

    Notice Address: PO Box 206, Sumner, IA 50674

under claim # 30 debtor shall surrender:

    Cat 765 Tractor, value should be established at $35,000
    Case IH 2208 Corn head, value should be established at $7,000
    DMI 730 Chisel Plow, value should be established at $3,000
    Sunflower 6631, value should be established at $30,000

under claim # 30 shall retain a security interest in:

Cat 765 Tractor, value should be established at $30,000
2012 EBY Short Bed, value should be established at $3,500
Polaris Ranger, value should be established at $500
Dump Truck (no tires), value should be established at $2,000
Sunflower 4511, value should be established at $20,000

Total security claim is $56,000 to be paid in monthly installments at 4.5% interest rate for 7 years for a monthly payment of $778.

Payments to commence 60 days after confirmation of plan and to continue until balance is paid. Remaining balance of claim to be treated as unsecured.

Mortgage on parcel IDs 17-16-401-007, 17-16-401-005, 17-30-226-001, 17-30-226-002, 17-30-426-00, and 17-30-276-001 value should be established at $244,564.61

Total security claim is $244,564.61 to be paid in monthly installments at 3.5% interest rate for 30 years for a monthly payment of $1,095.

Payments to commence 60 days after confirmation of plan and to continue until balance is paid. Remaining balance of claim to be treated as unsecured.

### 8. GERNERAL ALLOWED UNSECURED CREDITORS:

General Allowed Unsecured Creditors will receive the net disposable income for three (3) years. Said payments shall be made by the Trustee and be paid every 12 months upon the anniversary of the confirmation of the Plan.

Respectfully Submitted,

BY: /s/ Francis Wm Henkels
**Francis Wm. Henkels- #2305**
**Henkels & Baker, PC**
2774 University Ave., Suite G
Dubuque, IA 52001
Phone: (563)556-4060
Fax:(563)556-0805
Email: fran@henkelsbaker.com

| Address | Legal Address | Parcel ID Number | Acres | Assessed Value | Average CSR | Total CSR | x122.25 | Amount |
|---|---|---|---|---|---|---|---|---|
| Saint Sebald Rd | Lot 2 NE SW 4-91-6 | 17-04-326-004 | 5.02 | | | | | |
| 34700 Saint Sebald Rd | LOT 2 NE SW 4-91-6-FR | 17-04-326-006 | 8.58 | | | | | |
| Saint Sebald Rd | LOT 2 NW SW 4-91-6-FR | 17-04-301-006 | 2.12 | | | | | |
| Saint Sebald Rd | LOT 2 NW SW 4-91-6 | 17-04-301-004 | 20.14 | | | | | |
| TOTAL | | | | | | | | |
| HOMESTEAD - EXEMPT | | | | | | | | |
| | | | | | | | | |
| *36654 Belgian Rd    NA | Lot 2 of 2, 2 of 1, 2 of 1 of 1 & 3 NW SE 16-91-6 | 17-16-401-007 | 1.47 | | 56.09 | 82.45 | 122.25 | $ 79,065.00 |
| Belgian Rd | LOT 5 NW SE 16-91-6 | 17-16-401-005 | 3.23 | | 39.76 | 128.42 | 122.25 | $ 15,699.35 |
| ACORN RD | PT NE NE 30 91 6 | 17-30-226-001 | 32.5 | | 22.29 | 724.41 | 122.25 | $ 88,559.12 |
| 38585 ACORN RD | PT NE NE 30 91 6 F.R. | 17-30-226-002 | 7.5 | | 6.13 | 46.01 | 122.25 | $ 5,624.72 |
| ACORN RD | PT NE NE SE 30 91 6 | 17-30-426-00 | 4 | | 21.45 | 85.8 | 122.25 | $ 10,489.05 |
| ACORN RD | SE NE 30 91 6 | 17-30-276-001 | 40 | | 9.23 | 369.14 | 122.25 | $ 45,127.37 |
| | | | | | | | | |
| TOTAL | | | | | | | | $ 244,564.61 |
| | | | | | | | | |
| * assessed value property includes a residence | | | | | | | | |

EXHIBIT A

tabbies®



# CLAYTON COUNTY, IOWA

**Location:** Northeast Iowa

**County Average CSR2:**

CSR2 Weighted Average: 43.9 CSR2 Cropland average: 71

**State Average CSR2:** 68.6

**Average Price per CSR2 Point:** $92.73

**County Size:** 779 sq miles

**Farmland Acres:** 420,050 total acres, 337,115 Cropland acres, 77,621 Woodland acres, 37,314 Other acres

**Average Farmland Value (Price Per Acre):**

$6,584

**Average Farmland Value for Northeast Iowa:**

$7,325

**Highest Known Farmland Sale in County:**

**Average County Rent:** $227.00

**Rent Range:** $183-$282 per acre

**Average rent for Northeast Iowa:**

$237.00

**Rent per CSR Point:**

$3.20 per CSR2

**Improved Permanent Pasture:**

$85.00/a Region 3 average

**Unimproved Permanent Pasture:** $58.00/a Region 3 average



**Stalk Grazing per Acre:**

**Hunting Rights per Acre:**
$19.00/a Regional Average

**Towns:** Clayton, Gaavillo, Millville, Postville, Edgewood, Guttenberg, Monona, St. Olaf, Elkader, Luana, North Buena Vista, Strawberry Point, Farmersburg, Marquette, Osterdock, Volga, Garber, McGregor

**Unincorporated Areas:** Beulah, Fairview, Littleport, Thomasville, Ceres, Froelich, McGregor Heights, Turkey River, Clayton Center, Giard, Mederville, Updegraff, Communia, Gunder, Motor, Watson, Eckards, Hardin, Osboe, Wood, Elkport, Highland, Saint Sebald

**Townships:** Boardman, Farmersburg, Lodomillo, Monona, Buena Vista, Gaavillo, Mallory, Read, Cass, Giard, Maion, Sperry, Clayton, Grand Meadow, Mendon, Volga, Cox Creek, Highland, Millville, Wagner, Elk, Jefferson

**History:**

**Additional Information:** Learn more at Clayton County Iowa (http://www.claytoncountyia.gov/) webste.

# JASON J. SMITH, CAI
# (MAILTO:JASON@DREAMDIRT.COM)
## LAND BROKER, AUCTIONEER, APPRAISER



(mailto:jason@dreamdirt.com)

# TOM BRADLEY
# (MAILTO:TOM@DREAMDIRT.COM)
## LAND BROKER, AUCTIONEER, APPRAISER



(mailto:tom@dreamdirt.com)

# Clayton County, Iowa | Farmland Prices, Appraisal, Auctions - Iowa Land Company

You'll find everything you need to know about farmland for sale in Clayton County, Iowa, right here. Average land prices, the biggest towns within the county, the available land for sale, and many additional resources that will help make your Iowa land search easier. Reach out to your Clayton County land agent with any questions or to request a FREE farm appraisal.

**Location:** Northeast Iowa

**Average Farmland Value:** $6,936

**CSR2 Price Per Point Average:** $151.77

**Estimated Average Corn Yield:** 167.5

**Average Cash Rent Per Acre:** $234

**Average County Cash Rent Per Acre Pasture:** $45-71

**Towns:** Clayton, Gaavillo, Millville, Postville, Edgewood, Guttenberg, Monona, St. Olaf, Elkader, Luana, North Buena Vista, Strawberry Point, Farmersburg, Marquette, Osterdock, Volga, Garber, McGregor

**Townships:** Boardman, Farmersburg, Lodomillo, Monona, Buena Vista, Gaavillo, Mallory, Read, Cass, Giard, Maion, Sperry, Clayton, Grand Meadow, Mendon, Volga, Cox Creek, Highland, Millville, Wagner, Elk, Jefferson

**Adjacent Counties:** Winneshiek, Fayette, Buchanan, Allamakee

**County Seat:** Elkader

**County Website:** Learn more about the county at *Clayton County Website*

**Additional Clayton County Agricultural Informational Website:**

*Clayton Census of Agriculture*

**County Assessor:** You can learn individual farm information; parcel ID numbers, farm taxes, recent land sales, and even landowners names and mailing addresses on the county *Assessor Page* here.

**County Fair:** The 2018 Fayette County fair will be August 1st-6th. To learn more about the county fair visit the *Website Here*.

**FREE Farm Appraisal:** We work hand and hand with dirt everyday. Nobody knows land value better than your local land agent here at Iowa Land Company. We use five key variables to determine what the dirt is worth on one particular



EXHIBIT A2

farm. To learn more about how we value a farm or to request a free farm evaluation visit our *What's Your Farm Worth* page. Fill out our simple contact form or contact Nick Skinner your local land agent at (515) 650-0974.

**Clayton County History:**

Clayton County is a county located in the U.S. state of Iowa. As of the 2010 census, the population was 18,129. Its county seat is Elkader. According to the U.S. Census Bureau, the county has a total area of 793 square miles, of which 779 square miles is land. Clayton County is part of the Driftless Area, a region that completely missed being ice-covered during the last ice age. Streams have deeply carved valleys, while the Mississippi River has spectacular bluffs. *Wikipedia* page.

Please note that the above farm land values are averages and are not guaranteed in every situation. If you need an appraisal on a specific piece of land, call us to discuss how we can help. Farmland prices can change notoriously quickly, meaning information on this website may vary from the current prices as you view this content. Price per acre exact numbers and county averages came from Iowa State University Extension and Outreach Surveys

# LAND AUCTIONS

Clayton County Land Auction Company

# CLAYTON COUNTY AUCTION RESULTS

# LAND FOR SALE

Clayton County Real Estate Company

**Looking to buy Clayton County Farmland? Contact your local Land Agent for land that is available in Clayton County.**

# EQUIPMENT

| | | |
|---|---|---|
| 1st State Bank | Cat 765 Tractor | $30,000 |
| 1st State Bank | 2012 EBY Short Bed | $3,500 |
| 1st State Bank | Polaris Ranger | $500 |
| 1st State Bank | Dump Truck (no tires) | $2,000 |
| 1st State Bank | Sunflower 4511 | $20,000 |
| 1st State Bank | Cat 765 Tractor | Surrender |
| 1st State Bank | Sunflower 6631 | Surrender |
| 1st State Bank | Case IH 2208 Corn head | Surrender |
| 1st State Bank | DMI 730 Chisel Plow | Surrender |
| Bank of America | Keystone Raptor | Surrender |
| TOTAL | | $56,000 |

| | | |
|---|---|---|
| Linn Area CU | Honda ATV | $12,000 |
| South Central | 2018 MacDon FD140 Bead Benda Ag Trailer | $55,000 |
| South Central | 2018 Vermeer Bailer | $26,500 |
| South Central | 2016 Case TR340 Skid Steer | $42,500 |
| Stearns | Benda Grain Ct. | $40,000 |
| AGCO | Sunflower 5056-45 | $30,000 |
| Citizens | 2018 Ford F150 | $33,695 |
| Regions Bank | 2014 Ford Mustang | $25,000 |
| TOTAL | | $264,695 |



EXHIBIT B

INCOME/EXPENSES

September 2019
    Household and Farm Expenses    $3,430
    Income    $8,301

October 2019
    Household and Farm Expenses    $22,996
    Income    $29,650

November 2019
    Household and Farm Expenses    $6,130
    Income    $24,365

December 2019
    Household and Farm Expenses    $9,952
    Income    $27,253

January 2020
    Household and Farm Expenses    $6,610
    Income    $10,887

February 2020
    Household and Farm Expenses    $5,803
    Income    $11,225

March 2020
    Household and Farm Expenses    $5,310
    Income    $13,790



EXHIBIT C