UNITED STATES BANKRUPTCY COURT
Northern District of Iowa

IN RE:                                                          CHAPTER 12

Rodney L Hettinger and Kimberly K        CASE NO. 19-01165
Hettinger,

            DEBTORS.

## **FIRST APPLICATION FOR**
## **ATTORNEYS FEES AND EXPENSES**

      Francis Wm Henkels, attorney for the Debtors in this matter, applies to the Court for an order authorizing and directing payment by Debtors of fees and expenses incurred in the course of their representation. The period of services covers initial representation through April 30, 2020.

1. Applicant is the attorney of record for Debtor and has acted in that role since employment. An application for employment was filed on September 24, 2019 and approved by the Court in an order dated September 26, 2019.

2. The Applicant makes this First Application for allowance of compensation for professional services rendered by Applicant for reimbursement of actual necessary expenses incurred while rendering such services. All services for which compensation is requested were performed for and on behalf of the Debtor, and not for any creditors, or other person.

3. Exhibit "A", attached hereto and made a part hereof, is taken from the time records of Applicant and sets forth in detail the exact nature and scope of the services which were performed for the benefit of the Debtor.

4. No compensation previously paid has been shared by Applicant with any other entity, nor is such sharing contemplated.

5. Applicant now makes application for approval of fees and expenses in the amounts of $18,134.53. Applicant requests approval of the fees and expenses set forth on Exhibit "A" to be paid.

WHEREFORE, Applicant requests that the court issue an order approving payment of 18,134.53 in legal fees.

Respectfully Submitted,

BY: <u>/s/ Francis Wm Henkels</u>
    **Francis Wm. Henkels- #2305**
    **Henkels & Baker, PC**
    2774 University Ave., Suite G
    Dubuque, IA 52001
    Phone: (563)556-4060
    Fax:(563)556-0805
    Email: fran@henkelsbaker.com



# Henkels & Baker, PC
ATTORNEYS AT LAW

| From | Henkels & Baker PC |
|------|---------------------|
|      | 2774 University Avenue |
|      | Suite G |
|      | Dubuque, IA 52001 |

| Statement For | Hettinger, Rodney & Kimberly |
|---------------|------------------------------|
|               | 34700 Saint Sebald Road |
|               | Strawberry Point, IA 52076 |

| Statement ID | 1344 |
|--------------|------|
| Issue Date   | 05/04/2020 |
| Due Date     | 05/18/2020 |

| Item Type | Description | Quantity | Unit Price | Amount |
|-----------|-------------|----------|------------|--------|
| Service | [FWH] Business Restructure - 09/05/2019 - Attorney Time / Francis Henkels: Meeting with client | 1.50 | $250.00 | $375.00 |
| Service | [FWH] Business Restructure - 09/24/2019 - Attorney Time / Francis Henkels: meeting w cli re income work on file | 2.50 | $250.00 | $625.00 |
| Service | [FWH] Business Restructure - 10/02/2019 - Attorney Time / Francis Henkels: meeting of creditors re | 1.40 | $250.00 | $350.00 |
| Service | [FWH] Business Restructure - 10/14/2019 - Attorney Time / Francis Henkels: call from cli re round bailer and call to Pat re same | 0.30 | $250.00 | $75.00 |
| Service | [FWH] Business Restructure - 10/17/2019 - Attorney Time / Francis Henkels: work on income | 1.40 | $250.00 | $350.00 |
| Service | [FWH] Business Restructure - 01/07/2020 - Attorney Time / Francis Henkels: call to atty dilloon re check | 0.20 | $250.00 | $50.00 |
| Service | [FWH] Business Restructure - 01/22/2020 - Attorney Time / Francis Henkels: 2004 Examination at office | 3.50 | $250.00 | $875.00 |
| Service | [FWH] Business Restructure - 02/03/2020 - Attorney Time / Francis Henkels: conf w atty dillon | 0.40 | $250.00 | $100.00 |
| Service | [FWH] Business Restructure - 02/19/2020 - Attorney Time / Francis Henkels: work on plan | 0.80 | $250.00 | $200.00 |
| Service | [FWH] Business Restructure - 02/20/2020 - Attorney Time / Francis Henkels: conf w cli re plan court hearing | 1.70 | $250.00 | $425.00 |
| Service | [FWH] Business Restructure - 02/27/2020 - Attorney Time / Francis Henkels: conf re reports and land value c/n rent the 84 for 200 per | 0.30 | $250.00 | $75.00 |
| Service | [FWH] Business Restructure - 03/10/2020 - Attorney Time / Francis Henkels: letter to cnh atty and atty for 1/3bank | 0.30 | $250.00 | $75.00 |

EXHIBIT A

| | | | | |
|---|---|---|---|---|
| Service | [FWH] Business Restructure - 03/23/2020 - Attorney Time / Francis Henkels: conf w marg re leases call to cli call to dillion re lease | 0.40 | $250.00 | $100.00 |
| Service | [FWH] Business Restructure - 04/14/2020 - Attorney Time / Francis Henkels: rev of clams | 0.30 | $250.00 | $75.00 |
| Service | [FWH] Business Restructure - 04/20/2020 - Legal Assistant Time / Teri Hooper: Work on mortgage # for attorney | 2.50 | $50.00 | $125.00 |
| Service | [FWH] Business Restructure - 04/24/2020 - Attorney Time / Francis Henkels: Work on file | 1.00 | $250.00 | $250.00 |
| Service | [FWH] Business Restructure - 04/29/2020 - Attorney Time / Francis Henkels: Plan | 3.50 | $250.00 | $875.00 |
| Service | [FWH] Business Restructure - 04/30/2020 - Attorney Time / Francis Henkels: Work on Plan | 3.00 | $250.00 | $750.00 |
| Expense | Balance forward | 1.00 | $12,384.53 | $12,384.53 |

**Amount Due**     **$18,134.53**

Notes

Thank you for your business! Please make checks payable to Henkels & Baker PC. You may also pay online at www.henkelsbaker.com with your credit card, debit card or bank account FOR NO ADDITIONAL CHARGE.

This statement represents the status of your account as of the date of the statement. If you have made alternate payment arrangements with our office, please continue to follow those arrangements.