# UNITED STATES BANKRUPTCY COURT
NOTHERN DISTRICT OF IOWA

In re: RODNEY L. HETTINGER  
      KIMBERLY K. HETTINGER  
          Debtor(s)

Case No.: 19-01165D

## CHAPTER 12 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Carol F. Dunbar, Chapter 12 Trustee, chapter 12 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1202(b)(1). The trustee declares as follows:

1) The case was filed on 08/26/2019.
2) The plan was confirmed on NA.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1229 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was converted on 07/31/2020.
6) Number of months from filing or conversion to last payment: 0.
7) Number of months case was pending: 12.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: NA.
10) Amount of unsecured claims discharged without full payment: .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $.00 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | $.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $.00 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $.00 |
| Attorney fees paid and disclosed by debtor: | $.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AGCO FINANCE LLC | Secured | 44,000.00 | 23,501.28 | .00 | .00 | .00 |
| AGCO FINANCE LLC | Secured | NA | 23,417.73 | .00 | .00 | .00 |
| BANK OF AMERICA NA | Secured | 77,362.00 | 77,339.51 | .00 | .00 | .00 |
| CITIZENS BANK NA | Secured | 31,315.00 | 29,750.42 | .00 | .00 | .00 |
| CNH INDUSTRIAL CAPITAL LLC | Unsecured | NA | 44,183.31 | .00 | .00 | .00 |
| CNH INDUSTRIAL CAPITAL LLC | Unsecured | NA | 53,536.23 | .00 | .00 | .00 |
| CNH INDUSTRIAL CAPITAL LLC | Unsecured | NA | 43,106.01 | .00 | .00 | .00 |
| CNH INDUSTRIAL CAPITAL LLC | Unsecured | NA | 19,125.26 | .00 | .00 | .00 |
| CNH INDUSTRIAL CAPITAL LLC | Unsecured | NA | 25,291.64 | .00 | .00 | .00 |
| CNH INDUSTRIAL CAPITAL LLC | Unsecured | NA | 96,933.27 | .00 | .00 | .00 |
| CNH INDUSTRIAL CAPITAL LLC | Unsecured | NA | 20,053.80 | .00 | .00 | .00 |
| COOPERATIVE CREDIT COMPANY | Secured | 115,795.00 | 139,150.03 | .00 | .00 | .00 |
| FIDELITY BANK AND TRUST | Secured | NA | 343,804.70 | .00 | .00 | .00 |

0055-77-EPIE1W-00000247-21615

# UNITED STATES BANKRUPTCY COURT
NOTHERN DISTRICT OF IOWA

In re: RODNEY L. HETTINGER  
      KIMBERLY K. HETTINGER  
      Debtor(s)

Case No.: 19-01165D

## CHAPTER 12 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| FIFTH THIRD BANK | Secured | 47,034.00 | 46,932.19 | .00 | .00 | .00 |
| FIFTH THIRD BANK | Unsecured | 45,378.00 | 9,156.28 | .00 | .00 | .00 |
| FIRST NATIONAL BANK OF OMAHA | Unsecured | NA | 1,379.76 | .00 | .00 | .00 |
| FIRST NATIONAL BANK OF OMAHA | Unsecured | NA | 15,461.33 | .00 | .00 | .00 |
| FIRST STATE B ANK | Secured | NA | 2,147,906.11 | .00 | .00 | .00 |
| JOHN DEERE FINANCIAL | Unsecured | NA | 29,956.70 | .00 | .00 | .00 |
| JOHN DEERE FINANCIAL | Unsecured | NA | 37,977.29 | .00 | .00 | .00 |
| JOHN DEERE FINANCIAL | Unsecured | NA | 50,810.39 | .00 | .00 | .00 |
| JOHN DEERE FINANCIAL | Unsecured | NA | 56,642.63 | .00 | .00 | .00 |
| JOHN DEERE FINANCIAL | Unsecured | NA | 79,246.03 | .00 | .00 | .00 |
| JOHN DEERE FINANCIAL | Unsecured | NA | 52,978.05 | .00 | .00 | .00 |
| LINN AREA CREDIT UNION | Secured | NA | 13,670.23 | .00 | .00 | .00 |
| SOUTH CENTRAL STATE BANK | Secured | NA | 193,561.67 | .00 | .00 | .00 |
| STEARNS BANK NATIONAL ASSOCIATIC | Secured | NA | 59,802.11 | .00 | .00 | .00 |
| US BANK | Unsecured | 19,043.00 | 18,963.72 | .00 | .00 | .00 |
| US BANK | Unsecured | NA | 20,870.11 | .00 | .00 | .00 |

UST Form 101-12-FR-S (9/1/2009)

0055-77-EPIE1W-00000247-21615

# UNITED STATES BANKRUPTCY COURT
## NOTHERN DISTRICT OF IOWA

In re: RODNEY L. HETTINGER  
      KIMBERLY K. HETTINGER  
      Debtor(s)

Case No.: 19-01165D

## CHAPTER 12 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WELLS FARGO FINANCIAL LEASING INC | Secured | NA | 41,339.11 | .00 | .00 | .00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | .00 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $.00 |
| Disbursements to Creditors: | $.00 |
| **TOTAL DISBURSEMENTS:** | $.00 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: 08/07/2020      By: /s/Carol F. Dunbar, Chapter 12 Trustee  
                                                       Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.

     UST Form 101-12-FR-S (9/1/2009)