UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | CHAPTER 12 |
| | BANKRUPTCY NO. 19-01165D |
| RODNEY L. HETTINGER | |
| KIMBERLY K. HETTINGER, | SUPPLEMENT TO TRUSTEE'S |
| | FINAL REPORT AND ACCOUNT |
| Debtors. | |

COMES NOW the Chapter 12 trustee and states as follows:

1. Debtors' Chapter 12 case was converted to Chapter 7 on July 30, 2020. The trustee filed her Final Report and Account on August 17, 2020 at docket #124.

2. Debtors provided the trustee with the $250.00 deposit required by Local Rule 3070-2.

3. The Bankruptcy Clerk has stated in docket #117 that there are no court costs due in this case as of August 3, 2020.

4. The trustee has retained the $250.00 deposit for actual and necessary expenses incurred by the trustee as follows:

> Review petition filed 08/26/19, and amendments to petition.
> Prepare and send out initial Chapter 12 letter with forms required by UST.
> Monitor receipt of tax returns and other family farm documents required by UST.
> Verify Chapter 12 qualifications of debtors.
> Travel to and conduct Meeting of Creditors in Dubuque on 10/02/19.
> Prepare liquidation analysis for case.
> Review numerous documents in case, including Claims, Motions to Extend Time, Motion for Relief from Stay, Application for Compensation.
> File objection to Motion to Extend Time and participate in telephonic hearing on same.
> File objection to attorney fee application, review counsel's response, and withdraw objection.
> Participate in telephonic initial confirmation hearing.
> Report to UST each month on monthly reports and case status.

5. There will be no refund of the deposit to the debtors.

Respectfully submitted August 20, 2020.

    /s/ Carol F. Dunbar
Carol F. Dunbar, #1682
Chapter 12 Trustee
531 Commercial Street, Ste 500
Waterloo, IA 50701
Telephone (319) 233-6327
Fax (319) 233-0346

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true copy of the foregoing instrument was served upon the following persons at the address indicated:

| | | |
|---|---|---|
| James L. Snyder | Francis Wm. Henkels | Rodney L. Hettinger |
| United States Trustee | Attorney at Law | Kimberly K. Hettinger |
| 111 Seventh Avenue SE, Box 17 | 2774 University Ave, Ste G | 34700 Saint Sebald Rd |
| Cedar Rapids, IA 52401-2101 | Dubuque, IA 52001 | Strawberry Point, IA 52076 |

by electronic mail through ECF or by enclosing the same in an envelope with postage fully paid, and by depositing said envelope in a United States Postal Service depository in Waterloo, Iowa. I declare under penalty of perjury that the foregoing is true and correct.

      Executed on August 20, 2020.

                                                                                                      /s/ Carol F. Dunbar