| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Rodney | L | Hettinger |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Kimberly | K | Hettinger |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF IOWA | | |
| Case number (if known) | 19-01165 | | |

☐ Check if this is an amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1: List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: AGCO Finance<br><br>Description of property securing debt: SUNFLOWER, 5056-45, FIELD CULTIVATOR | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Creditor's name: Bank of America<br><br>Description of property securing debt: 2018 Keystone Raptor Surrender | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Creditor's name: Fidelity Bank & Trust<br><br>Description of property: 34700 Saint Sebald Rd Strawberry Point, IA 52076 Clayton County | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.* | ☐ No<br><br>■ Yes |

Official Form 108    Statement of Intention for Individuals Filing Under Chapter 7    page 1

| | | | |
|---|---|---|---|
| property securing debt: | Parcel ID: 17-04-301-004 - 20.14 Acres<br>Parcel ID: 17-04-301-006 - 2.12 Acres<br>Parcel ID: 17-04-326-004 - 5.02 Acres<br>Parcel ID: 17-04-326-004 - 13.39 Acres | ☐ Retain the property and [explain]: | |
| Creditor's name: | Fifth Third Bank | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
| Description of property securing debt: | 2019 GMC Sierra 20000 miles Surrender | | |
| Creditor's name: | Fifth Third Bank | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
| Description of property securing debt: | 2019 Buick Enclave 5000 miles Surrender | | |
| Creditor's name: | First State Bank | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
| Description of property securing debt: | 36654 Belgian Rd Strawberry Point, IA 52076  Clayton County Parcel ID: 17-16-401-007 - 1.47 Acres | | |
| Creditor's name: | First State Bank | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
| Description of property securing debt: | 2018 Vermeer 605N Baler S/N: 1 VRM16148J1007034 | | |
| Creditor's name: | First State Bank | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
| Description of property securing debt: | SUNFLOWER, 5056-45, FIELD CULTIVATOR | | |
| Creditor's name: | First State Bank | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a | ■ No<br>☐ Yes |

| Debtor 1 | Rodney L Hettinger | | Case number (if known) | 19-01165 |
|---|---|---|---|---|
| Debtor 2 | Kimberly K Hettinger | | | |

| Description of property securing debt: | 2016 BRENT 1396 GRAIN CART SN: B33780135 | Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | |
|---|---|---|---|

| Creditor's name: | First State Bank | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | 2018 MacDon FD140 Bean Head SIN: 312017<br>2018 Benda Ag Service AgHeavy 40' Trailer SIN: BA508 | | |

| Creditor's name: | First State Bank | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | 2016 Case TR340 Skid Steer S/N: NFM413197 | | |

| Creditor's name: | First State Bank | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | 2 Kat Tractors; 2012 EBY short flatbed trailer; cornhead; DMI 730 chisel plow | | |

| Creditor's name: | First State Bank | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | Acorn Rd Strawberry Point, IA 52076  Clayton County<br>Parcel ID: 17-30-276-001 - 40 Acres $46,142<br>Parcel ID: 17-30-226-001 - 32.50 Acres $90,551<br>Parcel ID: 17-30-226-002 - 7.5 Acres $5,751<br>Parcel ID: 17-30-426-001 - 4 Acres $10,725 | | |

| Creditor's name: | RBS Citizens NA | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | 2018 Ford F150 7000 miles | | |

| Creditor's name: | Regions Bank DBA AMSouth | ☐ Surrender the property. | ■ No |
|---|---|---|---|

| Debtor 1 | Rodney L Hettinger | | | |
|---|---|---|---|---|
| Debtor 2 | Kimberly K Hettinger | | Case number (if known) | 19-01165 |

| | | | |
|---|---|---|---|
| name: | | ☐ Retain the property and redeem it. | ☐ Yes |
| Description of property securing debt: | 2014 Ford Mustang 6000 miles | ■ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | |
| Creditor's name: | South Central State Bank | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. | ■ No |
| Description of property securing debt: | 2018 Vermeer 605N Baler S/N: 1 VRM16148J1007034 | ■ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ Yes |
| Creditor's name: | South Central State Bank | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. | ■ No |
| Description of property securing debt: | 2018 MacDon FD140 Bean Head SIN: 312017 <br> 2018 Benda Ag Service AgHeavy 40' Trailer SIN: BA508 | ■ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ Yes |
| Creditor's name: | Stearns Bank | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. | ■ No |
| Description of property securing debt: | 2016 BRENT 1396 GRAIN CART SN: B33780135 | ■ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ Yes |

**Part 2: List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: | ☐ No |

| | |
|---|---|
| Debtor 1 Rodney L Hettinger | |
| Debtor 2 Kimberly K Hettinger | Case number *(if known)* 19-01165 |

Description of leased
Property: ☐ Yes

Lessor's name: ☐ No
Description of leased
Property: ☐ Yes

Lessor's name: ☐ No
Description of leased
Property: ☐ Yes

### Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X /s/ Rodney L Hettinger           X /s/ Kimberly K Hettinger
Rodney L Hettinger                    Kimberly K Hettinger
Signature of Debtor 1                Signature of Debtor 2

Date   August 24, 2020              Date   August 24, 2020

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Rodney | L | Hettinger |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Kimberly | K | Hettinger |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF IOWA | | |
| Case number (if known) | 19-01165 | | |

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Rodney L Hettinger
Rodney L Hettinger
Signature of Debtor 1

Date August 24, 2020

X /s/ Kimberly K Hettinger
Kimberly K Hettinger
Signature of Debtor 2

Date August 24, 2020

Official Form 106Dec                Declaration About an Individual Debtor's Schedules

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy