United States Bankruptcy Court

Northern District of Iowa

In re:   Case No. 19-01165-TJC
Rodney L Hettinger   Chapter 7
Kimberly K Hettinger
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0862-2     User: admin     Page 1 of 3
Date Rcvd: Aug 05, 2024     Form ID: oreopcs     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rodney L Hettinger, Kimberly K Hettinger, 34700 Saint Sebald Rd, Strawberry Point, IA 52076-8278 |
| aty | + | Cynthia A.M. Parker, Parker Corridor Law, PLLC, 2720 Granite Court NE, Cedar Rapids, IA 52402-3324 |
| aty | + | Eric W. Lam, 115 Third St. SE, Ste. 1200, Cedar Rapids, IA 52401-1222 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 07, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2024 at the address(es) listed below:

**Name**     **Email Address**

Brandon James Gray
    on behalf of Creditor Iowa Department of Revenue Brandon.Gray2@usdoj.gov usaian.ecfbkcycr@usdoj.gov;CaseView.ECF@usdoj.gov

Eric J. Langston
    on behalf of Plaintiff Sheryl L. Schnittjer Chapter 7 Trustee elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Eric W. Lam
    on behalf of Plaintiff Sheryl L. Schnittjer Chapter 7 Trustee ELam@simmonsperrine.com, kcarmichael@SPMBLAW.com

Eric W. Lam
    on behalf of Trustee Sheryl Schnittjer ELam@simmonsperrine.com kcarmichael@SPMBLAW.com

Case 19-01165 Doc 276 Filed 08/07/24 Entered 08/07/24 23:38:33 Desc Imaged
Certificate of Notice Page 2 of 4

| District/off: 0862-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 05, 2024 | Form ID: oreopcs | Total Noticed: 3 |

Francis Wm. Henkels
    on behalf of Defendant Kimberly K Hettinger francishenkels@gmail.com
margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com

Francis Wm. Henkels
    on behalf of Debtor Rodney L Hettinger francishenkels@gmail.com
margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com

Francis Wm. Henkels
    on behalf of Joint Debtor Kimberly K Hettinger francishenkels@gmail.com
margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com

Francis Wm. Henkels
    on behalf of Defendant Rodney L Hettinger francishenkels@gmail.com
margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com

Francis Wm. Henkels
    on behalf of Defendant Kimberly K. Hettinger francishenkels@gmail.com
margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com

Francis Wm. Henkels
    on behalf of Defendant Rodney L. Hettinger francishenkels@gmail.com
margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com

G. Mark Rice
    on behalf of Creditor South Central State Bank rice@whitfieldlaw.com zintz@whitfieldlaw.com

G. Mark Rice
    on behalf of Plaintiff South Central State Bank rice@whitfieldlaw.com zintz@whitfieldlaw.com

G. Mark Rice
    on behalf of Creditor Wells Fargo Financial Leasing Inc. rice@whitfieldlaw.com, zintz@whitfieldlaw.com

Janet G. Reasoner
    on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov

Johannes (John) H. Moorlach
    on behalf of Creditor South Central State Bank moorlach@whitfieldlaw.com DGioffredi@whitfieldlaw.com

Johannes (John) H. Moorlach
    on behalf of Plaintiff South Central State Bank moorlach@whitfieldlaw.com DGioffredi@whitfieldlaw.com

Judith O'Donohoe
    on behalf of Debtor Rodney L Hettinger charlescity@elwoodlawfirm.com
lisabartz@elwoodlawfirm.com;danielletuttle@elwoodlawfirm.com

Keith Patrick Duffy
    on behalf of Creditor First State Bank Sumner, Iowa kpduffy@nyemaster.com, krenslow@nyemaster.com

Kristina M. Stanger
    on behalf of Creditor PSB Corporation kmstanger@nyemaster.com mbbreckenridge@nyemaster.com

Kristina M. Stanger
    on behalf of Creditor First State Bank Sumner, Iowa kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com

Matthew E. Eck
    on behalf of Creditor U.S. Bank National Association meck@lpdbhlaw.com

Miranda L. Hughes
    on behalf of Creditor CNH Industrial Capital America LLC hughes@brownwinick.com
tingle@brownwinick.com;taylor.hoffman@brownwinick.com

Patrick B. Dillon
    on behalf of Creditor Farmers Savings Bank patdillon@dillonlawpc.com 6917@notices.nextchapterbk.com

Patrick B. Dillon
    on behalf of Creditor First State Bank Sumner, Iowa patdillon@dillonlawpc.com, 6917@notices.nextchapterbk.com

Peter Chalik
    on behalf of Creditor South Central State Bank chalik@whitfieldlaw.com hodzic@whitfieldlaw.com

Rodger Michael Turbak
    on behalf of Creditor Fifth Third Bank rturbak@lewisricekc.com vlbates@lewisricekc.com

Sander J. Morehead
    on behalf of Creditor Cooperative Credit Company Sander.Morehead@woodsfuller.com LeeAnn.LeBrun@woodsfuller.com

Sheryl Schnittjer
    delhisls926@gmail.com sschnittjer@ecf.axosfs.com

Terry Gibson
    on behalf of Defendant Dean A. Benda tgibson@wandrolaw.com filings@wandrolaw.com

| | | |
|---|---|---|
| District/off: 0862-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 05, 2024 | Form ID: oreopcs | Total Noticed: 3 |

Terry Gibson
    on behalf of Defendant Maureen T. Benda tgibson@wandrolaw.com  filings@wandrolaw.com

United States Trustee
    USTPRegion12.CR.ECF@usdoj.gov

Wendee Noel Elliott-Clement
    on behalf of Creditor Bank of America  N.A. iabkndecf@southlaw.com, ksbkecf@ecf.courtdrive.com

Wesley B. Huisinga
    on behalf of Creditor Fidelity Bank & Trust wbh@shuttleworthlaw.com  patti@shuttleworthlaw.com

TOTAL: 33

oreopcs 8/2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Rodney L Hettinger  
Kimberly K Hettinger

Chapter 7

Bankruptcy No. 19–01165

Debtor

## ORDER REOPENING CASE

A Motion to Reopen Case was filed on August 2, 2024 and the fee was paid.

**IT IS HEREBY ORDERED** this chapter 7 case is reopened.

Ordered: August 5, 2024

Thad J. Collins  
Chief Bankruptcy Judge