United States Bankruptcy Court

Northern District of Iowa

In re:     Case No. 19-01165-TJC
Rodney L Hettinger     Chapter 7
Kimberly K Hettinger
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0862-2     User: admin     Page 1 of 3
Date Rcvd: Aug 05, 2024     Form ID: trappt     Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rodney L Hettinger, Kimberly K Hettinger, 34700 Saint Sebald Rd, Strawberry Point, IA 52076-8278 |
| aty | + | Cynthia A.M. Parker, Parker Corridor Law, PLLC, 2720 Granite Court NE, Cedar Rapids, IA 52402-3324 |
| aty | + | Eric W. Lam, 115 Third St. SE, Ste. 1200, Cedar Rapids, IA 52401-1222 |
| | | Sheryl Schnittjer, 24195 207th Ave, Delhi, IA 52223 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 07, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Gregory Nielson | bnielson@pughhagan.com  nislam@pughhagan.com |
| Brandon James Gray | on behalf of Creditor Iowa Department of Revenue Brandon.Gray2@usdoj.gov usaian.ecfbkcycr@usdoj.gov;CaseView.ECF@usdoj.gov |
| Eric J. Langston | on behalf of Plaintiff Sheryl L. Schnittjer  Chapter 7 Trustee elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |
| Eric W. Lam | on behalf of Plaintiff Sheryl L. Schnittjer  Chapter 7 Trustee ELam@simmonsperrine.com, kcarmichael@SPMBLAW.com |

| District/off: 0862-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 05, 2024 | Form ID: trappt | Total Noticed: 4 |

Francis Wm. Henkels
on behalf of Defendant Kimberly K Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com

Francis Wm. Henkels
on behalf of Debtor Rodney L Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com

Francis Wm. Henkels
on behalf of Joint Debtor Kimberly K Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com

Francis Wm. Henkels
on behalf of Defendant Rodney L Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com

Francis Wm. Henkels
on behalf of Defendant Kimberly K. Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com

Francis Wm. Henkels
on behalf of Defendant Rodney L. Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com

G. Mark Rice
on behalf of Creditor South Central State Bank rice@whitfieldlaw.com  zintz@whitfieldlaw.com

G. Mark Rice
on behalf of Plaintiff South Central State Bank rice@whitfieldlaw.com  zintz@whitfieldlaw.com

G. Mark Rice
on behalf of Creditor Wells Fargo Financial Leasing  Inc. rice@whitfieldlaw.com, zintz@whitfieldlaw.com

Janet G. Reasoner
on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov

Johannes (John) H. Moorlach
on behalf of Creditor South Central State Bank moorlach@whitfieldlaw.com  DGioffredi@whitfieldlaw.com

Johannes (John) H. Moorlach
on behalf of Plaintiff South Central State Bank moorlach@whitfieldlaw.com  DGioffredi@whitfieldlaw.com

Judith O'Donohoe
on behalf of Debtor Rodney L Hettinger charlescity@elwoodlawfirm.com lisabartz@elwoodlawfirm.com;danielletuttle@elwoodlawfirm.com

Keith Patrick Duffy
on behalf of Creditor First State Bank  Sumner, Iowa kpduffy@nyemaster.com, krenslow@nyemaster.com

Kristina M. Stanger
on behalf of Creditor PSB Corporation kmstanger@nyemaster.com  mbbreckenridge@nyemaster.com

Kristina M. Stanger
on behalf of Creditor First State Bank  Sumner, Iowa kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com

Matthew E. Eck
on behalf of Creditor U.S. Bank National Association meck@lpdbhlaw.com

Miranda L. Hughes
on behalf of Creditor CNH Industrial Capital America LLC hughes@brownwinick.com tingle@brownwinick.com;michelle.messer@brownwinick.com

Patrick B. Dillon
on behalf of Creditor Farmers Savings Bank patdillon@dillonlawpc.com  6917@notices.nextchapterbk.com

Patrick B. Dillon
on behalf of Creditor First State Bank  Sumner, Iowa patdillon@dillonlawpc.com, 6917@notices.nextchapterbk.com

Peter Chalik
on behalf of Creditor South Central State Bank chalik@whitfieldlaw.com  hodzic@whitfieldlaw.com

Rodger Michael Turbak
on behalf of Creditor Fifth Third Bank rturbak@lewisricekc.com  vlbates@lewisricekc.com

Sander J. Morehead
on behalf of Creditor Cooperative Credit Company Sander.Morehead@woodsfuller.com  LeeAnn.LeBrun@woodsfuller.com

Terry Gibson
on behalf of Defendant Dean A. Benda tgibson@wandrolaw.com  filings@wandrolaw.com

Terry Gibson
on behalf of Defendant Maureen T. Benda tgibson@wandrolaw.com  filings@wandrolaw.com

District/off: 0862-2 | User: admin | Page 3 of 3
Date Rcvd: Aug 05, 2024 | Form ID: trappt | Total Noticed: 4

United States Trustee
    USTPRegion12.CR.ECF@usdoj.gov

Wendee Noel Elliott-Clement
    on behalf of Creditor Bank of America N.A. iabkndecf@southlaw.com, ksbkecf@ecf.courtdrive.com

Wesley B. Huisinga
    on behalf of Creditor Fidelity Bank & Trust wbh@shuttleworthlaw.com patti@shuttleworthlaw.com

TOTAL: 32

trappt 5/2023

# UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF IOWA

In Re:

Rodney L Hettinger
Kimberly K Hettinger

Chapter 7

Bankruptcy No. 19−01165

Debtor

## APPOINTMENT OF TRUSTEE AND APPROVAL OF STANDING BOND

**NOTICE IS HEREBY GIVEN**:

1. Debtor (or party in interest) filed this case under chapter 7 of Title 11, United States Bankruptcy Code on August 26, 2019.

2. The following trustee is hereby appointed, and the trustee's standing bond is fixed under the general blanket bond heretofore approved.

    Benjamin Gregory Nielson
    Chapter 7 Trustee
    425 E. Oakdale Blvd
    Suite 201
    Coralville, IA 52241

3. If the trustee rejects this appointment, the Court and United States Trustee's office must be notified within 7 days of receipt of this appointment. Otherwise, the trustee will be deemed to have accepted the appointment.

4. The Clerk's Office certifies that on this date a copy of this notice was served on the above−named trustee, Debtor, attorney for Debtor, and United States Trustee.

Date: August 5, 2024

MARY R. JENSEN
Acting U.S. Trustee Region 12

tsta

---

REJECTION

I, Benjamin Gregory Nielson, hereby reject appointment as Trustee.

Dated: This _____ day of _____, 20 ____.

_____
Benjamin Gregory Nielson