UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No. 19-01165 |
| RODNEY L. HETTINGER and ) | |
| KIMBERLY K. HETTINGER, ) | |
| ) | Chapter 7 |
| Debtors. ) | |

### APPLICATION FOR THE APPROVAL OF EMPLOYMENT OF ATTORNEY; RECOMMENDATION AND ORDER

1. Applicant is the Trustee in this case.

2. Applicant believes that the employment of an attorney is necessary to represent or assist the Trustee **in legal matters relative to the administration of the above-captioned estate, including but not limited to investigation and pursuit of claims relative to capture (litigation) and liquidation of assets of potentially significant value to the estate, and investigation of other claims held by the estate.**

3. Benjamin G. Nielson and the law firm of Pugh Hagan Prahm PLC are qualified by reason of practice and experience to render such representation or assistance.

4. The compensation will be as follows: **An hourly rate for partners of the firm at $425.00 per hour. The rate for associates at the firm varies between $225.00 and $385.00 per hour. The rate for Paralegal services charged by the firm is currently $195.00 per hour. All payments will be subject to approval and allowance by the Court.**

5. Applicant and his firm have disclosed to the undersigned they have no connections with the Debtors, creditors, or any other parties in interest.

WHEREFORE, Applicant prays that the Court approve such employment by the Trustee.

*[Remainder Left Intentionally Blank]*

By:    */s/ Benjamin G. Nielson*
Benjamin G. Nielson
425 E. Oakdale Blvd., Suite 201
Coralville, Iowa 52241
Phone: (319) 351-2028
Fax:   (319) 351-1102
Email: bnielson@pughhagan.com
*Chapter 7 Trustee*

### RULE 2014(a) VERIFICATION

I, Benjamin G. Nielson and the firm Pugh Hagan Prahm PLC, the undersigned named in the foregoing report, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge.

Dated: 10-21-24

PUGH HAGAN PRAHM PLC

By: Benjamin G. Nielson

### RECOMMENDATION OF THE UNITED STATES TRUSTEE

Based on the application made by the Trustee, I recommended that the professional employment employed for by the Trustee be approved for the purpose indicated in the Application.

Dated: 10/22/24          United States Trustee, Region 12

By: /s/ Janet G. Reasoner

### ORDER

Upon the foregoing Application and Recommendation and for cause shown, and pursuant to the provisions of Title 11, United States Code § 327, **IT IS**

**ORDERED**, the profession employment applied for is hereby **APPROVED** subject to the limitations provided for by Title 11, United States Code § 328.

HON. THAD J. COLLINS
CHIEF BANKRUPTCY JUDGE