United States Bankruptcy Court

Northern District of Iowa

In re:                                                                                    Case No. 19-01165-TJC
Rodney L Hettinger                                                            Chapter 7
Kimberly K Hettinger
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 22, 2024 | Form ID: pdf902 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Cynthia A.M. Parker, Parker Corridor Law, PLLC, 2720 Granite Court NE, Cedar Rapids, IA 52402-3324 |
| aty | + Eric W. Lam, 115 Third St. SE, Ste. 1200, Cedar Rapids, IA 52401-1222 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2024                 Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Gregory Nielson | bnielson@pughhagan.com eryan@pughhagan.com;bnielson2@ecf.axosfs.com |
| Benjamin Gregory Nielson | on behalf of Trustee Benjamin Gregory Nielson bnielson@pughhagan.com eryan@pughhagan.com |
| Brandon James Gray | on behalf of Creditor Iowa Department of Revenue Brandon.Gray2@usdoj.gov usaian.ecfbkcycr@usdoj.gov;CaseView.ECF@usdoj.gov |
| Eric J. Langston | on behalf of Plaintiff Sheryl L. Schnittjer Chapter 7 Trustee elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |
| Eric W. Lam | |

Case 19-01165  Doc 281  Filed 10/24/24  Entered 10/24/24 23:38:39  Desc Imaged
Certificate of Notice  Page 2 of 5

| District/off: 0862-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 22, 2024 | Form ID: pdf902 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Plaintiff Sheryl L. Schnittjer Chapter 7 Trustee ELam@simmonsperrine.com, kcarmichael@SPMBLAW.com |
| Francis Wm. Henkels | on behalf of Defendant Kimberly K Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com |
| Francis Wm. Henkels | on behalf of Debtor Rodney L Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com |
| Francis Wm. Henkels | on behalf of Joint Debtor Kimberly K Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com |
| Francis Wm. Henkels | on behalf of Defendant Rodney L Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com |
| Francis Wm. Henkels | on behalf of Defendant Kimberly K. Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com |
| Francis Wm. Henkels | on behalf of Defendant Rodney L. Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com |
| G. Mark Rice | on behalf of Creditor South Central State Bank rice@whitfieldlaw.com zintz@whitfieldlaw.com |
| G. Mark Rice | on behalf of Plaintiff South Central State Bank rice@whitfieldlaw.com zintz@whitfieldlaw.com |
| G. Mark Rice | on behalf of Creditor Wells Fargo Financial Leasing Inc. rice@whitfieldlaw.com, zintz@whitfieldlaw.com |
| Janet G. Reasoner | on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov |
| Johannes (John) H. Moorlach | on behalf of Creditor South Central State Bank moorlach@whitfieldlaw.com DGioffredi@whitfieldlaw.com |
| Johannes (John) H. Moorlach | on behalf of Plaintiff South Central State Bank moorlach@whitfieldlaw.com DGioffredi@whitfieldlaw.com |
| Judith O'Donohoe | on behalf of Debtor Rodney L Hettinger charlescity@elwoodlawfirm.com dannielleknecht@elwoodlawfirm.com |
| Keith Patrick Duffy | on behalf of Creditor First State Bank Sumner, Iowa kpduffy@nyemaster.com, krenslow@nyemaster.com |
| Kristina M. Stanger | on behalf of Creditor PSB Corporation kmstanger@nyemaster.com mbbreckenridge@nyemaster.com |
| Kristina M. Stanger | on behalf of Creditor First State Bank Sumner, Iowa kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com |
| Matthew E. Eck | on behalf of Creditor U.S. Bank National Association meck@lpdbhlaw.com |
| Miranda L. Hughes | on behalf of Creditor CNH Industrial Capital America LLC hughes@brownwinick.com tingle@brownwinick.com;michelle.messer@brownwinick.com |
| Patrick B. Dillon | on behalf of Creditor First State Bank Sumner, Iowa patdillon@dillonlawpc.com, 6917@notices.nextchapterbk.com |
| Patrick B. Dillon | on behalf of Creditor Farmers Savings Bank patdillon@dillonlawpc.com 6917@notices.nextchapterbk.com |
| Peter Chalik | on behalf of Creditor South Central State Bank chalik@whitfieldlaw.com hodzic@whitfieldlaw.com |
| Rodger Michael Turbak | on behalf of Creditor Fifth Third Bank rturbak@lewisricekc.com vlbates@lewisricekc.com |
| Sander J. Morehead | on behalf of Creditor Cooperative Credit Company Sander.Morehead@woodsfuller.com LeeAnn.LeBrun@woodsfuller.com |
| Terry Gibson | on behalf of Defendant Maureen T. Benda tgibson@wandrolaw.com filings@wandrolaw.com |
| Terry Gibson | on behalf of Defendant Dean A. Benda tgibson@wandrolaw.com filings@wandrolaw.com |

District/off: 0862-2 | User: admin | Page 3 of 3
Date Rcvd: Oct 22, 2024 | Form ID: pdf902 | Total Noticed: 2

| | |
|---|---|
| United States Trustee | USTPRegion12.CR.ECF@usdoj.gov |
| Wendee Noel Elliott-Clement | on behalf of Creditor Bank of America  N.A. iabkndecf@southlaw.com, ksbkecf@ecf.courtdrive.com |
| Wesley B. Huisinga | on behalf of Creditor Fidelity Bank & Trust wbh@shuttleworthlaw.com  patti@shuttleworthlaw.com |

TOTAL: 33

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

IN RE: )
 )  Bankruptcy No. 19-01165
RODNEY L. HETTINGER and )
KIMBERLY K. HETTINGER, )
 )  Chapter 7
 )
Debtors. )

## APPLICATION FOR THE APPROVAL OF EMPLOYMENT OF ATTORNEY; RECOMMENDATION AND ORDER

1. Applicant is the Trustee in this case.

2. Applicant believes that the employment of an attorney is necessary to represent or assist the Trustee **in legal matters relative to the administration of the above-captioned estate, including but not limited to investigation and pursuit of claims relative to capture (litigation) and liquidation of assets of potentially significant value to the estate, and investigation of other claims held by the estate.**

3. Benjamin G. Nielson and the law firm of Pugh Hagan Prahm PLC are qualified by reason of practice and experience to render such representation or assistance.

4. The compensation will be as follows: **An hourly rate for partners of the firm at $425.00 per hour. The rate for associates at the firm varies between $225.00 and $385.00 per hour. The rate for Paralegal services charged by the firm is currently $195.00 per hour. All payments will be subject to approval and allowance by the Court.**

5. Applicant and his firm have disclosed to the undersigned they have no connections with the Debtors, creditors, or any other parties in interest.

WHEREFORE, Applicant prays that the Court approve such employment by the Trustee.

*[Remainder Left Intentionally Blank]*

By:  /s/ Benjamin G. Nielson
Benjamin G. Nielson
425 E. Oakdale Blvd., Suite 201
Coralville, Iowa 52241
Phone: (319) 351-2028
Fax:   (319) 351-1102
Email: bnielson@pughhagan.com
*Chapter 7 Trustee*

### RULE 2014(a) VERIFICATION

I, Benjamin G. Nielson and the firm Pugh Hagan Prahm PLC, the undersigned named in the foregoing report, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge.

Dated: 10-21-24

PUGH HAGAN PRAHM PLC
By: Benjamin G. Nielson

### RECOMMENDATION OF THE UNITED STATES TRUSTEE

Based on the application made by the Trustee, I recommended that the professional employment employed for by the Trustee be approved for the purpose indicated in the Application.

Dated: 10/22/24

United States Trustee, Region 12

By: /s/ Janet G. Reasoner

### ORDER

Upon the foregoing Application and Recommendation and for cause shown, and pursuant to the provisions of Title 11, United States Code § 327, **IT IS**

**ORDERED**, the profession employment applied for is hereby **APPROVED** subject to the limitations provided for by Title 11, United States Code § 328.

Dated and Entered: October 22, 2024

HON. THAD J. COLLINS
CHIEF BANKRUPTCY JUDGE