UNITED STATES BANKRUTPCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| RODNEY L. HETTINGER, and<br>KIMBERLY K. HETTINGER,<br><br>Debtors. | )<br>)<br>)<br>)<br>)<br>)<br>) | CHAPTER 7<br>CASE NO. 19-01165D |

### TRUSTEE'S NOTICE OF RESIGNATION

I, Benjamin G. Nielson, hereby resign as trustee in the above-entitled case subject to the approval of the U.S. Trustee, and respectfully report the following:

1.  Within fifteen (15) days after the filing of this Notice of Resignation, I will file with the court pursuant to 11 U.S.C. §§ 326 and 330(a) and Fed.R.Bankr.P.2016, if applicable, an application for compensation and/or reimbursement of expenses incurred in connection with my receipt and/or administration of property of the estate.

2.  Within five (5) days of being notified of the appointment of a successor trustee, I will turn over the balance of any funds on hand and all financial records for this estate to such successor trustee.

I request this notice be approved and that I be discharged as trustee in this case.

DATED: December 18, 2024

Benjamin G. Nielson