IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: <br><br> RODNEY L. HETTINGER and <br> KIMBERLY K. HETTINGER, <br><br> Debtors. | Chapter 7 Bankruptcy <br> Case No. 19-01165 <br><br> **APPEARANCE** |

COMES NOW Eric W. Lam of Simmons Perrine Moyer Bergman PLC and hereby appears for Trustee Renee Hanrahan.

> */s/ Eric W. Lam*
> Eric W. Lam, AT0004416
> SIMMONS PERRINE MOYER BERGMAN PLC
> 115 Third Street SE, Suite 1200
> Cedar Rapids, IA 52401
> Tel: 319-366-7641; Fax: 319-366-1917
> elam@simmonsperrine.com
> ATTORNEY FOR TRUSTEE

**Certificate of Service**

The undersigned certifies, under penalty of perjury, that on this 7th day of January, 2025, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.

> */s/ Kelly Carmichael*