IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| IN RE:<br><br>RODNEY L HETTINGER,<br>and KIMBERLY K HETTINGER,<br><br>  Debtors. | CHAPTER 7<br><br>CASE NO. 19-01165 |
|---|---|

## WITHDRAWAL AND MOTION FOR SUBSTITUTION OF COUNSEL

TO THE CLERK of this Court and all parties of record:

    Please enter the appearance of Steve Ginther in the above-captioned case on behalf of the Iowa Department of Revenue. His appearance also serves as the withdrawal of the appearance of Brandon J. Gray as counsel for the Department, who is no longer with the Iowa Attorney General's Office.

Dated: January 9, 2025

                                                                BRENNA BIRD
                                                                Attorney General of Iowa

                                                                /s/ Steve Ginther
                                                              STEVE GINTHER
                                                               Iowa Bar # AT0015847
                                                              Assistant Attorney General
                                                              Hoover State Office Building
                                                              Des Moines, IA  50319
                                                              Telephone:  (515) 415-2177
                                                              Facsimile:  (515) 281-4209
                                                              Email:  steve.ginther@ag.iowa.gov
                                                              Attorney for Iowa Department of Revenue

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 9th day of January, 2025, a true and correct copy of the foregoing document was filed with the Court's CM/ECF system, which sent notice to all parties receiving electronic notices, including but not limited to counsel for the Debtor.

                                           /s/ Teresa Corbin
                                           Teresa Corbin