IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>RODNEY L HETTINGER, and KIMBERLY K HETTINGER,<br><br>DEBTORS. | CHAPTER 7<br><br>CASE NO.:  19-01165 |

## ORDER GRANTING WITHDRAWAL AND MOTION FOR SUBSTITUTION OF COUNSEL

This matter comes before the Court for the approval of the Withdrawal and Substitution of Counsel filed by Steve Ginther.  After review, the Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the Court approves the withdrawal of Brandon J. Gray as attorney for the Iowa Department of Revenue and substitution of Steve Ginther as attorney for the Iowa Department of Revenue.

_____
U.S. BANKRUPTCY JUDGE