United States Bankruptcy Court

Northern District of Iowa

In re:  
Rodney L Hettinger  
Kimberly K Hettinger  
    Debtors

Case No. 19-01165-TJC  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 07, 2025 | Form ID: dscrestr | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Rodney L Hettinger, Kimberly K Hettinger, 34700 Saint Sebald Rd, Strawberry Point, IA 52076-8278 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Gregory Nielson | bnielson@pughhagan.com  khemann@pughhagan.com;bnielson2@ecf.axosfs.com |
| Benjamin Gregory Nielson | on behalf of Trustee Benjamin Gregory Nielson bnielson@pughhagan.com  khemann@pughhagan.com |
| Brandon James Gray | on behalf of Creditor Iowa Department of Revenue Brandon.Gray2@usdoj.gov usaian.ecfbkcycr@usdoj.gov;CaseView.ECF@usdoj.gov |
| Eric J. Langston | on behalf of Plaintiff Sheryl L. Schnittjer  Chapter 7 Trustee elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |
| Eric W. Lam | on behalf of Plaintiff Sheryl L. Schnittjer  Chapter 7 Trustee ELam@simmonsperrine.com, kcarmichael@SPMBLAW.com |

Case 19-01165    Doc 289    Filed 01/10/25    Entered 01/11/25 00:18:06    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0862-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 07, 2025 | Form ID: dscrestr | Total Noticed: 1 |

Francis Wm. Henkels
    on behalf of Defendant Kimberly K Hettinger francishenkels@gmail.com
    margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com

Francis Wm. Henkels
    on behalf of Debtor Rodney L Hettinger francishenkels@gmail.com
    margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com

Francis Wm. Henkels
    on behalf of Joint Debtor Kimberly K Hettinger francishenkels@gmail.com
    margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com

Francis Wm. Henkels
    on behalf of Defendant Rodney L Hettinger francishenkels@gmail.com
    margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com

Francis Wm. Henkels
    on behalf of Defendant Kimberly K. Hettinger francishenkels@gmail.com
    margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com

Francis Wm. Henkels
    on behalf of Defendant Rodney L. Hettinger francishenkels@gmail.com
    margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com

G. Mark Rice
    on behalf of Creditor South Central State Bank rice@whitfieldlaw.com zintz@whitfieldlaw.com

G. Mark Rice
    on behalf of Plaintiff South Central State Bank rice@whitfieldlaw.com zintz@whitfieldlaw.com

G. Mark Rice
    on behalf of Creditor Wells Fargo Financial Leasing Inc. rice@whitfieldlaw.com, zintz@whitfieldlaw.com

Janet G. Reasoner
    on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov

Johannes (John) H. Moorlach
    on behalf of Creditor South Central State Bank moorlach@whitfieldlaw.com DGioffredi@whitfieldlaw.com

Johannes (John) H. Moorlach
    on behalf of Plaintiff South Central State Bank moorlach@whitfieldlaw.com DGioffredi@whitfieldlaw.com

Judith O'Donohoe
    on behalf of Debtor Rodney L Hettinger charlescity@elwoodlawfirm.com dannielleknecht@elwoodlawfirm.com

Keith Patrick Duffy
    on behalf of Creditor First State Bank  Sumner, Iowa kpduffy@nyemaster.com, krenslow@nyemaster.com

Kristina M. Stanger
    on behalf of Creditor PSB Corporation kmstanger@nyemaster.com mbbreckenridge@nyemaster.com

Kristina M. Stanger
    on behalf of Creditor First State Bank  Sumner, Iowa kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com

Matthew E. Eck
    on behalf of Creditor U.S. Bank National Association meck@lpdbhlaw.com

Miranda L. Hughes
    on behalf of Creditor CNH Industrial Capital America LLC hughes@brownwinick.com
    tingle@brownwinick.com;michelle.messer@brownwinick.com

Patrick B. Dillon
    on behalf of Creditor First State Bank  Sumner, Iowa patdillon@dillonlawpc.com, 6917@notices.nextchapterbk.com

Patrick B. Dillon
    on behalf of Creditor Farmers Savings Bank patdillon@dillonlawpc.com 6917@notices.nextchapterbk.com

Peter Chalik
    on behalf of Creditor South Central State Bank chalik@whitfieldlaw.com irmiter@whitfieldlaw.com

Rodger Michael Turbak
    on behalf of Creditor Fifth Third Bank rturbak@lewisricekc.com vlbates@lewisricekc.com

Sander J. Morehead
    on behalf of Creditor Cooperative Credit Company Sander.Morehead@woodsfuller.com LeeAnn.LeBrun@woodsfuller.com

Terry Gibson
    on behalf of Defendant Maureen T. Benda tgibson@wandrolaw.com filings@wandrolaw.com

Terry Gibson
    on behalf of Defendant Dean A. Benda tgibson@wandrolaw.com filings@wandrolaw.com

United States Trustee

| District/off: 0862-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 07, 2025 | Form ID: dscrestr | Total Noticed: 1 |

        USTPRegion12.CR.ECF@usdoj.gov

Wendee Noel Elliott-Clement
        on behalf of Creditor Bank of America  N.A. iabkndecf@southlaw.com, ksbkecf@ecf.courtdrive.com

Wesley B. Huisinga
        on behalf of Creditor Fidelity Bank & Trust wbh@shuttleworthlaw.com  patti@shuttleworthlaw.com

TOTAL: 33

dscrestr 8/2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Rodney L Hettinger
Kimberly K Hettinger

Debtor

Chapter 7

Bankruptcy No. 19–01165

## ORDER DISCHARGING
## BENJAMIN G. NIELSON, ORIGINAL TRUSTEE

The original chapter 7 trustee filed a Trustee's Resignation of Appointment.

THEREFORE, IT IS HEREBY ORDERED Benjamin G. Nielson is discharged as trustee in this estate.

Ordered: January 7, 2025

Thad J. Collins
Chief Bankruptcy Judge