United States Bankruptcy Court
Northern District of Iowa

In re:                                                                                    Case No. 19-01165-TJC

Rodney L Hettinger                                                                         Chapter 7

Kimberly K Hettinger

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0862-2                    User: admin                              Page 1 of 3

Date Rcvd: Jan 07, 2025                 Form ID: trappt                          Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rodney L Hettinger, Kimberly K Hettinger, 34700 Saint Sebald Rd, Strawberry Point, IA 52076-8278 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: bnielson@pughhagan.com | Jan 07 2025 20:57:00 | Benjamin Gregory Nielson, 425 E. Oakdale Blvd, Suite 201, Coralville, IA 52241-3404 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2025                    Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Gregory Nielson | bnielson@pughhagan.com  khemann@pughhagan.com;bnielson2@ecf.axosfs.com |
| Benjamin Gregory Nielson | on behalf of Trustee Benjamin Gregory Nielson bnielson@pughhagan.com  khemann@pughhagan.com |
| Brandon James Gray | on behalf of Creditor Iowa Department of Revenue Brandon.Gray2@usdoj.gov usaian.ecfbkcycr@usdoj.gov;CaseView.ECF@usdoj.gov |

District/off: 0862-2                          User: admin                          Page 2 of 3
Date Rcvd: Jan 07, 2025                       Form ID: trappt                      Total Noticed: 2

Eric J. Langston
                    on behalf of Plaintiff Sheryl L. Schnittjer  Chapter 7 Trustee elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Eric W. Lam
                    on behalf of Plaintiff Sheryl L. Schnittjer  Chapter 7 Trustee ELam@simmonsperrine.com, kcarmichael@SPMBLAW.com

Francis Wm. Henkels
                    on behalf of Defendant Kimberly K Hettinger francishenkels@gmail.com
                    margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com

Francis Wm. Henkels
                    on behalf of Debtor Rodney L Hettinger francishenkels@gmail.com
                    margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com

Francis Wm. Henkels
                    on behalf of Joint Debtor Kimberly K Hettinger francishenkels@gmail.com
                    margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com

Francis Wm. Henkels
                    on behalf of Defendant Rodney L Hettinger francishenkels@gmail.com
                    margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com

Francis Wm. Henkels
                    on behalf of Defendant Kimberly K. Hettinger francishenkels@gmail.com
                    margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com

Francis Wm. Henkels
                    on behalf of Defendant Rodney L. Hettinger francishenkels@gmail.com
                    margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com

G. Mark Rice
                    on behalf of Creditor South Central State Bank rice@whitfieldlaw.com  zintz@whitfieldlaw.com

G. Mark Rice
                    on behalf of Plaintiff South Central State Bank rice@whitfieldlaw.com  zintz@whitfieldlaw.com

G. Mark Rice
                    on behalf of Creditor Wells Fargo Financial Leasing  Inc. rice@whitfieldlaw.com, zintz@whitfieldlaw.com

Janet G. Reasoner
                    on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov

Johannes (John) H. Moorlach
                    on behalf of Creditor South Central State Bank moorlach@whitfieldlaw.com  DGioffredi@whitfieldlaw.com

Johannes (John) H. Moorlach
                    on behalf of Plaintiff South Central State Bank moorlach@whitfieldlaw.com  DGioffredi@whitfieldlaw.com

Judith O'Donohoe
                    on behalf of Debtor Rodney L Hettinger charlescity@elwoodlawfirm.com  danielleknecht@elwoodlawfirm.com

Keith Patrick Duffy
                    on behalf of Creditor First State Bank  Sumner, Iowa kpduffy@nyemaster.com, krenslow@nyemaster.com

Kristina M. Stanger
                    on behalf of Creditor PSB Corporation kmstanger@nyemaster.com  mbbreckenridge@nyemaster.com

Kristina M. Stanger
                    on behalf of Creditor First State Bank  Sumner, Iowa kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com

Matthew E. Eck
                    on behalf of Creditor U.S. Bank National Association meck@lpdbhlaw.com

Miranda L. Hughes
                    on behalf of Creditor CNH Industrial Capital America LLC hughes@brownwinick.com
                    tingle@brownwinick.com;michelle.messer@brownwinick.com

Patrick B. Dillon
                    on behalf of Creditor Farmers Savings Bank patdillon@dillonlawpc.com  6917@notices.nextchapterbk.com

Patrick B. Dillon
                    on behalf of Creditor First State Bank  Sumner, Iowa patdillon@dillonlawpc.com, 6917@notices.nextchapterbk.com

Peter Chalik
                    on behalf of Creditor South Central State Bank chalik@whitfieldlaw.com  irmiter@whitfieldlaw.com

Renee K. Hanrahan
                    rhanrahan@sharontc.net  rhanrahan@ecf.axosfs.com

Rodger Michael Turbak
                    on behalf of Creditor Fifth Third Bank rturbak@lewisricekc.com  vlbates@lewisricekc.com

Sander J. Morehead

on behalf of Creditor Cooperative Credit Company Sander.Morehead@woodsfuller.com  LeeAnn.LeBrun@woodsfuller.com

Terry Gibson

on behalf of Defendant Maureen T. Benda tgibson@wandrolaw.com  filings@wandrolaw.com

Terry Gibson

on behalf of Defendant Dean A. Benda tgibson@wandrolaw.com  filings@wandrolaw.com

United States Trustee

USTPRegion12.CR.ECF@usdoj.gov

Wendee Noel Elliott-Clement

on behalf of Creditor Bank of America  N.A. iabkndecf@southlaw.com, ksbkecf@ecf.courtdrive.com

Wesley B. Huisinga

on behalf of Creditor Fidelity Bank & Trust wbh@shuttleworthlaw.com  patti@shuttleworthlaw.com

TOTAL: 34

trappt 5/2023

# UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF IOWA

In Re:

                                              Chapter 7

Rodney L Hettinger

Kimberly K Hettinger                                     Bankruptcy No. 19–01165

Debtor

## APPOINTMENT OF INTERIM TRUSTEE AND APPROVAL OF STANDING BOND

**NOTICE IS HEREBY GIVEN**:

1. Debtor (or party in interest) filed this case under chapter 7 of Title 11, United States Bankruptcy Code on August 5, 2024.

2. The following interim trustee is hereby appointed, and the trustee's standing bond is fixed under the general blanket bond heretofore approved.

                 Renee K. Hanrahan

                 Renee K. Hanrahan, Trustee
                 PO Box 1088
                 Cedar Rapids, IA 52406–1088

3. If the trustee rejects this appointment, the Court and United States Trustee's office must be notified within 7 days of receipt of this appointment. Otherwise, the trustee will be deemed to have accepted the appointment.

4. The Clerk's Office certifies that on this date a copy of this notice was served on the above–named trustee, Debtor, attorney for Debtor, and United States Trustee.

Date: January 7, 2025                  MARY R. JENSEN
                                    Acting U.S. Trustee Region 12

dhar

---

## REJECTION

I, Renee K. Hanrahan, hereby reject appointment as Trustee.

Dated: This _____ day of _____, 20 ____.

                         _____
                         Renee K. Hanrahan