United States Bankruptcy Court

Northern District of Iowa

In re:  
Rodney L Hettinger  
Kimberly K Hettinger  
    Debtors

Case No. 19-01165-TJC  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 10, 2025 | Form ID: pdf902 | Total Noticed: 2 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Cynthia A.M. Parker, Parker Corridor Law, PLLC, 2720 Granite Court NE, Cedar Rapids, IA 52402-3324 |
| aty | + | Eric W. Lam, 115 Third St. SE, Ste. 1200, Cedar Rapids, IA 52401-1222 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 12, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2025 at the address(es) listed below:

**Name**      **Email Address**

Brandon James Gray  
    on behalf of Creditor Iowa Department of Revenue Brandon.Gray2@usdoj.gov usaian.ecfbkcycr@usdoj.gov;CaseView.ECF@usdoj.gov

Eric J. Langston  
    on behalf of Plaintiff Sheryl L. Schnittjer  Chapter 7 Trustee elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Eric W. Lam  
    on behalf of Trustee Renee K. Hanrahan ELam@simmonsperrine.com  kcarmichael@SPMBLAW.com

Eric W. Lam  
    on behalf of Plaintiff Sheryl L. Schnittjer  Chapter 7 Trustee ELam@simmonsperrine.com, kcarmichael@SPMBLAW.com

Francis Wm. Henkels

Case 19-01165    Doc 291    Filed 01/12/25    Entered 01/12/25 23:43:34    Desc Imaged
Certificate of Notice    Page 2 of 4

| | | |
|---|---|---|
| District/off: 0862-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Jan 10, 2025 | Form ID: pdf902 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Defendant Kimberly K Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com |
| Francis Wm. Henkels | |
| | on behalf of Debtor Rodney L Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com |
| Francis Wm. Henkels | |
| | on behalf of Joint Debtor Kimberly K Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com |
| Francis Wm. Henkels | |
| | on behalf of Defendant Rodney L Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com |
| Francis Wm. Henkels | |
| | on behalf of Defendant Kimberly K. Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com |
| Francis Wm. Henkels | |
| | on behalf of Defendant Rodney L. Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com |
| G. Mark Rice | |
| | on behalf of Creditor South Central State Bank rice@whitfieldlaw.com  zintz@whitfieldlaw.com |
| G. Mark Rice | |
| | on behalf of Plaintiff South Central State Bank rice@whitfieldlaw.com  zintz@whitfieldlaw.com |
| G. Mark Rice | |
| | on behalf of Creditor Wells Fargo Financial Leasing  Inc. rice@whitfieldlaw.com, zintz@whitfieldlaw.com |
| Janet G. Reasoner | |
| | on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov |
| Johannes (John) H. Moorlach | |
| | on behalf of Creditor South Central State Bank moorlach@whitfieldlaw.com  DGioffredi@whitfieldlaw.com |
| Johannes (John) H. Moorlach | |
| | on behalf of Plaintiff South Central State Bank moorlach@whitfieldlaw.com  DGioffredi@whitfieldlaw.com |
| Judith O'Donohoe | |
| | on behalf of Debtor Rodney L Hettinger charlescity@elwoodlawfirm.com  dannielleknecht@elwoodlawfirm.com |
| Keith Patrick Duffy | |
| | on behalf of Creditor First State Bank  Sumner, Iowa kpduffy@nyemaster.com, krenslow@nyemaster.com |
| Kristina M. Stanger | |
| | on behalf of Creditor PSB Corporation kmstanger@nyemaster.com  mbbreckenridge@nyemaster.com |
| Kristina M. Stanger | |
| | on behalf of Creditor First State Bank  Sumner, Iowa kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com |
| Matthew E. Eck | |
| | on behalf of Creditor U.S. Bank National Association meck@lpdbhlaw.com |
| Miranda L. Hughes | |
| | on behalf of Creditor CNH Industrial Capital America LLC hughes@brownwinick.com tingle@brownwinick.com;michelle.messer@brownwinick.com |
| Patrick B. Dillon | |
| | on behalf of Creditor Farmers Savings Bank patdillon@dillonlawpc.com  6917@notices.nextchapterbk.com |
| Patrick B. Dillon | |
| | on behalf of Creditor First State Bank  Sumner, Iowa patdillon@dillonlawpc.com, 6917@notices.nextchapterbk.com |
| Peter Chalik | |
| | on behalf of Creditor South Central State Bank chalik@whitfieldlaw.com  irmiter@whitfieldlaw.com |
| Renee K. Hanrahan | |
| | rhanrahan@sharontc.net  rhanrahan@ecf.axosfs.com |
| Rodger Michael Turbak | |
| | on behalf of Creditor Fifth Third Bank rturbak@lewisricekc.com  vlbates@lewisricekc.com |
| Sander J. Morehead | |
| | on behalf of Creditor Cooperative Credit Company Sander.Morehead@woodsfuller.com  LeeAnn.LeBrun@woodsfuller.com |
| Steve Ginther | |
| | on behalf of Creditor Iowa Department of Revenue steve.ginther@ag.iowa.gov  idr.bankruptcy@ag.iowa.gov |
| Terry Gibson | |
| | on behalf of Defendant Maureen T. Benda tgibson@wandrolaw.com  filings@wandrolaw.com |

| District/off: 0862-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 10, 2025 | Form ID: pdf902 | Total Noticed: 2 |

Terry Gibson
   on behalf of Defendant Dean A. Benda tgibson@wandrolaw.com  filings@wandrolaw.com

United States Trustee
   USTPRegion12.CR.ECF@usdoj.gov

Wendee Noel Elliott-Clement
   on behalf of Creditor Bank of America  N.A. iabkndecf@southlaw.com, ksbkecf@ecf.courtdrive.com

Wesley B. Huisinga
   on behalf of Creditor Fidelity Bank & Trust wbh@shuttleworthlaw.com  patti@shuttleworthlaw.com

TOTAL: 34

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: <br><br> RODNEY L HETTINGER, and <br> KIMBERLY K HETTINGER, <br><br> DEBTORS. | CHAPTER 7 <br><br> CASE NO.: 19-01165 |

## ORDER GRANTING WITHDRAWAL AND MOTION FOR SUBSTITUTION OF COUNSEL

This matter comes before the Court for the approval of the Withdrawal and Substitution of Counsel filed by Steve Ginther. After review, the Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the Court approves the withdrawal of Brandon J. Gray as attorney for the Iowa Department of Revenue and substitution of Steve Ginther as attorney for the Iowa Department of Revenue.

Dated and entered: January 10, 2025

_____
U.S. BANKRUPTCY JUDGE