United States Bankruptcy Court

Northern District of Iowa

In re: Case No. 19-01165-TJC
Rodney L Hettinger Chapter 7
Kimberly K Hettinger
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0862-2      User: admin      Page 1 of 5
Date Rcvd: Jan 08, 2025      Form ID: 2040      Total Noticed: 73

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

+++    Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rodney L Hettinger, Kimberly K Hettinger, 34700 Saint Sebald Rd, Strawberry Point, IA 52076-8278 |
| aty | + | Cynthia A.M. Parker, Parker Corridor Law, PLLC, 2720 Granite Court NE, Cedar Rapids, IA 52402-3324 |
| aty | + | Eric W. Lam, 115 Third St. SE, Ste. 1200, Cedar Rapids, IA 52401-1222 |
| tr | | Renee K. Hanrahan, Renee K. Hanrahan, Trustee, PO Box 1088, Cedar Rapids, IA 52406-1088 |
| cr | + | AGCO Finance LLC, Goodman/Keller P.C., 1501 42nd St, Suite 300, West Des Moines, IA 50266 UNITED STATES 50266-1056 |
| cr | + | CNH Industrial Capital America LLC, 5729 Washington Avenue, Racine, WI 53406-4017 |
| cr | + | Cooperative Credit Company, 128 Third Street, N.W., P.O. Box 80, Sioux Center, IA 51250-0080 |
| cr | + | Farmers Savings Bank, P O Box 127, Colesburg, IA 52035-0127 |
| cr | + | First State Bank, Sumner, Iowa, PO Box 206, Sumner, IA 50674-0206 |
| cr | | South Central State Bank, PO Box 186, Campbell, NE 68932-0186 |
| 2307136 | +++ | Bank of America, N.A., c/o SouthLaw, P.C., 13160 Foster Suite 100, Overland Park, KS 66213-2848 |
| 2260060 | + | CNH Industrial Capital, 5729 Washington Ave, Racine, WI 53406-4017 |
| 2255258 | +++ | CNH Industrial Capital America, LLC, c/o Miranda L. Hughes, 666 Grand Avenue, Suite 2000, Des Moines, IA 50309-2510 |
| 2254144 | | Capital One / Cabelas, PO Box 1330, Charlotte, NC 28201-1330 |
| 2254992 | +++ | Cooperative Credit Company, c/o Sander J. Morehead, 300 S. Phillips Avenue, Suite 300, P.O. Box 5027, Sioux Falls, SD 57117-5027 |
| 2262723 | + | Cooperative Credit Company, 128 3rd St NW, Sioux Center, IA 51250-1839 |
| 2254146 | + | Cooperative Credit Company, Sander J. Morehead, 300 South Phillips Avenue, Suite 300, Sioux Falls, SD 57104-6322 |
| 2254147 | + | Dean & Maureen Benda, 2946 Highway V18, Elberon, IA 52225-8783 |
| 2254150 | + | Dillon Law PC, 209 E 1st Street, Sumner, IA 50674-1655 |
| 2304473 | + | Farmers Savings Bank, c/o Patrick B. Dillon, 209 E. 1st Street, Sumner, Iowa 50674-1655 |
| 2258162 | +++ | Fidelity Bank & Trust, c/o Wesley B. Huisinga, P.O. Box 2107, Cedar Rapids, IA 52406-2107 |
| 2264869 | + | Fidelity Bank & Trust, Attn: Melissa Fedeler, 201 S. Frederick Avenue, Oelwein, IA 50662-2449 |
| 2254152 | + | Fidelity Bank & Trust, 208 2nd St. SE, Dyersville, IA 52040-1605 |
| 2254154 | + | First State Bank, PO Box 206, Sumner, IA 50674-0206 |
| 2254592 | +++ | First State Bank, c/o Patrick B. Dillon, 209 E 1st Street, Sumner, IA 50674-1655 |
| 2291988 | +++ | First State Bank, c/o Ms. Keith P. Duffy, 700 Walnut Street, Suite 1600, Des Moines, IA 50309-3899 |
| 2256083 | +++ | First State Bank, c/o Kristina M. Stanger, 700 Walnut Street, Suite 1600, Des Moines, IA 50309-3899 |
| 2254156 | | Linn Area Credit Union, 3015 Blairs Ferry Rd. NE, Cedar Rapids, IA 52402-1832 |
| 2254157 | + | Michael K. Kennedy, 12 East Main Street, P.O. Box 406, New Hampton, IA 50659-0406 |
| 2319366 | + | PSB Corporation, 414 N. Adams Street, PO Box 248, Wellsburg, Iowa 50680-0248 |
| 2254163 | + | STATE BANK OF NEW HAMPTON, 25 N Chestnut Ave, New Hampton, IA 50659-1336 |
| 2254160 | | Sander J Morehead, 300 South Phillips, Suite 300, Sioux City, IA 51104 |
| 2254162 | + | South Central State Bank, G. Mark Rice, 699 Walnut Street, Suite 2000, Des Moines, IA 50309-3948 |
| 2258418 | + | South Central State Bank, 673 Broad Street, PO Box 186, Campbell, NE 68932-0186 |
| 2254591 | +++ | South Central State Bank, c/o G. Mark Rice, Esq., 699 Walnut Street, Suite 2000, Des Moines, IA 50309-3948 |
| 2298126 | +++ | South Central State Bank, c/o Peter J. Chalik, 699 Walnut Street, Suite 2000, Des Moines, IA 50309-3948 |
| 2254169 | + | Whitefield & Eddy, 699 Walnut St, Suite 2000, Des Moines, IA 50309-4195 |

TOTAL: 37

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| District/off: 0862-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jan 08, 2025 | Form ID: 2040 | Total Noticed: 73 |

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 08 2025 20:35:00 | CitizensBank N.A., One Citizens Bank Way, JCA115, Johnston, RI 02919-1922 |
| cr | + Email/Text: IDR.Bankruptcy@ag.iowa.gov | Jan 08 2025 20:35:00 | Iowa Department of Revenue, Office of the Attorney General of Iowa, Attn: Bankruptcy Unit, 1305 E. Walnut, Des Moines, IA 50319-0109 |
| cr | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 08 2025 20:36:41 | Wells Fargo Financial Leasing, Inc., 800 Walnut Street, Des Moines, IA 50309-3891 |
| 2254140 | + Email/Text: BANKRUPTCYDSM@DELAGELANDEN.COM | Jan 08 2025 20:35:00 | AGCO Finance, 8001 Birchwood Ct, PO Box 2000, Johnston, IA 50131-0020 |
| 2257353 | + Email/Text: BANKRUPTCYDSM@DELAGELANDEN.COM | Jan 08 2025 20:35:00 | AGCO Finance LLC, PO Box 2000, Johnston, IA 50131-0020 |
| 2254141 | + Email/Text: creditcardbkcorrespondence@bofa.com | Jan 08 2025 20:35:00 | Bank of America, PO Box 45144, Jacksonville, FL 32232-5144 |
| 2254142 | + Email/Text: creditcardbkcorrespondence@bofa.com | Jan 08 2025 20:35:00 | Bank of America, Attn: Bankruptcy Dept., PO Box 982238, El Paso, TX 79998-2238 |
| 2255434 | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 08 2025 20:35:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 2254143 | + Email/Text: bk@blittandgaines.com | Jan 08 2025 20:35:00 | Blitt and Gaines, P.C., 661 Glenn Ave., Wheeling, IL 60090-6017 |
| 2257310 | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 08 2025 20:35:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, Rhode Island 02919 |
| 2254158 | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 08 2025 20:35:00 | RBS Citizens NA, 480 Jefferson Blvd, Warwick, RI 02886-1359 |
| 2254145 | + Email/Text: nafaxhrbk@cnhind.com | Jan 08 2025 20:35:00 | CNH Industrial Capital, LLC, PO Box 3600, Lancaster, PA 17604-3600 |
| 2254148 | Email/Text: litbkcourtmail@johndeere.com | Jan 08 2025 20:35:00 | Deere & Company, 6400 NW 86th St, PO Box 6600, Johnston, IA 50131 |
| 2254149 | Email/Text: litbkcourtmail@johndeere.com | Jan 08 2025 20:35:00 | Deere Credit, Inc., 6400 NW 86th St, Johnston IA 50131-0000 |
| 2254155 | Email/Text: collecadminbankruptcy@fnni.com | Jan 08 2025 20:35:00 | FNB Omaha, PO Box 3412, Omaha, NE 68197 |
| 2257824 | Email/Text: collecadminbankruptcy@fnni.com | Jan 08 2025 20:35:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 2254151 | + Email/Text: LoanOps@fsbmail.net | Jan 08 2025 20:35:00 | Farmers State Bank, 175 Center Point Rd, Hiawatha, IA 52233-1599 |
| 2256701 | + Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Jan 08 2025 20:35:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 2254153 | + Email/Text: collectionbankruptcies.bancorp@53.com | Jan 08 2025 20:35:00 | Fifth Third Bank, 5050 Kingsley Dr, M/D 1MOCOP, Cincinnati, OH 45227-1115 |
| 2290908 | + Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Jan 08 2025 20:35:00 | Fifth Third Bank, N.A., PO Box 9013, Addison, Texas 75001-9013 |
| 2257192 | + Email/Text: BKRMailOps@weltman.com | Jan 08 2025 20:35:00 | John Deere Financial, c/o Weltman, Weinberg and Reis Co., LPA, P O Box 93784, Cleveland, OH 44101-5784 |
| 2256876 | + Email/Text: BKRMailOps@weltman.com | Jan 08 2025 20:35:00 | John Deere Financial, c/o Weltman, Weinberg and Reis Co., LPA, 965 Keynote Circle, Brooklyn Hts., OH 44131-1829 |
| 2254457 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 08 2025 20:52:39 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 2254159 | + Email/Text: newbk@Regions.com | Jan 08 2025 20:35:00 | Regions Bank DBA AMSouth, PO Box 11007, Birmingham, AL 35288-0001 |

Case 19-01165 Doc 292 Filed 01/10/25 Entered 01/13/25 19:57:06 Desc Imaged
Certificate of Notice Page 3 of 6

| District/off: 0862-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jan 08, 2025 | Form ID: 2040 | Total Noticed: 73 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 2309947 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 08 2025 20:36:55 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 2270420 | | Email/Text: Bankruptcy@stearnsbank.com | Jan 08 2025 20:35:00 | Hannah Gilbert, Stearns Bank National Association, 4140 Thielman Lane, St. Cloud, MN 56301 |
| 2254164 | | Email/Text: Bankruptcy@stearnsbank.com | Jan 08 2025 20:35:00 | Stearns Bank, 4191 2nd St South, Saint Cloud, MN 56301 |
| 2254165 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 08 2025 20:36:41 | SYNCB/Sam's, Attn: Bankruptcy Dept., PO Box 965005, Orlando, FL 32896-5005 |
| 2254161 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 08 2025 20:53:25 | Sears/CBNA, Attn: Bankruptcy Dept., PO Box 6282, Sioux Falls, SD 57117-6282 |
| 2254593 | ^ | MEBN | Jan 08 2025 20:32:55 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 2257382 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 08 2025 20:35:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 2257967 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 08 2025 20:35:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 2254166 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 08 2025 20:35:00 | US Bank, PO Box 108, Saint Louis, MO 63166 |
| 2254167 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 08 2025 20:36:41 | Wells Fargo - Corporate Offices, 420 Montgomery Street, San Francisco, CA 94104-1205 |
| 2254168 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 08 2025 20:36:54 | Wells Fargo Financial, 800 Walnut St, Des Moines, IA 50309-3891 |
| 2255567 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 08 2025 20:52:15 | Wells Fargo Financial Leasing, Inc., 800 Walnut Street, MAC F0005-055, Des Moines, IA 50309-3605 |

TOTAL: 36

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 2304474 | | hkjhu |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *P++ | STEARNS BANK NATIONAL ASSOCIATION, ATTN LEGAL DEPARTMENT, 4191 2ND STREET SOUTH, ST CLOUD MN 56301-3761, address filed with court:, Hannah Gilbert, Stearns Bank National Association, 4140 Thielman Lane, St. Cloud, MN 56301 |
| 2256702 | *+ | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0862-2 | User: admin | Page 4 of 5 |
| Date Rcvd: Jan 08, 2025 | Form ID: 2040 | Total Noticed: 73 |
| Date: Jan 10, 2025 | Signature: /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brandon James Gray | on behalf of Creditor Iowa Department of Revenue Brandon.Gray2@usdoj.gov usaian.ecfbkcycr@usdoj.gov;CaseView.ECF@usdoj.gov |
| Eric J. Langston | on behalf of Plaintiff Sheryl L. Schnittjer Chapter 7 Trustee elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |
| Eric W. Lam | on behalf of Trustee Renee K. Hanrahan ELam@simmonsperrine.com kcarmichael@SPMBLAW.com |
| Eric W. Lam | on behalf of Plaintiff Sheryl L. Schnittjer Chapter 7 Trustee ELam@simmonsperrine.com, kcarmichael@SPMBLAW.com |
| Francis Wm. Henkels | on behalf of Joint Debtor Kimberly K Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com |
| Francis Wm. Henkels | on behalf of Defendant Rodney L Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com |
| Francis Wm. Henkels | on behalf of Defendant Kimberly K. Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com |
| Francis Wm. Henkels | on behalf of Defendant Rodney L. Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com |
| Francis Wm. Henkels | on behalf of Defendant Kimberly K Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com |
| Francis Wm. Henkels | on behalf of Debtor Rodney L Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com |
| G. Mark Rice | on behalf of Creditor Wells Fargo Financial Leasing Inc. rice@whitfieldlaw.com, zintz@whitfieldlaw.com |
| G. Mark Rice | on behalf of Creditor South Central State Bank rice@whitfieldlaw.com zintz@whitfieldlaw.com |
| G. Mark Rice | on behalf of Plaintiff South Central State Bank rice@whitfieldlaw.com zintz@whitfieldlaw.com |
| Janet G. Reasoner | on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov |
| Johannes (John) H. Moorlach | on behalf of Plaintiff South Central State Bank moorlach@whitfieldlaw.com DGioffredi@whitfieldlaw.com |
| Johannes (John) H. Moorlach | on behalf of Creditor South Central State Bank moorlach@whitfieldlaw.com DGioffredi@whitfieldlaw.com |
| Judith O'Donohoe | on behalf of Debtor Rodney L Hettinger charlescity@elwoodlawfirm.com dannielleknecht@elwoodlawfirm.com |
| Keith Patrick Duffy | on behalf of Creditor First State Bank Sumner, Iowa kpduffy@nyemaster.com, krenslow@nyemaster.com |
| Kristina M. Stanger | on behalf of Creditor PSB Corporation kmstanger@nyemaster.com mbbreckenridge@nyemaster.com |
| Kristina M. Stanger | on behalf of Creditor First State Bank Sumner, Iowa kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com |
| Matthew E. Eck | on behalf of Creditor U.S. Bank National Association meck@lpdbhlaw.com |
| Miranda L. Hughes | |

Case 19-01165　Doc 292　Filed 01/10/25　Entered 01/13/25 19:57:06　Desc Imaged
Certificate of Notice　Page 5 of 6

| District/off: 0862-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Jan 08, 2025 | Form ID: 2040 | Total Noticed: 73 |

|  |  |
|---|---|
|  | on behalf of Creditor CNH Industrial Capital America LLC hughes@brownwinick.com tingle@brownwinick.com;michelle.messer@brownwinick.com |
| Patrick B. Dillon | |
|  | on behalf of Creditor Farmers Savings Bank patdillon@dillonlawpc.com 6917@notices.nextchapterbk.com |
| Patrick B. Dillon | |
|  | on behalf of Creditor First State Bank Sumner, Iowa patdillon@dillonlawpc.com, 6917@notices.nextchapterbk.com |
| Peter Chalik | |
|  | on behalf of Creditor South Central State Bank chalik@whitfieldlaw.com irmiter@whitfieldlaw.com |
| Renee K. Hanrahan | |
|  | rhanrahan@sharontc.net rhanrahan@ecf.axosfs.com |
| Rodger Michael Turbak | |
|  | on behalf of Creditor Fifth Third Bank rturbak@lewisricekc.com vlbates@lewisricekc.com |
| Sander J. Morehead | |
|  | on behalf of Creditor Cooperative Credit Company Sander.Morehead@woodsfuller.com LeeAnn.LeBrun@woodsfuller.com |
| Terry Gibson | |
|  | on behalf of Defendant Dean A. Benda tgibson@wandrolaw.com filings@wandrolaw.com |
| Terry Gibson | |
|  | on behalf of Defendant Maureen T. Benda tgibson@wandrolaw.com filings@wandrolaw.com |
| United States Trustee | |
|  | USTPRegion12.CR.ECF@usdoj.gov |
| Wendee Noel Elliott-Clement | |
|  | on behalf of Creditor Bank of America N.A. iabkndecf@southlaw.com, ksbkecf@ecf.courtdrive.com |
| Wesley B. Huisinga | |
|  | on behalf of Creditor Fidelity Bank & Trust wbh@shuttleworthlaw.com patti@shuttleworthlaw.com |

TOTAL: 33

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Rodney L Hettinger
Kimberly K Hettinger

Debtor

Chapter 7

Bankruptcy No. 19−01165

## NOTICE OF POSSIBLE DIVIDEND AND
## NOTICE OF DEADLINE FOR FILING TIMELY PROOF OF CLAIM

To:

All Creditors and Parties in Interest

The initial notice in the case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, it now appears that there may be assets in excess of the costs of administration and that payment of a dividend is possible.

**NOTICE IS HEREBY GIVEN** in order to share in any distribution of funds, a creditor must file a proof of claim with the Clerk of the Bankruptcy Court on or before:

**April 10, 2025**

Creditors who do not file a proof of claim on or before this date might not share in any distribution from Debtor's estate.

A proof of claim can be filed electronically by completing the online electronic Proof of Claim (ePOC) found on our public website (www.ianb.uscourts.gov). Alternatively, the Official Form B410, Proof of Claim can be obtained from our public website, completed and mailed to the address below. There is no fee for filing the proof of claim.

**Clerk of Bankruptcy Court**
**111 Seventh Ave SE, #15**
**Cedar Rapids, IA 52401**

If you have already filed a proof of claim, there is no need to file again unless you wish to amend your claim.

Date: January 8, 2025

Sharon K. Mullin
Clerk, Bankruptcy Court