**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| RODNEY L. HETTINGER and ) | |
| KIMBERLY K. HETTINGER, ) | |
| ) | Bankruptcy No. 19-01165 |
| DEBTORS. ) | |

**APPLICATION FOR COMPENSATION**

COMES NOW, former Trustee's Attorney, Benjamin G. Nielson of the law firm Pugh Hagan Prahm PLC (the "Applicant"), and pursuant to 11 U.S.C. § 330 and Rule 2016 of the Federal Rules of Bankruptcy Procedure hereby submits its Application for Compensation, stating the following in support:

1. Debtors Rodney L. Hettinger and Kimberly K. Hettinger (the "Debtors") filed a petition for relief under Chapter 12 of Title 11 of the United States Code (the "Bankruptcy Code") on August 26, 2019.

2. Debtors' bankruptcy case was voluntarily converted to a case under Chapter 7 of the Bankruptcy Code on July 30, 2020.

3. Debtors' bankruptcy case was closed on August 16, 2022.

4. Debtors' bankruptcy case was reopened on August 2, 2024, after it was discovered that the Debtors were the holders of a previously unvested right to foreclose on certain real property situated in Strawberry Point, Iowa.

5. Former Trustee, Benjamin G. Nielson ("Former Trustee"), was appointed to administer the Debtors' bankruptcy estate on August 5, 2024.

{00570754}

6. Former Trustee, having investigated the substance of the right to foreclose referred to in paragraph 4 above, determined that the asset was of potentially significant value to the Debtors' bankruptcy estate and intended to pursue liquidation of same vis-à-vis foreclosure or sale for the benefit of the Debtors' bankruptcy estate.

7. Former Trustee applied to have Applicant employed on October 22, 2024 and this Court granted that application on October 22, 2024 (*see* ECF Doc. 278, Application to Employ Benjamin G. Nielson and the law firm of Pugh Hagan Prahm PLC as Attorney for Trustee and ECF Doc. 280, Order Granting Application to Employ Benjamin G. Nielson and the law firm of Pugh Hagan Prahm PLC as Attorney for Trustee).

8. Applicant makes this Application for Compensation for professional services Applicant rendered on behalf of Former Trustee, as described below, from October 28, 2024 through January 3, 2024, and for reimbursement of actual and necessary expenses incurred while rendering such services. All services for which compensation is requested were performed for and on behalf of the Former Trustee and not for any creditor or any other person.

9. Applicant represents to the Court that these services and expenses provided during the period covered by this Application for Compensation were ordinary and necessary given the nature of the discrete legal issues germane to this proceeding, and that no work was excessive or detrimental to the Debtors' bankruptcy estate.

WHEREFORE Applicant respectfully requests this Court allow Applicant $9,180.00 for professional services necessarily rendered and $175.00 for a total of $9,355.00 and grant such other relief as is just and equitable given the circumstances.

*[Remainder Left Intentionally Blank]*

Dated this 14th day of January 2025.

        Respectfully submitted,

By: */s/ Benjamin G. Nielson*
BENJAMIN G. NIELSON    AT0014460
PUGH HAGAN PRAHM PLC
425 E. Oakdale Blvd, Suite 201
Phone: (319) 351-2028
Fax: (319) 351-1102
Email: bnielson@pughhagan.com

*ATTORNEY FOR FORMER CH. 7 TRUSTEE BENJAMIN G. NIELSON*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on the 14th day of January 2025, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system, and served electronically on those participants that receive service through the CM/ECF System.

        */s/ Karah D. Hemann*
        Karah D. Hemann

## Pugh Hagan Prahm PLC

425 E. Oakdale Blvd
Suite 201
Coralville, IA 52241

Phone: (319) 351-2028                Fax: (319) 351-1102

| | |
|---|---|
| Matter: | 06437 |
| Client: | Benjamin G. Nielson, Attorney for Trustee |
| Description: | General Litigation |
| Dates: | 10/22/2024 to 1/13/2025 |
| Billing status: | Billable, Billed |

### FEES

| Date | Description | Hours | Amount | Staff |
|---|---|---|---|---|
| 10/28/2024 | Review documents received from opposing counsel. Attention to Settlement Agreement, Assignments, Mortgage, and Note. Analysis of same. | 1.3 | $552.50 | BGN |
| 10/28/2024 | Internal conference with Attorney Grenko regarding analysis of real estate documents. | 0.2 | $85.00 | BGN |
| 10/29/2024 | Correspondence with Attorney Judith regarding document analysis. | 0.3 | $127.50 | BGN |
| 11/4/2024 | Prepare correspondence to opposing counsel regarding foreclosure, amount due and valuation. | 1.1 | $467.50 | BGN |
| 11/5/2024 | Internal conference regarding foreclosure. | 1.6 | $0.00 | BGN |
| 11/5/2024 | Order Lien Search. | 0.1 | $42.50 | BGN |
| 11/5/2024 | Review and analyze loan documents and prior litigation in advance of drafting Petition to Foreclose. | 1.8 | $765.00 | BGN |
| 11/5/2024 | Work on Notice to Cure. | 1.1 | $467.50 | BGN |
| 11/5/2024 | Begin work on Petition of Foreclosure. | 1.3 | $552.50 | BGN |
| 11/6/2024 | Finalize Petition to Foreclose. | 1.9 | $807.50 | BGN |
| 11/6/2024 | Correspondence with opposing counsel regarding status update. | 0.1 | $42.50 | BGN |
| 11/7/2024 | Time on 45 Day Cure Notice. Forward same to assistant Hemann for mailing. | 0.9 | $382.50 | BGN |
| 11/7/2024 | Prepare correspondence to opposing counsel regarding valuation. | 0.9 | $382.50 | BGN |
| 11/13/2024 | Legal research regarding valuation issues. | 2.9 | $1,232.50 | BGN |
| 12/11/2024 | Attention to correspondence from Attorney Riley. | 0.3 | $127.50 | BGN |
| 12/11/2024 | Legal Research regarding estoppel doctrine. | 1.7 | $722.50 | BGN |

| Date | Description | Hours | Amount | Staff |
|---|---|---|---|---|
| 12/12/2024 | Work on Motion to Compel. | 0.5 | $212.50 | BGN |
| 12/12/2024 | Correspondence with opposing counsel regarding status of Appraisal and amendment to schedules A/B. | 1.7 | $212.50 | BGN |
| 12/17/2024 | Revise Petition. | 1.7 | $127.50 | BGN |
| 12/17/2024 | Additional estoppel research. | 1.3 | $552.50 | BGN |
| 1/2/2025 | Work on Application for Compensation. | 0.8 | $340.00 | BGN |
| 1/2/2025 | Work on Notice for Application for Compensation. | 0.2 | $85.00 | BGN |
| 1/2/2025 | Work on Proposed Order Granting Application for Compensation. | 0.2 | $85.00 | BGN |
| 1/3/2025 | Prepare correspondence to Successor Trustee Attorney Eric Lam with legal analysis regarding asset. | 1.9 | $807.50 | BGN |
| | Totals: | 25.8 | $9,180.00 | |

### EXPENSES

| Date | Description | Amount |
|---|---|---|
| 12/9/2024 | Lien Search Fee on The North Half (N1/2) of the Southwest Quarter (SW1/4) of the Northwest Quarter (NW1/4), Section Twenty-six (26), Township Ninety-one (91) North Range Six (6), West of the 5th P.M. | $175.00 |
| | Totals: | $175.00 |

| | | |
|---|---|---|
| | **Total Fees & Expenses for all charges on this matter:** | $9,355.00 |