**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| RODNEY L. HETTINGER and ) | |
| KIMBERLY K. HETTINGER, ) | |
| ) | Bankruptcy No. 19-01165 |
| DEBTORS. ) | |

**NOTICE OF APPLICATION FOR COMPENSATION**

TO ALL CREDITORS AND PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that an Application for Compensation was filed with the Court in the above-captioned case on January 14, 2025. The Application for Compensation requests approval of compensation for fees in the amount of $9,180.00 and expenses in the amount of $175.00. A copy of this Application may be obtained by emailing khemann@pughhagan.com and requesting a copy, or by writing to Pugh Hagan Prahm PLC, 425 E. Oakdale Blvd., Suite 201, Coralville, IA 52241.

NOTICE IS FURTHER GIVEN that the bar date for objection to the Application for Compensation is February 4, 2025. Objections must be filed with the Court by that date with a copy served on counsel for the Debtors, the Chapter 7, and the United States Trustee ("Notice Parties"). Service may be by filing with the Court's CM/ECF system, which will notify the Notice Parties, or by mail to the Court and the Notice Parties at the addresses below. If an objection is served by mail the Notice Parties and the Court must receive it by the bar date set forth above.

| | |
|---|---|
| Clerk of the Bankruptcy Court | Benjamin G. Nielson |
| 111 7th Avenue SE | 425 E. Oakdale Blvd., Suite 210 |
| Cedar Rapids, IA 52401 | Coralville, IA 52241 |
| | |
| Office of the United States Trustee | Renee K. Hanrahan, Trustee |
| 111 7th Avenue SE | |
| Cedar Rapids, IA 52401 | |

NOTICE IS FURTHER GIVEN that if any objections are filed, a hearing on said objections will be scheduled by separate notice.

NOTICE IS FURTHER GIVEN that if no objections are timely filed, an order may be entered granting the relief requested without further notice or hearing.

Dated this 14th day of January 2025.

{00570755}

                          Respectfully submitted,

By:   */s/ Benjamin G. Nielson*
       BENJAMIN G. NIELSON    AT0014460
       PUGH HAGAN PRAHM PLC
       425 E. Oakdale Blvd, Suite 201
       Phone: (319) 351-2028
       Fax:    (319) 351-1102
       Email: bnielson@pughhagan.com

*ATTORNEY FOR FORMER CH. 7 TRUSTEE BENJAMIN G. NIELSON*