UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| Rodney L. Hettinger | ) | CASE NO. 19-01165 |
| Kimberly K. Hettinger, | ) | |
| | ) | APPLICATION FOR APPROVAL |
| Debtor(s). | ) | OF EMPLOYMENT OF |
| | ) | ATTORNEY OR ACCOUNTANT: |
| | ) | RECOMMENDATION AND |
| | ) | ORDER |

1. Applicant is the Trustee in this case.

2. Applicant believes that the employment of an attorney is necessary to represent or assist Trustee in carrying out the Trustee's duties as follows:

The services of an attorney will be necessary to represent the Trustee and the Bankruptcy Estate's interest in analyzing and pursuing the bankruptcy estate's interests in certain litigation or asset recently disclosed by the Debtors in their Motion to Reopen, including pursuit of real property and/or mortgages, liens, or other indices of ownership and litigation, valuing and analyzing those interests, and to carry out such other legal services as the Trustee deems necessary and in the best interests of the bankruptcy estate.

3. Eric W. Lam and Simmons Perrine Moyer Bergman PLC, 115 3rd Street SE, Suite 1200, Cedar Rapids, IA 52401-1266, is qualified by reason of practice and experience to render such representation or assistance.

4. The compensation will be as follows:

$450.00 per hour for attorneys' services, and customary hourly rates for other professionals' services, plus reimbursement of out-of-pocket expenses.

5. Applicant has disclosed to the undersigned that he has the following connections with the debtor(s), creditors, or any other parties-in-interest:

None except Applicant served as counsel for predecessor Trustee Sheryl Schnittjer in this case, and Applicant's Application to Employ previously filed is by this reference incorporated herein as if set forth verbatim.

WHEREFORE, applicant prays that the Court approve such employment by the Trustee.

Dated:_____01.16.25_____                 __/s/ Renee K. Hanrahan_____
                                                                Trustee

RULE 2014(a) VERIFICATION

I, Eric W. Lam, of Simmons Perrine Moyer Bergman PLC, named in the foregoing Report, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge and belief.

Dated:_____1-16-25_____        SIGNED: ___/s/ E. Lam_____

RECOMMENDATION OF THE UNITED STATES TRUSTEE

Based on the Application made by the trustee, I recommend that the professional employment applied for by the trustee be approved for the purpose indicated in the application.

Dated and Entered:_____1/17/25_____

United States Trustee, Region 12

By:___/s/ Janet G. Reasoner_____

United States Trustee's Office
111 7th Avenue SE, Box 17
Cedar Rapids IA  52401-2101
319.364.2211

ORDER

Upon the foregoing Application and Recommendation and for cause shown, and pursuant to the provisions of Title 11, United States Code, §327, it is

ORDERED, the professional employment applied for is hereby APPROVED subject to the limitations provided for by Title 11, United States Code, §328.

Dated and Entered: _____

_____
UNITED STATES BANKRUPTCY JUDGE