# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| **In Re:**<br><br>**RODNEY L. HETTINGER AND KIMBERLY K. HETTINGER,**<br><br>Debtors. | **Case No. 19-01165**<br><br>**Chapter 12** |

## APPLICATION FOR ORDER TO RELIEVE DEBTORS OF OBLIGATION TO ATTEND PRE AND POST FINANCIAL COUNSELING

**COME NOW** the Debtors, and in support of their Application for Order to Relieve Debtors of Obligation to Attend Pre and Post Financial Counseling state as follows:

**1.**  That the Debtors filed their original bankruptcy petition on August 26, 2019.

**2.**  That as part of the original bankruptcy action in 2019, debtors attended pre and post financial counseling.

**3.**  That the inadvertent omission of the subject to the reopened bankruptcy does not negate the prior attendance of the Debtors at the pre and post financial counseling and the Debtors feel that they have already complied with this requirement of the Bankruptcy Court.

1

WHEREFORE, the Debtors pray that the Court enter an Order to waive the requirement of pre and post financial counseling for the Debtors as this has already been performed in the original bankruptcy action.

/s/ Judith M. O'Donohoe
**Judith O'Donohoe                    AT0005849**
*Elwood, O'Donohoe, Braun & White, LLP*
**116 North Main Street**
**PO Box 307**
**Charles City IA 50616-0307**
**(641) 228-8054 - Telephone**
**(641) 228-8057 - Facsimile**
**charlescity@elwoodlawfirm.com**