IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| RODNEY L. HETTINGER, | ) | |
| And KIMBERLY K. HETTINGER, | ) | Bankruptcy No. 19-01165 |
| | ) | |
| Debtor(s). | ) | ORDER ON APPLICATION TO RELIEVE DEBTORS OF OBLIGATION TO ATTEND PRE AND POST FINANCIAL COUNSELING |

Upon the Application to Relieve Debtors of Obligation To Attend Pre and Post Financial Counseling it is

**ORDERED that the motion is**

\_\_\_\_\_   Denied

__X__   Granted, and the debtors are relieved of their obligation to attend pre and post financial counseling

Dated and entered on this  __4th__  day of  __February__ , 2025

*/s/ Thad J. Collins*
THAD J. COLLINS
CHIEF BANKRUPTCY JUDGE

Order prepared by:
Judith O'Donohoe, AT0005849
116 North Main Street
Charles City, IA 50616
641-228-8054
charlescity@elwoodlawfirm.com
Atty for Debtor