United States Bankruptcy Court

Northern District of Iowa

In re:                            Case No. 19-01165-TJC

Rodney L Hettinger                  Chapter 7

Kimberly K Hettinger

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0862-2           User: admin           Page 1 of 3

Date Rcvd: Feb 03, 2025       Form ID: pdf902        Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Cynthia A.M. Parker, Parker Corridor Law, PLLC, 2720 Granite Court NE, Cedar Rapids, IA 52402-3324 |
| aty | + | Eric W. Lam, 115 Third St. SE, Ste. 1200, Cedar Rapids, IA 52401-1222 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + Email/Text: bnielson@pughhagan.com | Feb 03 2025 20:55:00 | Benjamin Gregory Nielson, Chapter 7 Trustee, 425 E. Oakdale Blvd, Suite 201, Coralville, IA 52241-3404 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 05, 2025          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Gregory Nielson | bnielson@pughhagan.com khemann@pughhagan.com;bnielson2@ecf.axosfs.com |
| Eric J. Langston | on behalf of Plaintiff Sheryl L. Schnittjer Chapter 7 Trustee elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |

| | | |
|---|---|---|
| District/off: 0862-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Feb 03, 2025 | Form ID: pdf902 | Total Noticed: 3 |

Eric W. Lam
    on behalf of Trustee Renee K. Hanrahan ELam@simmonsperrine.com kcarmichael@SPMBLAW.com

Eric W. Lam
    on behalf of Plaintiff Sheryl L. Schnittjer Chapter 7 Trustee ELam@simmonsperrine.com, kcarmichael@SPMBLAW.com

Francis Wm. Henkels
    on behalf of Defendant Kimberly K Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com

Francis Wm. Henkels
    on behalf of Debtor Rodney L Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com

Francis Wm. Henkels
    on behalf of Joint Debtor Kimberly K Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com

Francis Wm. Henkels
    on behalf of Defendant Rodney L Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com

Francis Wm. Henkels
    on behalf of Defendant Kimberly K. Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com

Francis Wm. Henkels
    on behalf of Defendant Rodney L. Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com

G. Mark Rice
    on behalf of Creditor South Central State Bank rice@whitfieldlaw.com zintz@whitfieldlaw.com

G. Mark Rice
    on behalf of Plaintiff South Central State Bank rice@whitfieldlaw.com zintz@whitfieldlaw.com

G. Mark Rice
    on behalf of Creditor Wells Fargo Financial Leasing Inc. rice@whitfieldlaw.com, zintz@whitfieldlaw.com

Janet G. Reasoner
    on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov

Johannes (John) H. Moorlach
    on behalf of Creditor South Central State Bank moorlach@whitfieldlaw.com DGioffredi@whitfieldlaw.com

Johannes (John) H. Moorlach
    on behalf of Plaintiff South Central State Bank moorlach@whitfieldlaw.com DGioffredi@whitfieldlaw.com

Judith O'Donohoe
    on behalf of Debtor Rodney L Hettinger charlescity@elwoodlawfirm.com dannielleknecht@elwoodlawfirm.com

Judith O'Donohoe
    on behalf of Joint Debtor Kimberly K Hettinger charlescity@elwoodlawfirm.com dannielleknecht@elwoodlawfirm.com

Keith Patrick Duffy
    on behalf of Creditor First State Bank  Sumner, Iowa kpduffy@nyemaster.com, krenslow@nyemaster.com

Kristina M. Stanger
    on behalf of Creditor PSB Corporation kmstanger@nyemaster.com mbbreckenridge@nyemaster.com

Kristina M. Stanger
    on behalf of Creditor First State Bank  Sumner, Iowa kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com

Matthew E. Eck
    on behalf of Creditor U.S. Bank National Association meck@lpdbhlaw.com

Miranda L. Hughes
    on behalf of Creditor CNH Industrial Capital America LLC hughes@brownwinick.com tingle@brownwinick.com;michelle.messer@brownwinick.com

Patrick B. Dillon
    on behalf of Creditor Farmers Savings Bank patdillon@dillonlawpc.com 6917@notices.nextchapterbk.com

Patrick B. Dillon
    on behalf of Creditor First State Bank  Sumner, Iowa patdillon@dillonlawpc.com, 6917@notices.nextchapterbk.com

Peter Chalik
    on behalf of Creditor South Central State Bank chalik@whitfieldlaw.com irmiter@whitfieldlaw.com

Renee K. Hanrahan
    rhanrahan@sharontc.net rhanrahan@ecf.axosfs.com

Rodger Michael Turbak

District/off: 0862-2 User: admin Page 3 of 3
Date Rcvd: Feb 03, 2025 Form ID: pdf902 Total Noticed: 3

on behalf of Creditor Fifth Third Bank rturbak@lewisricekc.com  vlbates@lewisricekc.com

Sander J. Morehead

on behalf of Creditor Cooperative Credit Company Sander.Morehead@woodsfuller.com  LeeAnn.LeBrun@woodsfuller.com

Steve Ginther

on behalf of Creditor Iowa Department of Revenue steve.ginther@ag.iowa.gov  idr.bankruptcy@ag.iowa.gov

Terry Gibson

on behalf of Defendant Dean A. Benda tgibson@wandrolaw.com  filings@wandrolaw.com

Terry Gibson

on behalf of Defendant Maureen T. Benda tgibson@wandrolaw.com  filings@wandrolaw.com

United States Trustee

USTPRegion12.CR.ECF@usdoj.gov

Wendee Noel Elliott-Clement

on behalf of Creditor Bank of America  N.A. iabkndecf@southlaw.com, ksbkecf@ecf.courtdrive.com

Wesley B. Huisinga

on behalf of Creditor Fidelity Bank & Trust wbh@shuttleworthlaw.com  patti@shuttleworthlaw.com

TOTAL: 35

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| Rodney L. Hettinger, | ) | CASE NO. 19-01165 |
| Kimberly K Hettinger, | ) | |
| | ) | APPLICATION FOR APPROVAL |
| Debtor(s). | ) | OF EMPLOYMENT OF |
| | ) | ATTORNEY OR ACCOUNTANT: |
| | ) | RECOMMENDATION AND |
| | ) | ORDER |

1. Applicant is the Trustee in this case.

2. Applicant believes that the employment of an attorney is necessary to represent or assist Trustee in carrying out the Trustee's duties as follows:

The services of an accountant will be necessary to represent the Trustee and the Bankruptcy Estate's interest in preparing income tax returns, and to carry out such other tax and accounting services as the Trustee deems necessary and in the best interests of the bankruptcy estate.

3. David L. Koch, and Koch & Lipkea P.C. 2750 First Avenue NE Suite 420, Cedar Rapids, IA 52402, is qualified by reason of practice and experience to render such representation or assistance.

4. The compensation will be as follows:

$1,200.00 for each year's tax returns prepared, and $350.00 per hour for consultation on tax matters if needed, plus reimbursement of out-of-pocket expenses.

5. Applicant has disclosed to the undersigned that he has the following connections with the debtor(s), creditors, or any other parties-in-interest: None.

WHEREFORE, applicant prays that the Court approve such employment by the Trustee.


Dated:____02.01.25_____                __/s/ Renee K. Hanrahan_____
                                                          Trustee

## RULE 2014(a) VERIFICATION

I, David L. Koch, of Koch & Lipkea P.C., named in the foregoing Report, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge and belief.

Dated:__02.01.25_____     SIGNED: __/s/ David L. Koch_____

## RECOMMENDATION OF THE UNITED STATES TRUSTEE

Based on the Application made by the trustee, I recommend that the professional employment applied for by the trustee be approved for the purpose indicated in the application.

Dated and Entered:__2/3/25_____

United States Trustee, Region 12

By:__/s/ Janet G. Reasoner_____

United States Trustee's Office
111 7th Avenue SE, Suite 2800
Cedar Rapids IA  52401-2101
319.364.2211

ORDER

Upon the foregoing Application and Recommendation and for cause shown, and pursuant to the provisions of Title 11, United States Code, §327, it is

ORDERED, the professional employment applied for is hereby APPROVED subject to the limitations provided for by Title 11, United States Code, §328.

Dated and Entered:  February 3, 2025

_____
UNITED STATES BANKRUPTCY JUDGE