United States Bankruptcy Court

Northern District of Iowa

In re:                                                                                                                                      Case No. 19-01165-TJC

Rodney L Hettinger                                                                         Chapter 7

Kimberly K Hettinger

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0862-2                                                   User: admin                                                      Page 1 of 3

Date Rcvd: Feb 05, 2025                                        Form ID: hrgntc                                     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol         Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rodney L Hettinger, Kimberly K Hettinger, 34700 Saint Sebald Rd, Strawberry Point, IA 52076-8278 |
| aty | + | Eric W. Lam, 115 Third St. SE, Ste. 1200, Cedar Rapids, IA 52401-1222 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: bnielson@pughhagan.com | Feb 05 2025 20:56:00 | Benjamin Gregory Nielson, Chapter 7 Trustee, 425 E. Oakdale Blvd, Suite 201, Coralville, IA 52241-3404 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 07, 2025                                                    Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Gregory Nielson | bnielson@pughhagan.com  khemann@pughhagan.com;bnielson2@ecf.axosfs.com |
| Eric J. Langston | on behalf of Plaintiff Sheryl L. Schnittjer  Chapter 7 Trustee elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |

| | | |
|---|---|---|
| District/off: 0862-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Feb 05, 2025 | Form ID: hrgntc | Total Noticed: 3 |

Eric W. Lam
    on behalf of Plaintiff Sheryl L. Schnittjer Chapter 7 Trustee ELam@simmonsperrine.com, kcarmichael@SPMBLAW.com

Eric W. Lam
    on behalf of Trustee Renee K. Hanrahan ELam@simmonsperrine.com kcarmichael@SPMBLAW.com

Francis Wm. Henkels
    on behalf of Defendant Kimberly K Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com

Francis Wm. Henkels
    on behalf of Debtor Rodney L Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com

Francis Wm. Henkels
    on behalf of Joint Debtor Kimberly K Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com

Francis Wm. Henkels
    on behalf of Defendant Rodney L Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com

Francis Wm. Henkels
    on behalf of Defendant Kimberly K. Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com

Francis Wm. Henkels
    on behalf of Defendant Rodney L. Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com

G. Mark Rice
    on behalf of Creditor South Central State Bank rice@whitfieldlaw.com zintz@whitfieldlaw.com

G. Mark Rice
    on behalf of Plaintiff South Central State Bank rice@whitfieldlaw.com zintz@whitfieldlaw.com

G. Mark Rice
    on behalf of Creditor Wells Fargo Financial Leasing Inc. rice@whitfieldlaw.com, zintz@whitfieldlaw.com

Janet G. Reasoner
    on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov

Johannes (John) H. Moorlach
    on behalf of Creditor South Central State Bank moorlach@whitfieldlaw.com DGioffredi@whitfieldlaw.com

Johannes (John) H. Moorlach
    on behalf of Plaintiff South Central State Bank moorlach@whitfieldlaw.com DGioffredi@whitfieldlaw.com

Judith O'Donohoe
    on behalf of Debtor Rodney L Hettinger charlescity@elwoodlawfirm.com dannielleknecht@elwoodlawfirm.com

Judith O'Donohoe
    on behalf of Joint Debtor Kimberly K Hettinger charlescity@elwoodlawfirm.com dannielleknecht@elwoodlawfirm.com

Keith Patrick Duffy
    on behalf of Creditor First State Bank Sumner, Iowa kpduffy@nyemaster.com, krenslow@nyemaster.com

Kristina M. Stanger
    on behalf of Creditor PSB Corporation kmstanger@nyemaster.com mbbreckenridge@nyemaster.com

Kristina M. Stanger
    on behalf of Creditor First State Bank Sumner, Iowa kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com

Matthew E. Eck
    on behalf of Creditor U.S. Bank National Association meck@lpdbhlaw.com

Miranda L. Hughes
    on behalf of Creditor CNH Industrial Capital America LLC hughes@brownwinick.com tingle@brownwinick.com;michelle.messer@brownwinick.com

Patrick B. Dillon
    on behalf of Creditor Farmers Savings Bank patdillon@dillonlawpc.com 6917@notices.nextchapterbk.com

Patrick B. Dillon
    on behalf of Creditor First State Bank Sumner, Iowa patdillon@dillonlawpc.com, 6917@notices.nextchapterbk.com

Peter Chalik
    on behalf of Creditor South Central State Bank chalik@whitfieldlaw.com irmiter@whitfieldlaw.com

Renee K. Hanrahan
    rhanrahan@sharontc.net rhanrahan@ecf.axosfs.com

Rodger Michael Turbak

| District/off: 0862-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 05, 2025 | Form ID: hrgntc | Total Noticed: 3 |

on behalf of Creditor Fifth Third Bank rturbak@lewisricekc.com  vlbates@lewisricekc.com

Sander J. Morehead
    on behalf of Creditor Cooperative Credit Company Sander.Morehead@woodsfuller.com  LeeAnn.LeBrun@woodsfuller.com

Steve Ginther
    on behalf of Creditor Iowa Department of Revenue steve.ginther@ag.iowa.gov  idr.bankruptcy@ag.iowa.gov

Terry Gibson
    on behalf of Defendant Dean A. Benda tgibson@wandrolaw.com  filings@wandrolaw.com

Terry Gibson
    on behalf of Defendant Maureen T. Benda tgibson@wandrolaw.com  filings@wandrolaw.com

United States Trustee
    USTPRegion12.CR.ECF@usdoj.gov

Wendee Noel Elliott-Clement
    on behalf of Creditor Bank of America  N.A. iabkndecf@southlaw.com, ksbkecf@ecf.courtdrive.com

Wesley B. Huisinga
    on behalf of Creditor Fidelity Bank & Trust wbh@shuttleworthlaw.com  patti@shuttleworthlaw.com

TOTAL: 35

hrgntc 9/2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Rodney L Hettinger
Kimberly K Hettinger

Debtor

Chapter 7

Bankruptcy No. 19−01165

## NOTICE SETTING TELEPHONIC HEARING
## ON FORMER TRUSTEE'S APPLICATION FOR COMPENSATION (DOC. 293) AND MOTION TO STRIKE OBJECTION (DOC. 300)

To:

Francis Wm. Henkels and Judith O'Donohoe, Attorney for Debtor
Renee K. Hanrahan, Trustee
United States Trustee
Rodney L Hettinger and Kimberly K Hettinger, Debtor
Eric W. Lam, Attorney for Trustee
Benjamin Gregory Nielson, former Chapter 7 Trustee

**NOTICE IS HEREBY GIVEN** the above matter(s) will come before the Court on:

**February 21, 2025 at 03:00 PM via telephonic hearing**

All parties wishing to participate may use the following dial in instructions.

1. Call the toll free number: 1−855−244−8681
2. Enter Access Code: 2306 492 5609#
3. Press # to bypass attendee ID number
4. Please identify yourself after you have joined the conference

Date: February 5, 2025

Sharon K. Mullin
Clerk, Bankruptcy Court
by:

Deputy Clerk