IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>RODNEY L. HETTINGER and<br>KIMBERLY K. HETTINGER,<br><br>Debtors. | Chapter 7 Bankruptcy<br>Case No. 19-01165<br><br>**MOTION TO SELL PROPERTY** |

COMES NOW Trustee Renee Hanrahan, and in support of this Motion respectfully states:

1. This Chapter 7 case was reopened, upon a Motion from the Debtors. Briefly, the Debtors professed in their original bankruptcy filing, and indeed as of that time, the Debtors had certain right to foreclose on approximately 18 acres of real estate, comprising of approximately 11 acres of farmland and the balance comprising of buildings, etc. The underlying opportunity to foreclose involves a set of semi-complicated facts, dependent on, for example, the life-time occupancy of an individual that has since passed. In any event, the Trustee has examined the situation and underlying facts, and the Trustee is satisfied that any protracted litigation will not be beneficial. Indeed, it will be difficult and costly to value more or less an abstract right of foreclosure.

2. As a result, the Trustee has worked with the Debtors via counsel, and the Trustee has obtained a cash offer from the Debtors in the amount of $68,285, and in exchange the Trustee and the Estate will abandon any and all assets of this Estate not previously administered or abandoned. The abandonment will effectively vest the right of foreclosure and other associated powers in the Debtors.

3. The Trustee is satisfied that other than the Debtors, in all likelihood there will be no one interested in pursuing the right of foreclosure or pursuing the approximately 18 acres of real estate. Stated differently, the Trustee has considered the possibility and potential of an auction, but the Trustee is satisfied that any cost and delays accompanying an auction will not yield any significant cash beyond the cash offer from the Debtors.

WHEREFORE, the Trustee respectfully prays this Court on such notice and hearing as it may direct, enter and enroll an Order granting the relief outlined and requested in this Motion, and to authorize the Trustee to execute any and all documents reasonably necessary to effectuate the abandonment, and for such other relief as may be just and proper under the premises.

*/s/ Eric W. Lam*
Eric W. Lam, AT0004416
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Tel: 319-366-7641; Fax: 319-366-1917
elam@simmonsperrine.com
ATTORNEY FOR TRUSTEE

**Certificate of Service**

The undersigned certifies, under penalty of perjury, that on this 14th day of February, 2025, the foregoing document was electronically filed with the Clerk of Court using the U.S. Bankruptcy Court, Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.

*/s/ Kelly Carmichael*

RHTE Hettinger/Pldgs/Drafts/Mtn to Sell Property.021025.441p.ewl