IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>RODNEY L. HETTINGER and<br>KIMBERLY K. HETTINGER,<br><br>Debtors. | Chapter 7 Bankruptcy<br>Case No. 19-01165<br><br>**NOTICE OF OBJECTION BAR DATE TO MOTION TO SELL PROPERTY** |

**NOTICE IS HEREBY GIVEN** that on the 14th day of February, 2025, Eric W. Lam, Attorney for Trustee Renee Hanrahan filed a Motion to Sell Property. A copy of the Motion may be obtained from the undersigned or may be viewed at the Clerk of Court, U.S. Bankruptcy Court, Northern District of Iowa, 111 Seventh Ave. SE, 6th Floor, Cedar Rapids, IA. A copy of this *Notice* has been served upon all creditors and parties of interest as listed below.

**NOTICE IS FURTHER GIVEN** any and all objections to the Motion must be filed on or before the 7th day of March, 2025. The objection must be filed with the Clerk of Court, U.S. Bankruptcy Court, Northern District of Iowa, 111 Seventh Ave. SE, Box 15, Cedar Rapids, IA 52401-2101, and simultaneously a service copy must be mailed to counsel, Eric W. Lam, 115 Third St. SE, Suite 1200, Cedar Rapids, Iowa 52401-1266; Renee K. Hanrahan, Chapter 7 Trustee. P. O. Box 1088, Cedar Rapids, IA 52406-1088; and Office of United States Trustee, United States Federal Courthouse, 111 7th Ave. SE, Box 17, Cedar Rapids, IA 52401-2101.

**NOTICE IS FURTHER GIVEN** that timely-filed objections, if any, will be set for hearing by separate notice. If no objections are filed, the appropriate order will be entered.

*/s/ Eric W. Lam*
Eric W. Lam, AT0004416
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Tel: 319-366-7641; Fax: 319-366-1917
elam@simmonsperrine.com
ATTORNEY FOR TRUSTEE

**Certificate of Service**

The undersigned certifies, under penalty of perjury, that on this 14th day of February, 2025, the foregoing document was electronically filed with the Clerk of Court using the U.S. Bankruptcy Court, Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case, and a copy of the instrument to which this certificate is attached was mailed via the United States mail with postage fully paid, to:

Attached Matrix

*/s/ Kelly Carmichael*

RHTE Hettinger/Pldgs/Drafts/NOBD re Mtn to Sell Property.021025.1449.ewl

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0862-2<br>Case 19-01165<br>Northern District of Iowa<br>Dubuque<br>Fri Feb 14 10:43:24 CST 2025 | AGCO Finance<br>8001 Birchwood Ct<br>PO Box 2000<br>Johnston, IA 50131-0020 | AGCO Finance LLC<br>Goodman/Keller P.C.<br>1501 42nd St<br>Suite 300<br>West Des Moines, IA 50266-1056 |
| AGCO Finance LLC<br>PO Box 2000<br>Johnston, IA 50131-0020 | Bank of America<br>Attn: Bankruptcy Dept.<br>PO Box 982238<br>El Paso, TX 79998-2238 | Bank of America<br>PO Box 45144<br>Jacksonville, FL 32232-5144 |
| Bank of America, N.A.<br>PO BOX 31785<br>Tampa, FL 33631-3785 | Bank of America, N.A.<br>c/o SouthLaw, P.C.<br>13160 Foster Suite 100<br>Overland Park, KS 66213-2660 | Blitt and Gaines, P.C.<br>661 Glenn Ave.<br>Wheeling, IL 60090-6017 |
| CNH Industrial Capital<br>5729 Washington Ave<br>Racine, WI 53406-4017 | CNH Industrial Capital America LLC<br>5729 Washington Avenue<br>Racine, WI 53406-4017 | CNH Industrial Capital America, LLC<br>c/o Miranda L. Hughes<br>666 Grand Avenue, Suite 2000<br>Des Moines, IA 50309-2510 |
| CNH Industrial Capital, LLC<br>PO Box 3600<br>Lancaster, PA 17604-3600 | Capital One / Cabelas<br>PO Box 1330<br>Charlotte, NC 28201-1330 | Peter Chalik<br>Whitfield & Eddy, PLC<br>699 Walnut St.<br>Ste 2000<br>Des Moines, IA 50309-4195 |
| (p)CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 | CitizensBank N.A.<br>One Citizens Bank Way<br>JCA115<br>Johnston, RI 02919-1922 | Cooperative Credit Company<br>128 Third Street, N.W.<br>P.O. Box 80<br>Sioux Center, IA 51250-0080 |
| Cooperative Credit Company<br>128 3rd St NW<br>Sioux Center, IA 51250-1839 | Cooperative Credit Company<br>Sander J. Morehead<br>300 South Phillips Avenue, Suite 300<br>Sioux Falls, SD 57104-6322 | Cooperative Credit Company<br>c/o Sander J. Morehead<br>300 S. Phillips Avenue, Suite 300<br>P.O. Box 5027<br>Sioux Falls, SD 57117-5027 |
| Dean & Maureen Benda<br>2946 Highway V18<br>Elberon, IA 52225-8783 | (p)DEERE CREDIT SERVICES  INC<br>ATTN LITIGATION & RECOVERY DEPARTMENT<br>PO BOX 6600<br>JOHNSTON IA 50131-6600 | Patrick B. Dillon<br>Dillon Law PC<br>209 E 1st Street<br>Sumner, IA 50674-1655 |
| Dillon Law PC<br>209 E 1st Street<br>Sumner, IA 50674-1655 | Keith Patrick Duffy<br>Nyemaster Goode, P.C.<br>700 Walnut<br>Ste 1600<br>Des Moines, IA 50309-3800 | Matthew E. Eck<br>200 The Omaha Club<br>2002 Douglas Street<br>Omaha, NE 68102-1296 |
| Wendee Noel Elliott-Clement<br>SouthLaw, P.C.<br>13160 Foster, Suite 100<br>Overland Park, KS 66213-2848 | (p)FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE ST<br>STOP CODE 3113<br>OMAHA NE 68102-1593 | Farmers Savings Bank<br>P O Box 127<br>Colesburg, IA 52035-0127 |

```
Farmers Savings Bank              Farmers State Bank                Fidelity Bank & Trust
c/o Patrick B. Dillon             175 Center Point Rd               208 2nd St. SE
209 E. 1st Street                 Hiawatha, IA 52233-1599           Dyersville, IA 52040-1605
Sumner, Iowa 50674-1655


Fidelity Bank & Trust             Fidelity Bank & Trust             Fifth Third Bank
Attn: Melissa Fedeler             c/o Wesley B. Huisinga            5050 Kingsley Dr
201 S. Frederick Avenue           P.O. Box 2107                     M/D 1MOCOP
Oelwein, IA 50662-2449            Cedar Rapids, IA 52401-2107       Cincinnati, OH 45227-1115


Fifth Third Bank                  Fifth Third Bank, N.A.            First State Bank
PO Box 9013                       PO Box 9013                       PO Box 206
Addison, Texas 75001-9013         Addison, Texas 75001-9013         Sumner, IA 50674-0206


First State Bank                  First State Bank                  First State Bank
c/o Kristina M. Stanger           c/o Ms. Keith P. Duffy            c/o Patrick B. Dillon
700 Walnut Street, Suite 1600     700 Walnut Street, Suite 1600     209 E 1st Street
Des Moines, IA 50309-3899         Des Moines, IA 50309-3899         Sumner, IA 50674


First State Bank, Sumner, Iowa    (p)STEARNS BANK NATIONAL ASSOCIATION   Steve Ginther
PO Box 206                        ATTN LEGAL DEPARTMENT             Attorney General of Iowa
Sumner, IA 50674-0206             4191 2ND STREET SOUTH             1305 E Walnut St
                                  ST CLOUD MN 56301-3761            Des Moines, IA 50319-0109


Renee K. Hanrahan                 Francis Wm. Henkels               Kimberly K Hettinger
Renee K. Hanrahan, Trustee        Henkels & Baker PC                34700 Saint Sebald Rd
PO Box 1088                       40 Main Street                    Strawberry Point, IA 52076-8278
Cedar Rapids, IA 52406-1088       Suite 100
                                  Dubuque, IA 52001-7654


Rodney L Hettinger                Miranda L. Hughes                 Wesley B. Huisinga
34700 Saint Sebald Rd             666 Grand Avenue                  115 3rd Street SE, Suite 500
Strawberry Point, IA 52076-8278   Suite 2000                        PO Box 2107
                                  Des Moines, IA 50309-2510         Cedar Rapids, IA 52406-2107


Iowa Department of Revenue        John Deere Financial              John Deere Financial
Office of the Attorney General of Iowa   c/o Weltman, Weinberg and Reis Co., LPA   c/o Weltman, Weinberg and Reis Co., LPA
Attn: Bankruptcy Unit             965 Keynote Circle                P O Box 93784
1305 E. Walnut                    Brooklyn Hts., OH 44131-1829      Cleveland, OH 44101-5784
Des Moines, IA 50319-0109


Eric W. Lam                       Eric W. Lam                       Linn Area Credit Union
115 Third St. SE, Ste. 1200       115 Third Street S.E. Suite 1200  3015 Blairs Ferry Rd. NE
Cedar Rapids, IA 52401-1222       Cedar Rapids, IA 52401-1222       Cedar Rapids, IA 52402-1832


Michael K. Kennedy                Johannes (John) H. Moorlach       Sander J. Morehead
12 East Main Street               699 Walnut Street                 Woods, Fuller, Shultz & Smith P.C.
P.O. Box 406                      Suite 2000                        300 S. Phillips Avenue, Suite 300
New Hampton, IA 50659-0406        Des Moines, IA 50309-3948         PO Box 5027
                                                                    Sioux Falls, SD 57117-5027
```

| | | |
|---|---|---|
| Benjamin Gregory Nielson<br>Chapter 7 Trustee<br>425 E. Oakdale Blvd<br>Suite 201<br>Coralville, IA 52241-3404 | Judith O'Donohoe<br>Elwood, O'Donohoe, Braun & White, LLP<br>116 North Main Street<br>P.O. Box 307<br>Charles City, IA 50616-0307 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| PSB Corporation<br>414 N. Adams Street<br>PO Box 248<br>Wellsburg, Iowa 50680-0248 | Cynthia A.M. Parker<br>Parker Corridor Law, PLLC<br>2720 Granite Court NE<br>Cedar Rapids, IA 52402-3324 | Janet G. Reasoner<br>U.S. Trustee<br>111 7th Ave SE<br>Box 17<br>Cedar Rapids, IA 52401-2103 |
| Regions Bank DBA AMSouth<br>PO Box 11007<br>Birmingham, AL 35288-0001 | Resurgent Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | G. Mark Rice<br>Whitfield & Eddy, P.L.C.<br>699 Walnut St., Ste 2000<br>Des Moines, IA 50309-4195 |
| STATE BANK OF NEW HAMPTON<br>25 N Chestnut Ave<br>New Hampton, IA 50659-1336 | SYNCB/Sam's<br>Attn: Bankruptcy Dept.<br>PO Box 965005<br>Orlando, FL 32896-5005 | Sander J Morehead<br>300 South Phillips<br>Suite 300<br>Sioux City, IA 51104 |
| Sears/CBNA<br>Attn: Bankruptcy Dept.<br>PO Box 6282<br>Sioux Falls, SD 57117-6282 | South Central State Bank<br>PO Box 186<br>Campbell, NE 68932-0186 | South Central State Bank<br>673 Broad Street<br>PO Box 186<br>Campbell, NE 68932-0186 |
| South Central State Bank<br>G. Mark Rice<br>699 Walnut Street, Suite 2000<br>Des Moines, IA 50309-3948 | South Central State Bank<br>c/o G. Mark Rice, Esq.<br>699 Walnut Street, Suite 2000<br>Des Moines, IA 50309 | South Central State Bank<br>c/o Peter J. Chalik<br>699 Walnut Street, Suite 2000<br>Des Moines, IA 50309 |
| Kristina M. Stanger<br>Nyemaster Goode, P.C.<br>700 Walnut Street<br>Suite 1300<br>Des Moines, IA 50309-3818 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Rodger Michael Turbak<br>Lewis Rice LLC<br>Attn: Rodger M Turbak<br>10484 Marty Street<br>Overland Park, KS 66212-2559 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | United States Trustee<br>United States Federal Courthouse<br>111 7th Avenue SE, Box 17<br>Cedar Rapids, IA 52401-2103 | Wells Fargo - Corporate Offices<br>420 Montgomery Street<br>San Francisco, CA 94104-1205 |
| Wells Fargo Financial<br>800 Walnut St<br>Des Moines, IA 50309-3891 | Wells Fargo Financial Leasing, Inc.<br>800 Walnut Street<br>Des Moines, IA 50309-3891 | Wells Fargo Financial Leasing, Inc.<br>800 Walnut Street<br>MAC F0005-055<br>Des Moines, IA 50309-3605 |
| Whitefield & Eddy<br>699 Walnut St<br>Suite 2000<br>Des Moines, IA 50309-4195 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Citizens Bank N.A.<br>One Citizens Bank Way<br>JCA115<br>Johnston, Rhode Island 02919 | Deere & Company<br>6400 NW 86th St<br>PO Box 6600<br>Johnston, IA 50131 | (d)Deere Credit, Inc.<br>6400 NW 86th St<br>Johnston IA 50131-0000 |
| FNB Omaha<br>PO Box 3412<br>Omaha, NE 68197 | (d)First National Bank of Omaha<br>1620 Dodge St., Stop Code 3105<br>Omaha, NE 68197 | Hannah Gilbert<br>Stearns Bank National Association<br>4140 Thielman Lane<br>St. Cloud, MN 56301 |
| (d)Hannah Gilbert<br>Stearns Bank National Association<br>4140 Thielman Lane<br>St. Cloud, MN 56301 | (d)RBS Citizens NA<br>480 Jefferson Blvd<br>Warwick, RI 02886-1359 | (d)Stearns Bank<br>4191 2nd St South<br>Saint Cloud, MN 56301 |
| U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>St. Louis MO 63166-0108 | (d)U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 5229<br>Cincinnati, Ohio 45201-5229 | (d)US Bank<br>PO Box 108<br>Saint Louis, MO 63166 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u), IA | (u)Bank of America, N.A. | (u)Fidelity Bank & Trust |
| (u)Fifth Third Bank | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (u)PSB Corporation |
| (u)U.S. Bank National Association | (u)hkjhu | End of Label Matrix<br>Mailable recipients    87<br>Bypassed recipients     8<br>Total                  95 |