IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

|  |  |  |
|---|---|---|
| IN RE:<br><br>MATTHEW MATHISON,<br><br>Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CHAPTER 12<br>Case No. 25-00048<br><br>NOTICE OF<br>CORPORATE OWNERSHIP |

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and Local Rule 1075-1 and to enable the judges to evaluate possible disqualification or recusal, the undersigned counsel for Vermeer Credit Corporation certifies that Vermeer Credit Corporation is wholly owned by Vermeer Manufacturing Company.  No corporation directly or indirectly owns 10% or more of any class of Vermeer Manufacturing Company. Neither of these corporations are publicly traded.

Date:  February 17, 2025            */s/ Miranda L. Hughes*
                            Miranda L. Hughes, IS9999030
                            BROWN, WINICK, GRAVES, GROSS AND
                            BASKERVILLE, P.L.C.
                            666 Grand Avenue, Suite 2000
                            Des Moines, IA  50309-2510
                            Telephone:  515-242-2477
                            Facsimile:   515-283-0231
                            E-mail: mandy.hughes@brownwinick.com
                            ATTORNEY FOR CREDITOR
                            VERMEER CREDIT CORPORATION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury, that a copy of this document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing on the 17th day of February, 2025.

*/s/ Miranda L. Hughes*