UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>RODNEY L HETTINGER,<br>KIMBERLY K HETTINGER,<br><br>Debtors | Chapter 7<br><br>Bankruptcy No. 19-01165 |

### PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: February 21, 2025
Hearing on Former Trustee's Application for Compensation (Doc. 293) and Motion to Strike Objection (Doc. 300)

APPEARANCES:

Attorney Judith O'Donohoe for Debtors
Chapter 7 Trustee Renee Hanrahan
Attorney Benjamin Gregory Nielson as Former Trustee/Movant

OUTCOME OF PROCEEDING:

A hearing on Movant's Former Trustee's Application for Compensation and Motion to Strike Objection was held.

**IT IS ORDERED THAT**:

Debtors' Objection to Application for Compensation is OVERRULED. The Former Trustee's Application for Compensation is GRANTED.

Ordered:  February 24, 2025

Thad J. Collins
Chief Bankruptcy Judge