# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| RODNEY L. HETTINGER and ) | |
| KIMBERLY K. HETTINGER, ) | |
| ) | Bankruptcy No. 19-01165 |
| DEBTORS. ) | |

## ORDER APPROVING
## APPLICATION FOR COMPENSATION

**THIS MATTER** before the Court is the Application for Compensation (the "Application"), filed by Pugh Hagan Prahm PLC, counsel for the former Chapter 7 Trustee, on January 14, 2025 (ECF Doc. 293). Due and proper notice of the filing of the Application and of an objection bar date was issued to all creditors and parties in interest. Debtors confessed to lack of standing to tender their Objection to Application for Compensation (ECF Doc. 299) at the hearing held February 24, 2025. The objection bar date having passed, and no other party having filed any other objection, the Court finds that good cause exists for granting the Application.

**IT IS THEREFORE ORDERED** that the Application is granted, and Pugh Hagan Prahm PLC is allowed a Chapter 7 administrative expense of $9,180.00, incurred while serving a counsel for the Trustee, and expenses of $175.00, for the period through and including January 14, 2025. The Trustee is further authorized to pay the allowed fees and expenses from available funds on hand, at her discretion.

**SO ORDERED.**

Dated and Entered: February 24, 2025

HON. THAD J. COLLINS
CHIEF BANKRUPTCY JUDGE
NORTHERN DISTRICT OF IOWA

{00579978}