**Fill in this information to identify your case and this filing:**

Debtor 1: Rodney L Hettinger
First Name / Middle Name / Last Name

Debtor 2: Kimberly K Hettinger
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Northern District of Iowa

Case number: 19-01165

☑ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property

This is amended to include an omitted asset from the original bankruptcy filed 8/26/2019

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☑ No. Go to Part 2.
   ☐ Yes. Where is the property?

1.1. _____
Street address, if available, or other description

_____

_____
City    State    ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
$_____    $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number: _____

If you own or have more than one, list here:

1.2. _____
Street address, if available, or other description

_____

_____
City    State    ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
$_____    $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number: _____

Debtor 1  Rodney L Hettinger    Case number (if known) 19-01165
         First Name  Middle Name  Last Name

1.3. _____
     Street address, if available, or other description

     _____

     _____
     City          State    ZIP Code

     _____
     County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  Current value of the portion you own?
$_____   $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ...............................→ $_____

## Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
☑ No
☐ Yes

3.1. Make: _____
     Model: _____
     Year: _____
     Approximate mileage: _____
     Other information:
     _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  Current value of the portion you own?
$_____   $_____

If you own or have more than one, describe here:

3.2. Make: _____
     Model: _____
     Year: _____
     Approximate mileage: _____
     Other information:
     _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  Current value of the portion you own?
$_____   $_____

Debtor 1   Rodney           L            Hettinger                              Case number (if known) 19-01165
           First Name       Middle Name   Last Name

3.3. Make: _____
     Model: _____
     Year: _____
     Approximate mileage: _____
     Other information:
     [          ]

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?   Current value of the portion you own?

$_____                              $_____

3.4. Make: _____
     Model: _____
     Year: _____
     Approximate mileage: _____
     Other information:
     [          ]

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?   Current value of the portion you own?

$_____                              $_____

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☒ No
   ☐ Yes

4.1. Make: _____
     Model: _____
     Year: _____
     Other information:
     [          ]

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?   Current value of the portion you own?

$_____                              $_____

If you own or have more than one, list here:

4.2. Make: _____
     Model: _____
     Year: _____
     Other information:
     [          ]

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?   Current value of the portion you own?

$_____                              $_____

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here .................................................. → $_____

Debtor 1  Rodney L Hettinger    Case number (if known) 19-01165
         First Name  Middle Name  Last Name

### Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☒ No
   ☐ Yes. Describe......... $_____

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☒ No
   ☐ Yes. Describe.......... $_____

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☒ No
   ☐ Yes. Describe.......... $_____

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☒ No
   ☐ Yes. Describe.......... $_____

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☒ No
    ☐ Yes. Describe.......... $_____

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☒ No
    ☐ Yes. Describe.......... $_____

12. **Jewelry**
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☒ No
    ☐ Yes. Describe.......... $_____

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☒ No
    ☐ Yes. Describe.......... $_____

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☒ No
    ☐ Yes. Give specific information. ............. $_____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..................................................................................→ $_____

Debtor 1  Rodney L Hettinger    Case number (if known) 19-01165
         First Name  Middle Name  Last Name

## Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
  Examples: Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

  ☑ No
  ☐ Yes .................................................................................................................................... Cash: ............... $_____

**17. Deposits of money**
  Examples: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

  ☑ No
  ☐ Yes ..................... Institution name:

  17.1. Checking account:    _____    $_____
  17.2. Checking account:    _____    $_____
  17.3. Savings account:     _____    $_____
  17.4. Savings account:     _____    $_____
  17.5. Certificates of deposit: _____    $_____
  17.6. Other financial account: _____    $_____
  17.7. Other financial account: _____    $_____
  17.8. Other financial account: _____    $_____
  17.9. Other financial account: _____    $_____

**18. Bonds, mutual funds, or publicly traded stocks**
  Examples: Bond funds, investment accounts with brokerage firms, money market accounts

  ☑ No
  ☐ Yes ................ Institution or issuer name:

  _____    $_____
  _____    $_____
  _____    $_____

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

  ☑ No                Name of entity:                              % of ownership:
  ☐ Yes. Give specific                                              0%    %    $_____
     information about  _____              0%    %    $_____
     them....................  _____       0%    %    $_____

Debtor 1  Rodney L Hettinger    Case number (if known) 19-01165
         First Name  Middle Name  Last Name

---

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them.......

Issuer name:

_____ $_____
_____ $_____
_____ $_____

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each account separately.

Type of account:   Institution name:

401(k) or similar plan: _____ $_____

Pension plan: _____ $_____

IRA: _____ $_____

Retirement account: _____ $_____

Keogh: _____ $_____

Additional account: _____ $_____

Additional account: _____ $_____

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes ..........................

Institution name or individual:

Electric: _____ $_____

Gas: _____ $_____

Heating oil: _____ $_____

Security deposit on rental unit: _____ $_____

Prepaid rent: _____ $_____

Telephone: _____ $_____

Water: _____ $_____

Rented furniture: _____ $_____

Other: _____ $_____

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes ..........................

Issuer name and description:

_____ $_____
_____ $_____
_____ $_____

---

Official Form 106A/B                Schedule A/B: Property                page 6

Debtor 1   Rodney   L   Hettinger   Case number (if known) 19-01165
         First Name  Middle Name  Last Name

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☒ No
    ☐ Yes ............ Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

    _____ $_____
    _____ $_____
    _____ $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☒ No
    ☐ Yes. Give specific information about them.... $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements
    ☒ No
    ☐ Yes. Give specific information about them.... $_____

27. **Licenses, franchises, and other general intangibles**
    *Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☒ No
    ☐ Yes. Give specific information about them.... $_____

**Money or property owed to you?**                                    **Current value of the portion you own?** Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    ☒ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ........
    Federal: $_____
    State: $_____
    Local: $_____

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ☒ No
    ☐ Yes. Give specific information.............
    Alimony: $_____
    Maintenance: $_____
    Support: $_____
    Divorce settlement: $_____
    Property settlement: $_____

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ☒ No
    ☐ Yes. Give specific information............. $_____

Official Form 106A/B                Schedule A/B: Property                page 7

Debtor 1  Rodney / First Name    L / Middle Name     Hettinger / Last Name    Case number (if known) 19-01165

**31. Interests in insurance policies**
Examples: Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☒ No
☐ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☒ No
☐ Yes. Give specific information. ............. $_____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
Examples: Accidents, employment disputes, Insurance claims, or rights to sue

☒ No
☐ Yes. Describe each claim. .................... $_____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☒ No
☐ Yes. Describe each claim. .................... $_____

**35. Any financial assets you did not already list**

☐ No
☒ Yes. Give specific information............ Right to foreclose on 18.24 acres of property in Clayton County to collect on a promissory note if and when the 2 occupants of the property, Edward W. Gibbs and Frank S. Gibbs have been moved off the property     $_____

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here ..................................................................................................→   $ 68,250.00

---

**Part 5:  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**
☒ No. Go to Part 6.
☐ Yes. Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**
☒ No
☐ Yes. Describe....... _____ $_____

**39. Office equipment, furnishings, and supplies**
Examples: Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☒ No
☐ Yes. Describe....... _____ $_____

Debtor 1 __Rodney__ __L__ __Hettinger__  Case number (if known) __19-01165__
        First Name  Middle Name  Last Name

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    - ☑ No
    - ☐ Yes. Describe......  $_____

41. **Inventory**
    - ☑ No
    - ☐ Yes. Describe......  $_____

42. **Interests in partnerships or joint ventures**
    - ☑ No
    - ☐ Yes. Describe....... Name of entity:  % of ownership:
        _____  ____%  $_____
        _____  ____%  $_____
        _____  ____%  $_____

43. **Customer lists, mailing lists, or other compilations**
    - ☑ No
    - ☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
        - ☐ No
        - ☐ Yes. Describe........  $_____

44. **Any business-related property you did not already list**
    - ☑ No
    - ☐ Yes. Give specific information .........
        _____  $_____
        _____  $_____
        _____  $_____
        _____  $_____
        _____  $_____

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here .................................................................................→  $_____

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest in. If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    - ☑ No. Go to Part 7.
    - ☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
    *Examples*: Livestock, poultry, farm-raised fish
    - ☑ No
    - ☐ Yes..................  $_____

Official Form 106A/B                Schedule A/B: Property                page 9

Debtor 1  Rodney L Hettinger    Case number (if known) 19-01165
        First Name  Middle Name  Last Name

48. **Crops—either growing or harvested**
   ☑ No
   ☐ Yes. Give specific information............   $_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
   ☑ No
   ☐ Yes..................   $_____

50. **Farm and fishing supplies, chemicals, and feed**
   ☑ No
   ☐ Yes..................   $_____

51. **Any farm- and commercial fishing-related property you did not already list**
   ☑ No
   ☐ Yes. Give specific information............   $_____

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here ................→   $_____

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ☑ No
   ☐ Yes. Give specific information............
   $_____
   $_____
   $_____

54. Add the dollar value of all of your entries from Part 7. Write that number here ................→   $_____

## Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ................→   $_____

56. Part 2: Total vehicles, line 5   $_____

57. Part 3: Total personal and household items, line 15   $_____

58. Part 4: Total financial assets, line 36   $ 68,250.00

59. Part 5: Total business-related property, line 45   $_____

60. Part 6: Total farm- and fishing-related property, line 52   $_____

61. Part 7: Total other property not listed, line 54   +$_____

62. **Total personal property.** Add lines 56 through 61. ................   $ 68,250.00   Copy personal property total →   +$ 68,250.00

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. ................   $ 68,250.00

Official Form 106A/B                Schedule A/B: Property                page 10

```
Label Matrix for local noticing        AGCO Finance LLC                        CNH Industrial Capital America LLC
0862-2                                  Goodman/Keller P.C.                     5729 Washington Avenue
Case 19-01165                           1501 42nd St                            Racine, WI 53406-4017
Northern District of Iowa               Suite 300
Dubuque                                 West Des Moines, IA 50266-1056
Tue Feb  4 09:24:28 CST 2025

CitizensBank N.A.                       Cooperative Credit Company              Farmers Savings Bank
One Citizens Bank Way                   128 Third Street, N.W.                  P O Box 127
JCA115                                  P.O. Box 80                             Colesburg, IA 52035-0127
Johnston, RI 02919-1922                 Sioux Center, IA 51250-0080


First State Bank, Sumner, Iowa          Iowa Department of Revenue              PRA Receivables Management, LLC
PO Box 206                              Office of the Attorney General of Iowa  PO Box 41021
Sumner, IA 50674-0206                   Attn: Bankruptcy Unit                   Norfolk, VA 23541-1021
                                        1305 E. Walnut
                                        Des Moines, IA 50319-0109


South Central State Bank                Wells Fargo Financial Leasing, Inc.     111 Seventh Avenue SE #15
PO Box 186                              800 Walnut Street                       Cedar Rapids, IA 52401-2103
Campbell, NE 68932-0186                 Des Moines, IA 50309-3891



AGCO Finance                            AGCO Finance LLC                        Bank of America
8001 Birchwood Ct                       PO Box 2000                             Attn: Bankruptcy Dept.
PO Box 2000                             Johnston, IA 50131-0020                 PO Box 982238
Johnston, IA 50131-0020                                                         El Paso, TX 79998-2238



Bank of America                         Bank of America, N.A.                   Bank of America, N.A.
PO Box 45144                            PO BOX 31785                            c/o SouthLaw, P.C.
Jacksonville, FL 32232-5144             Tampa, FL 33631-3785                    13160 Foster Suite 100
                                                                                Overland Park, KS 66213-2660



Blitt and Gaines, P.C.                  CNH Industrial Capital                  CNH Industrial Capital America, LLC
661 Glenn Ave.                          5729 Washington Ave                     c/o Miranda L. Hughes
Wheeling, IL 60090-6017                 Racine, WI 53406-4017                   666 Grand Avenue, Suite 2000
                                                                                Des Moines, IA 50309-2510



CNH Industrial Capital, LLC             Capital One / Cabelas                   (p)CITIZENS BANK N A
PO Box 3600                             PO Box 1330                             ATTN BANKRUPTCY TEAM
Lancaster, PA 17604-3600                Charlotte, NC 28201-1330                ONE CITIZENS BANK WAY
                                                                                JCA115
                                                                                JOHNSTON RI 02919-1922


Cooperative Credit Company              Cooperative Credit Company              Cooperative Credit Company
128 3rd St NW                           Sander J. Morehead                      c/o Sander J. Morehead
Sioux Center, IA 51250-1839             300 South Phillips Avenue, Suite 300    300 S. Phillips Avenue, Suite 300
                                        Sioux Falls, SD 57104-6322              P.O. Box 5027
                                                                                Sioux Falls, SD 57117-5027


Dean & Maureen Benda                    (p)DEERE CREDIT SERVICES  INC           Dillon Law PC
2946 Highway V18                        ATTN LITIGATION & RECOVERY DEPARTMENT   209 E 1st Street
Elberon, IA 52225-8783                  PO BOX 6600                             Sumner, IA 50674-1655
                                        JOHNSTON IA 50131-6600
```

```
(p)FIRST NATIONAL BANK OF OMAHA        Farmers Savings Bank                    Farmers State Bank
1620 DODGE ST                          c/o Patrick B. Dillon                   175 Center Point Rd
STOP CODE 3113                         209 E. 1st Street                       Hiawatha, IA 52233-1599
OMAHA NE 68102-1593                    Sumner, Iowa 50674-1655


Fidelity Bank & Trust                  Fidelity Bank & Trust                   Fidelity Bank & Trust
208 2nd St. SE                         Attn: Melissa Fedeler                   c/o Wesley B. Huisinga
Dyersville, IA 52040-1605              201 S. Frederick Avenue                 P.O. Box 2107
                                       Oelwein, IA 50662-2449                  Cedar Rapids, IA 52401-2107


Fifth Third Bank                       Fifth Third Bank                        Fifth Third Bank, N.A.
5050 Kingsley Dr                       PO Box 9013                             PO Box 9013
M/D 1MOCOP                             Addison, Texas 75001-9013               Addison, Texas 75001-9013
Cincinnati, OH 45227-1115


First State Bank                       First State Bank                        First State Bank
PO Box 206                             c/o Kristina M. Stanger                 c/o Ms. Keith P. Duffy
Sumner, IA 50674-0206                  700 Walnut Street, Suite 1600           700 Walnut Street, Suite 1600
                                       Des Moines, IA 50309-3899               Des Moines, IA 50309-3899


First State Bank                       (p)STEARNS BANK NATIONAL ASSOCIATION    John Deere Financial
c/o Patrick B. Dillon                  ATTN LEGAL DEPARTMENT                   c/o Weltman, Weinberg and Reis Co., LPA
209 E 1st Street                       4191 2ND STREET SOUTH                   965 Keynote Circle
Sumner, IA 50674                       ST CLOUD MN 56301-3761                  Brooklyn Hts., OH 44131-1829


John Deere Financial                   Linn Area Credit Union                  Michael K. Kennedy
c/o Weltman, Weinberg and Reis Co., LPA 3015 Blairs Ferry Rd. NE               12 East Main Street
P O Box 93784                          Cedar Rapids, IA 52402-1832             P.O. Box 406
Cleveland, OH 44101-5784                                                       New Hampton, IA 50659-0406


PSB Corporation                        Regions Bank DBA AMSouth                Resurgent Receivables, LLC
414 N. Adams Street                    PO Box 11007                            Resurgent Capital Services
PO Box 248                             Birmingham, AL 35288-0001               PO Box 10587
Wellsburg, Iowa 50680-0248                                                     Greenville, SC 29603-0587


STATE BANK OF NEW HAMPTON              SYNCB/Sam's                             Sander J Morehead
25 N Chestnut Ave                      Attn: Bankruptcy Dept.                  300 South Phillips
New Hampton, IA 50659-1336             PO Box 965005                           Suite 300
                                       Orlando, FL 32896-5005                  Sioux City, IA 51104


Sears/CBNA                             South Central State Bank                South Central State Bank
Attn: Bankruptcy Dept.                 673 Broad Street                        G. Mark Rice
PO Box 6282                            PO Box 186                              699 Walnut Street, Suite 2000
Sioux Falls, SD 57117-6282             Campbell, NE 68932-0186                 Des Moines, IA 50309-3948


South Central State Bank               South Central State Bank                Synchrony Bank
c/o G. Mark Rice, Esq.                 c/o Peter J. Chalik                     c/o PRA Receivables Management, LLC
699 Walnut Street, Suite 2000          699 Walnut Street, Suite 2000           PO Box 41021
Des Moines, IA 50309                   Des Moines, IA 50309                    Norfolk, VA 23541-1021
```

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

United States Trustee
United States Federal Courthouse
111 7th Avenue SE, Box 17
Cedar Rapids, IA 52401-2103

Wells Fargo - Corporate Offices
420 Montgomery Street
San Francisco, CA 94104-1205


Wells Fargo Financial
800 Walnut St
Des Moines, IA 50309-3891

Wells Fargo Financial Leasing, Inc.
800 Walnut Street
MAC F0005-055
Des Moines, IA 50309-3605

Whitefield & Eddy
699 Walnut St
Suite 2000
Des Moines, IA 50309-4195


Benjamin Gregory Nielson
Chapter 7 Trustee
425 E. Oakdale Blvd
Suite 201
Coralville, IA 52241-3404

Cynthia A.M. Parker
Parker Corridor Law, PLLC
2720 Granite Court NE
Cedar Rapids, IA 52402-3324

Eric W. Lam
115 Third St. SE, Ste. 1200
Cedar Rapids, IA 52401-1222


Francis Wm. Henkels
Henkels & Baker PC
40 Main Street
Suite 100
Dubuque, IA 52001-7654

Judith O'Donohoe
Elwood, O'Donohoe, Braun & White, L
116 North Main Street
P.O. Box 307
Charles City, IA 50616-0307

Kimberly K Hettinger
34700 Saint Sebald Rd
Strawberry Point, IA 52076-8278


Renee K. Hanrahan
Renee K. Hanrahan, Trustee
PO Box 1088
Cedar Rapids, IA 52406-1088

Rodney L Hettinger
34700 Saint Sebald Rd
Strawberry Point, IA 52076-8278


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Citizens Bank N.A.
One Citizens Bank Way
JCA115
Johnston, Rhode Island 02919

Deere & Company
6400 NW 86th St
PO Box 6600
Johnston, IA 50131

(d)Deere Credit, Inc.
6400 NW 86th St
Johnston IA 50131-0000


FNB Omaha
PO Box 3412
Omaha, NE 68197

(d)First National Bank of Omaha
1620 Dodge St., Stop Code 3105
Omaha, NE 68197

Hannah Gilbert
Stearns Bank National Association
4140 Thielman Lane
St. Cloud, MN 56301


(d)RBS Citizens NA
480 Jefferson Blvd
Warwick, RI 02886-1359

(d)Stearns Bank
4191 2nd St South
Saint Cloud, MN 56301

U.S. Bank National Association
Bankruptcy Department
PO Box 108
St. Louis MO 63166-0108


(d)U.S. Bank National Association
Bankruptcy Department
PO Box 5229
Cincinnati, Ohio 45201-5229

(d)US Bank
PO Box 108
Saint Louis, MO 63166

(d)Hannah Gilbert
Stearns Bank National Association
4140 Thielman Lane
St. Cloud, MN 56301

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bank of America, N.A. | (u)Fidelity Bank & Trust | (u)Fifth Third Bank |
| (u)PSB Corporation | (u)U.S. Bank National Association | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| (u)hkjhu | | |

End of Label Matrix
Mailable recipients    73
Bypassed recipients     7
Total                  80