Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Rodney | L | Hettinger |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Kimberly | K | Hettinger |
| (Spouse, if filing) First Name | | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Iowa

Case number: 19-01165
(if known)

☒ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules     12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No
☐ Yes. Name of person_____, Attach Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Rodney Hettinger                    X /s/ Kimberly K Hettinger
Signature of Debtor 1                      Signature of Debtor 2

Date 02/25/2025                            Date _____
     MM / DD / YYYY                             MM / DD / YYYY

Official Form 106Dec           Declaration About an Individual Debtor's Schedules