United States Bankruptcy Court

Northern District of Iowa

In re:                                                                                     Case No. 19-01165-TJC
Rodney L Hettinger                                                  Chapter 7
Kimberly K Hettinger

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0862-2                                  User: admin                                                  Page 1 of 3
Date Rcvd: Feb 24, 2025                          Form ID: pdf902                                        Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Cynthia A.M. Parker, Parker Corridor Law, PLLC, 2720 Granite Court NE, Cedar Rapids, IA 52402-3324 |
| aty | + | Eric W. Lam, 115 Third St. SE, Ste. 1200, Cedar Rapids, IA 52401-1222 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: bnielson@pughhagan.com | Feb 24 2025 21:30:00 | Benjamin Gregory Nielson, Chapter 7 Trustee, 425 E. Oakdale Blvd, Suite 201, Coralville, IA 52241-3404 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2025                                           Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Gregory Nielson | bnielson@pughhagan.com khemann@pughhagan.com;bnielson2@ecf.axosfs.com |
| Eric J. Langston | on behalf of Plaintiff Sheryl L. Schnittjer Chapter 7 Trustee elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |

Case 19-01165 Doc 319 Filed 02/26/25 Entered 02/26/25 23:43:14 Desc Imaged
Certificate of Notice Page 2 of 4

| | | |
|---|---|---|
| District/off: 0862-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Feb 24, 2025 | Form ID: pdf902 | Total Noticed: 3 |

| | |
|---|---|
| Eric W. Lam | on behalf of Trustee Renee K. Hanrahan ELam@simmonsperrine.com kcarmichael@SPMBLAW.com |
| Eric W. Lam | on behalf of Plaintiff Sheryl L. Schnittjer Chapter 7 Trustee ELam@simmonsperrine.com, kcarmichael@SPMBLAW.com |
| Francis Wm. Henkels | on behalf of Defendant Kimberly K Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com |
| Francis Wm. Henkels | on behalf of Debtor Rodney L Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com |
| Francis Wm. Henkels | on behalf of Joint Debtor Kimberly K Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com |
| Francis Wm. Henkels | on behalf of Defendant Rodney L Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com |
| Francis Wm. Henkels | on behalf of Defendant Kimberly K. Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com |
| Francis Wm. Henkels | on behalf of Defendant Rodney L. Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com |
| G. Mark Rice | on behalf of Creditor South Central State Bank rice@whitfieldlaw.com zintz@whitfieldlaw.com |
| G. Mark Rice | on behalf of Plaintiff South Central State Bank rice@whitfieldlaw.com zintz@whitfieldlaw.com |
| G. Mark Rice | on behalf of Creditor Wells Fargo Financial Leasing Inc. rice@whitfieldlaw.com, zintz@whitfieldlaw.com |
| Janet G. Reasoner | on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov |
| Johannes (John) H. Moorlach | on behalf of Creditor South Central State Bank moorlach@whitfieldlaw.com DGioffredi@whitfieldlaw.com |
| Johannes (John) H. Moorlach | on behalf of Plaintiff South Central State Bank moorlach@whitfieldlaw.com DGioffredi@whitfieldlaw.com |
| Judith O'Donohoe | on behalf of Debtor Rodney L Hettinger charlescity@elwoodlawfirm.com dannielleknecht@elwoodlawfirm.com |
| Judith O'Donohoe | on behalf of Joint Debtor Kimberly K Hettinger charlescity@elwoodlawfirm.com dannielleknecht@elwoodlawfirm.com |
| Keith Patrick Duffy | on behalf of Creditor First State Bank Sumner, Iowa kpduffy@nyemaster.com, krenslow@nyemaster.com |
| Kristina M. Stanger | on behalf of Creditor PSB Corporation kmstanger@nyemaster.com mbbreckenridge@nyemaster.com |
| Kristina M. Stanger | on behalf of Creditor First State Bank Sumner, Iowa kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com |
| Matthew E. Eck | on behalf of Creditor U.S. Bank National Association meck@lpdbhlaw.com |
| Miranda L. Hughes | on behalf of Creditor Vermeer Credit Corporation hughes@brownwinick.com tingle@brownwinick.com;michelle.messer@brownwinick.com |
| Miranda L. Hughes | on behalf of Creditor CNH Industrial Capital America LLC hughes@brownwinick.com tingle@brownwinick.com;michelle.messer@brownwinick.com |
| Patrick B. Dillon | on behalf of Creditor Farmers Savings Bank patdillon@dillonlawpc.com 6917@notices.nextchapterbk.com |
| Patrick B. Dillon | on behalf of Creditor First State Bank Sumner, Iowa patdillon@dillonlawpc.com, 6917@notices.nextchapterbk.com |
| Peter Chalik | on behalf of Creditor South Central State Bank chalik@whitfieldlaw.com irmiter@whitfieldlaw.com |

| | | |
|---|---|---|
| District/off: 0862-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 24, 2025 | Form ID: pdf902 | Total Noticed: 3 |

Renee K. Hanrahan
    rhanrahan@sharontc.net  rhanrahan@ecf.axosfs.com

Rodger Michael Turbak
    on behalf of Creditor Fifth Third Bank rturbak@lewisricekc.com  vlbates@lewisricekc.com

Sander J. Morehead
    on behalf of Creditor Cooperative Credit Company Sander.Morehead@woodsfuller.com  LeeAnn.LeBrun@woodsfuller.com

Steve Ginther
    on behalf of Creditor Iowa Department of Revenue steve.ginther@ag.iowa.gov  idr.bankruptcy@ag.iowa.gov

Terry Gibson
    on behalf of Defendant Dean A. Benda tgibson@wandrolaw.com  filings@wandrolaw.com

Terry Gibson
    on behalf of Defendant Maureen T. Benda tgibson@wandrolaw.com  filings@wandrolaw.com

United States Trustee
    USTPRegion12.CR.ECF@usdoj.gov

Wendee Noel Elliott-Clement
    on behalf of Creditor Bank of America  N.A. iabkndecf@southlaw.com, ksbkecf@ecf.courtdrive.com

Wesley B. Huisinga
    on behalf of Creditor Fidelity Bank & Trust wbh@shuttleworthlaw.com  patti@shuttleworthlaw.com

TOTAL: 36

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| RODNEY L. HETTINGER and ) | |
| KIMBERLY K. HETTINGER, ) | |
| ) | Bankruptcy No. 19-01165 |
| DEBTORS. ) | |

## ORDER APPROVING
## APPLICATION FOR COMPENSATION

**THIS MATTER** before the Court is the Application for Compensation (the "Application"), filed by Pugh Hagan Prahm PLC, counsel for the former Chapter 7 Trustee, on January 14, 2025 (ECF Doc. 293). Due and proper notice of the filing of the Application and of an objection bar date was issued to all creditors and parties in interest. Debtors confessed to lack of standing to tender their Objection to Application for Compensation (ECF Doc. 299) at the hearing held February 24, 2025. The objection bar date having passed, and no other party having filed any other objection, the Court finds that good cause exists for granting the Application.

**IT IS THEREFORE ORDERED** that the Application is granted, and Pugh Hagan Prahm PLC is allowed a Chapter 7 administrative expense of $9,180.00, incurred while serving a counsel for the Trustee, and expenses of $175.00, for the period through and including January 14, 2025. The Trustee is further authorized to pay the allowed fees and expenses from available funds on hand, at her discretion.

**SO ORDERED.**

Dated and Entered: February 24, 2025

HON. THAD J. COLLINS
CHIEF BANKRUPTCY JUDGE
NORTHERN DISTRICT OF IOWA

{00579978}