United States Bankruptcy Court

Northern District of Iowa

| | |
|---|---|
| In re:<br>Rodney L Hettinger<br>Kimberly K Hettinger<br>    Debtors | Case No. 19-01165-TJC<br>Chapter 7 |

# CERTIFICATE OF NOTICE

District/off: 0862-2          User: admin          Page 1 of 3
Date Rcvd: Feb 27, 2025      Form ID: svclist      Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rodney L Hettinger, Kimberly K Hettinger, 34700 Saint Sebald Rd, Strawberry Point, IA 52076-8278 |
| aty | + | Cynthia A.M. Parker, Parker Corridor Law, PLLC, 2720 Granite Court NE, Cedar Rapids, IA 52402-3324 |
| aty | + | Eric W. Lam, 115 Third St. SE, Ste. 1200, Cedar Rapids, IA 52401-1222 |
| cr | + | AGCO Finance LLC, Goodman/Keller P.C., 1501 42nd St, Suite 300, West Des Moines, IA 50266 UNITED STATES 50266-1056 |
| cr | + | CNH Industrial Capital America LLC, 5729 Washington Avenue, Racine, WI 53406-4017 |
| cr | + | Cooperative Credit Company, 128 Third Street, N.W., P.O. Box 80, Sioux Center, IA 51250-0080 |
| cr | + | Farmers Savings Bank, P O Box 127, Colesburg, IA 52035-0127 |
| cr | + | First State Bank, Sumner, Iowa, PO Box 206, Sumner, IA 50674-0206 |
| cr | | South Central State Bank, PO Box 186, Campbell, NE 68932-0186 |
| cr | + | Vermeer Credit Corporation, 1210 Vermeer Road East, Pella, IA 50219-7660 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: bnielson@pughhagan.com | Feb 27 2025 20:48:00 | Benjamin Gregory Nielson, Chapter 7 Trustee, 425 E. Oakdale Blvd, Suite 201, Coralville, IA 52241-3404 |
| cr | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 27 2025 20:48:00 | CitizensBank N.A., One Citizens Bank Way, JCA115, Johnston, RI 02919-1922 |
| cr | + | Email/Text: IDR.Bankruptcy@ag.iowa.gov | Feb 27 2025 20:48:00 | Iowa Department of Revenue, Office of the Attorney General of Iowa, Attn: Bankruptcy Unit, 1305 E. Walnut, Des Moines, IA 50319-0109 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 27 2025 20:58:20 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | | Email/Text: Bankruptcy@stearnsbank.com | Feb 27 2025 20:48:00 | Hannah Gilbert, Stearns Bank National Association, 4140 Thielman Lane, St. Cloud, MN 56301 |
| cr | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Feb 27 2025 20:59:39 | Wells Fargo Financial Leasing, Inc., 800 Walnut Street, Des Moines, IA 50309-3891 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

Case 19-01165   Doc 323   Filed 03/01/25   Entered 03/01/25 23:34:31   Desc Imaged
Certificate of Notice   Page 2 of 6

| District/off: 0862-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 27, 2025 | Form ID: svclist | Total Noticed: 16 |

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2025        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Gregory Nielson | bnielson@pughhagan.com khemann@pughhagan.com;bnielson2@ecf.axosfs.com |
| Eric J. Langston | on behalf of Plaintiff Sheryl L. Schnittjer Chapter 7 Trustee elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |
| Eric W. Lam | on behalf of Trustee Renee K. Hanrahan ELam@simmonsperrine.com kcarmichael@SPMBLAW.com |
| Eric W. Lam | on behalf of Plaintiff Sheryl L. Schnittjer Chapter 7 Trustee ELam@simmonsperrine.com, kcarmichael@SPMBLAW.com |
| Francis Wm. Henkels | on behalf of Defendant Rodney L. Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com |
| Francis Wm. Henkels | on behalf of Defendant Kimberly K Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com |
| Francis Wm. Henkels | on behalf of Debtor Rodney L Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com |
| Francis Wm. Henkels | on behalf of Joint Debtor Kimberly K Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com |
| Francis Wm. Henkels | on behalf of Defendant Rodney L Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com |
| Francis Wm. Henkels | on behalf of Defendant Kimberly K. Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com |
| G. Mark Rice | on behalf of Creditor South Central State Bank rice@whitfieldlaw.com zintz@whitfieldlaw.com |
| G. Mark Rice | on behalf of Plaintiff South Central State Bank rice@whitfieldlaw.com zintz@whitfieldlaw.com |
| G. Mark Rice | on behalf of Creditor Wells Fargo Financial Leasing Inc. rice@whitfieldlaw.com, zintz@whitfieldlaw.com |
| Janet G. Reasoner | on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov |
| Johannes (John) H. Moorlach | on behalf of Plaintiff South Central State Bank moorlach@whitfieldlaw.com DGioffredi@whitfieldlaw.com |
| Johannes (John) H. Moorlach | on behalf of Creditor South Central State Bank moorlach@whitfieldlaw.com DGioffredi@whitfieldlaw.com |
| Judith O'Donohoe | on behalf of Debtor Rodney L Hettinger charlescity@elwoodlawfirm.com dannielleknecht@elwoodlawfirm.com |
| Judith O'Donohoe | on behalf of Joint Debtor Kimberly K Hettinger charlescity@elwoodlawfirm.com dannielleknecht@elwoodlawfirm.com |
| Keith Patrick Duffy | |

| District/off: 0862-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 27, 2025 | Form ID: svclist | Total Noticed: 16 |

on behalf of Creditor First State Bank Sumner, Iowa kpduffy@nyemaster.com, krenslow@nyemaster.com

Kristina M. Stanger

on behalf of Creditor First State Bank Sumner, Iowa kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com

Kristina M. Stanger

on behalf of Creditor PSB Corporation kmstanger@nyemaster.com mbbreckenridge@nyemaster.com

Matthew E. Eck

on behalf of Creditor U.S. Bank National Association meck@lpdbhlaw.com

Miranda L. Hughes

on behalf of Creditor Vermeer Credit Corporation hughes@brownwinick.com
tingle@brownwinick.com;michelle.messer@brownwinick.com

Miranda L. Hughes

on behalf of Creditor CNH Industrial Capital America LLC hughes@brownwinick.com
tingle@brownwinick.com;michelle.messer@brownwinick.com

Patrick B. Dillon

on behalf of Creditor Farmers Savings Bank patdillon@dillonlawpc.com 6917@notices.nextchapterbk.com

Patrick B. Dillon

on behalf of Creditor First State Bank Sumner, Iowa patdillon@dillonlawpc.com, 6917@notices.nextchapterbk.com

Peter Chalik

on behalf of Creditor South Central State Bank chalik@whitfieldlaw.com irmiter@whitfieldlaw.com

Renee K. Hanrahan

rhanrahan@sharontc.net rhanrahan@ecf.axosfs.com

Rodger Michael Turbak

on behalf of Creditor Fifth Third Bank rturbak@lewisricekc.com vlbates@lewisricekc.com

Sander J. Morehead

on behalf of Creditor Cooperative Credit Company Sander.Morehead@woodsfuller.com LeeAnn.LeBrun@woodsfuller.com

Steve Ginther

on behalf of Creditor Iowa Department of Revenue steve.ginther@ag.iowa.gov idr.bankruptcy@ag.iowa.gov

Terry Gibson

on behalf of Defendant Dean A. Benda tgibson@wandrolaw.com filings@wandrolaw.com

Terry Gibson

on behalf of Defendant Maureen T. Benda tgibson@wandrolaw.com filings@wandrolaw.com

United States Trustee

USTPRegion12.CR.ECF@usdoj.gov

Wendee Noel Elliott-Clement

on behalf of Creditor Bank of America N.A. iabkndecf@southlaw.com, ksbkecf@ecf.courtdrive.com

Wesley B. Huisinga

on behalf of Creditor Fidelity Bank & Trust wbh@shuttleworthlaw.com patti@shuttleworthlaw.com

TOTAL: 36

bksl 8/2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Rodney L Hettinger
Kimberly K Hettinger

Debtor

Chapter 7

Bankruptcy No. 19−01165

## SERVICE LIST

Parties Served:

Peter Chalik on behalf of Creditor South Central State Bank
chalik@whitfieldlaw.com, irmiter@whitfieldlaw.com

Patrick B. Dillon on behalf of Creditor Farmers Savings Bank
patdillon@dillonlawpc.com, 6917@notices.nextchapterbk.com

Patrick B. Dillon on behalf of Creditor First State Bank, Sumner, Iowa
patdillon@dillonlawpc.com, 6917@notices.nextchapterbk.com

Keith Patrick Duffy on behalf of Creditor First State Bank, Sumner, Iowa
kpduffy@nyemaster.com, krenslow@nyemaster.com

Matthew E. Eck on behalf of Creditor U.S. Bank National Association
meck@lpdbhlaw.com

Wendee Noel Elliott−Clement on behalf of Creditor Bank of America, N.A.
iabkndecf@southlaw.com, ksbkecf@ecf.courtdrive.com

Terry Gibson on behalf of Defendant Dean A. Benda
tgibson@wandrolaw.com, filings@wandrolaw.com

Terry Gibson on behalf of Defendant Maureen T. Benda
tgibson@wandrolaw.com, filings@wandrolaw.com

Steve Ginther on behalf of Creditor Iowa Department of Revenue
steve.ginther@ag.iowa.gov, idr.bankruptcy@ag.iowa.gov

Renee K. Hanrahan
rhanrahan@sharontc.net, rhanrahan@ecf.axosfs.com

Francis Wm. Henkels on behalf of Debtor Rodney L Hettinger
francishenkels@gmail.com,
margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com

Francis Wm. Henkels on behalf of Defendant Kimberly K Hettinger
francishenkels@gmail.com,
margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com

Francis Wm. Henkels on behalf of Defendant Kimberly K. Hettinger

francishenkels@gmail.com,
margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com

Francis Wm. Henkels on behalf of Defendant Rodney L Hettinger
francishenkels@gmail.com,
margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com

Francis Wm. Henkels on behalf of Defendant Rodney L. Hettinger
francishenkels@gmail.com,
margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com

Francis Wm. Henkels on behalf of Joint Debtor Kimberly K Hettinger
francishenkels@gmail.com,
margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com

Miranda L. Hughes on behalf of Creditor CNH Industrial Capital America LLC
hughes@brownwinick.com,
tingle@brownwinick.com;michelle.messer@brownwinick.com

Miranda L. Hughes on behalf of Creditor Vermeer Credit Corporation
hughes@brownwinick.com,
tingle@brownwinick.com;michelle.messer@brownwinick.com

Wesley B. Huisinga on behalf of Creditor Fidelity Bank & Trust
wbh@shuttleworthlaw.com, patti@shuttleworthlaw.com

Eric W. Lam on behalf of Plaintiff Sheryl L. Schnittjer, Chapter 7 Trustee
ELam@simmonsperrine.com, kcarmichael@SPMBLAW.com

Eric W. Lam on behalf of Trustee Renee K. Hanrahan
ELam@simmonsperrine.com, kcarmichael@SPMBLAW.com

Eric J. Langston on behalf of Plaintiff Sheryl L. Schnittjer, Chapter 7 Trustee
elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Johannes (John) H. Moorlach on behalf of Creditor South Central State Bank
moorlach@whitfieldlaw.com, DGioffredi@whitfieldlaw.com

Johannes (John) H. Moorlach on behalf of Plaintiff South Central State Bank
moorlach@whitfieldlaw.com, DGioffredi@whitfieldlaw.com

Sander J. Morehead on behalf of Creditor Cooperative Credit Company
Sander.Morehead@woodsfuller.com, LeeAnn.LeBrun@woodsfuller.com

Benjamin Gregory Nielson
bnielson@pughhagan.com, khemann@pughhagan.com;bnielson2@ecf.axosfs.com

Judith O'Donohoe on behalf of Debtor Rodney L Hettinger
charlescity@elwoodlawfirm.com, dannielleknecht@elwoodlawfirm.com

Judith O'Donohoe on behalf of Joint Debtor Kimberly K Hettinger
charlescity@elwoodlawfirm.com, dannielleknecht@elwoodlawfirm.com

Janet G. Reasoner on behalf of U.S. Trustee United States Trustee
janet.g.reasoner@usdoj.gov

G. Mark Rice on behalf of Creditor South Central State Bank
rice@whitfieldlaw.com, zintz@whitfieldlaw.com

G. Mark Rice on behalf of Creditor Wells Fargo Financial Leasing, Inc.
rice@whitfieldlaw.com, zintz@whitfieldlaw.com

G. Mark Rice on behalf of Plaintiff South Central State Bank
rice@whitfieldlaw.com, zintz@whitfieldlaw.com

Kristina M. Stanger on behalf of Creditor First State Bank, Sumner, Iowa
kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com

Kristina M. Stanger on behalf of Creditor PSB Corporation
kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com

Rodger Michael Turbak on behalf of Creditor Fifth Third Bank
rturbak@lewisrickc.com, vlbates@lewisrickc.com

United States Trustee
USTPRegion12.CR.ECF@usdoj.gov

Notice will be mailed to:

Rodney L Hettinger & Kimberly K Hettinger
34700 Saint Sebald Rd
Strawberry Point, IA 52076


entered on 2/27/25 dhar