IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>RODNEY L. HETTINGER and<br>KIMBERLY K. HETTINGER,<br><br>Debtors. | Chapter 7 Bankruptcy<br>Case No. 19-01165<br><br>**ORDER** |

      The matter before the Court is Trustee Renee Hanrahan's Motion to Sell Property (Dkt #310). Due and proper notice of the filing of the Motion and of an objection bar date was issued to all requisite parties in interest. The objection bar date has passed, and no objection has been filed. IT IS THEREFORE ORDERED the relief requested in the Motion is granted. The Trustee and the Debtors are directed and authorized to do anything and everything reasonably necessary to effectuate the sale.

      DATED AND ENTERED:   March 10, 2025       .

 

Thad J. Collins, Chief Bankruptcy Judge
U.S. Bankruptcy Court, Northern District of Iowa

*ORDER PREPARED BY:*
Eric W. Lam, AT0004416
Attorney for Trustee

RHTE Hettinger/Pldgs/Drafts/Order re Mtn to Sell Property.031025.131p.ewl