# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA
### DUBUQUE DIVISION

|  |  |  |
|---|---|---|
| In Re: | § | |
| | § | |
| Rodney L. Hettinger | § | Case No. 19-01165 |
| Kimberly K Hettinger | § | |
| | § | |
| Debtors | § | |

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 12 of the United States Bankruptcy Code was filed on 08/26/2019.  The case was converted to one under Chapter 7 on 07/30/2020.   The undersigned trustee was appointed on 01/07/2025.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of      $     374,285.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 107,111.40 |
| Bank service fees | 143.34 |
| Other payments to creditors | 201,312.60 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 65,717.66 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was 04/10/2025 and the deadline for filing governmental claims was 04/10/2025. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $21,964.25.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $18,550.00 as interim compensation and now requests a sum of $3,414.25, for a total compensation of $21,964.25[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $33.84, and now requests reimbursement for expenses of $96.30, for total expenses of $130.14[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/19/2025                    By:/s/Renee K. Hanrahan
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 19-01165 | TJC | Judge: | Thad J. Collins | Trustee Name: | Renee K. Hanrahan |
|---|---|---|---|---|---|---|
| Case Name: | Rodney L. Hettinger | | | | Date Filed (f) or Converted (c): | 07/30/2020 (c) |
| | Kimberly K Hettinger | | | | 341(a) Meeting Date: | 08/31/2020 |
| For Period Ending: | 11/19/2025 | | | | Claims Bar Date: | 04/10/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Cat 765B Tractor | 35,000.00 | 35,000.00 | | 0.00 | FA |
| 2.  2012 Eby Short Flatbed Trailer | 3,500.00 | 3,500.00 | | 0.00 | FA |
| 3.  Case Ih 2208 Corn Head | 7,000.00 | 7,000.00 | | 0.00 | FA |
| 4.  Dmi 730 Chisel Plow | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 5.  Cat 765 Tractor | 30,000.00 | 30,000.00 | | 0.00 | FA |
| 6.  Bank Accounts | 1,454.27 | 4,545.73 | | 6,000.00 | FA |
| 7.  RIGHT OF FIRST REFUSAL--CLAYTON COUNTY FARM | Unknown | 284,500.00 | | 300,000.00 | FA |
| 8.  CROP INSURANCE PROCEEDS          (u) | 0.00 | 0.00 | | 0.00 | FA |
| 9.  AG DWELLING | 72,495.00 | 0.00 | | 0.00 | FA |
| 10.  REAL ESTATE | 20,341.00 | 0.00 | | 0.00 | FA |
| 11.  REAL ESTATE | 153,169.00 | 0.00 | | 0.00 | FA |
| 12.  REAL ESTATE. | 359,759.00 | 9,733.00 | | 0.00 | FA |
| 13.  Automobiles | 33,695.00 | 0.00 | | 0.00 | FA |
| 14.  AUTOMOBILE | 31,267.00 | 0.00 | | 0.00 | FA |
| 15.  AUTOMOBILE | 36,414.00 | 0.00 | | 0.00 | FA |
| 16.  AUTOMOBILE | 17,001.00 | 17,001.00 | | 0.00 | FA |
| 17.  AUTOMOBILE | 25,568.00 | 0.00 | | 0.00 | FA |
| 18.  AUTOMOBILE | 2,000.00 | 0.00 | | 0.00 | FA |
| 19.  2018 KEYSTONE RAPTOR | 71,700.00 | 0.00 | | 0.00 | FA |
| 20.  HOUSEHOLD GOODS | 3,000.00 | 0.00 | | 0.00 | FA |
| 21.  TV'S COMPUTERS | 500.00 | 0.00 | | 0.00 | FA |
| 22.  MISC WALLHANGINGS | 200.00 | 0.00 | | 0.00 | FA |
| 23.  FIREARMS AND HOBBY EQUIPMENT | 1,385.00 | 0.00 | | 0.00 | FA |
| 24.  WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 19-01165 | TJC | Judge: | Thad J. Collins | Trustee Name: | Renee K. Hanrahan |
|---|---|---|---|---|---|---|
| Case Name: | Rodney L. Hettinger | | | | Date Filed (f) or Converted (c): | 07/30/2020 (c) |
| | Kimberly K Hettinger | | | | 341(a) Meeting Date: | 08/31/2020 |
| For Period Ending: | 11/19/2025 | | | | Claims Bar Date: | 04/10/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 25.  WEDDING RINGS/JEWELRY | 500.00 | 0.00 | | 0.00 | FA |
| 26.  2 DOGS/SENITMENTAL VALUE ONLY | 0.00 | 0.00 | | 0.00 | FA |
| 27.  Bank Accounts | 0.00 | 0.00 | | 0.00 | FA |
| 28.  Bank Accounts | 725.69 | 0.00 | | 0.00 | FA |
| 29.  Bank Accounts | 0.00 | 0.00 | | 0.00 | FA |
| 30.  R & K TRACTORS LLC | 0.00 | 0.00 | | 0.00 | FA |
| 31.  PENSION / PROFIT SHARING | 0.00 | 0.00 | | 0.00 | FA |
| 32.  LIFE INSURANCE | 15,320.00 | 0.00 | | 0.00 | FA |
| 33.  1% OF 380 ACRES CORN | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 34.  7 ACRES SOYBEAN CROP | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 35.  2018 MAC DON FD140 BEAN HEAD SIN: 312017 | 75,000.00 | 38,368.00 | | 0.00 | FA |
| 36.  SUNFLOWER FIELD CULTIVATOR 5056-45 | 45,000.00 | 1,000.00 | | 0.00 | FA |
| 37.  2016 BRENT 1396 GRAIN CART SN: B33780135 | 65,000.00 | 0.00 | | 0.00 | FA |
| 38.  2018 VERMEER 605N BALER S/N 1 VRM16148J1007034 | 45,000.00 | 11,114.51 | | 0.00 | FA |
| 39.  2016 CASE TR 340 SKID STEER S/N NFM413197 | 50,000.00 | 50,000.00 | | 0.00 | FA |
| 40.  Assignment of right to foreclose on Third Party Real Estate | 68,250.00 | 68,250.00 | | 68,285.00 | FA |
| 41.  Bank Accounts | 1,454.27 | 0.00 | | 0.00 | FA |
| 42.  Farm lease and right of first refusal &Memorandum of Option to Purchase with Benda | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,280,898.23 | $569,012.24 | | $374,285.00 | $0.00 |

(Total Dollar Amount in Column 6)

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case reopened to administer undisclosed asset

Exhibit A

Exhibit A

| RE PROP # | 9 | -- | 36654 BELGIAN RD.<br>STRAWBERRY POINT, IA |
|---|---|---|---|
| RE PROP # | 10 | -- | 3.23 A<br>36654 BELGIAN RD<br>STRAWBERRY POINT, IA |
| RE PROP # | 11 | -- | ACORN RD<br>STRAWBERRY POINT, IA<br>84 ACRES |
| RE PROP # | 12 | -- | 40.67 ACRES<br>34700 ST. SEBALD RD.<br>STRAWBERRY POINT, IA 52076 |
| RE PROP # | 13 | -- | 2018 F-150 |
| RE PROP # | 14 | -- | 2019 GMC SIERRA |
| RE PROP # | 15 | -- | 2019 BUICK ENCLAVE |
| RE PROP # | 16 | -- | 2016 FORD EDGE |
| RE PROP # | 17 | -- | 2014 FORD MUSTANGE |
| RE PROP # | 18 | -- | 1999 INTERNATIONAL DUMP TRUCK |
| RE PROP # | 23 | -- | REMINGTON MODEL 742; $200<br>SAVAGE MODEL 11, $200<br>BENELI NOVA 12 G: $150<br>MOSSBERG MODEL 500: $150<br>STEVENS MODEL 87A: $60<br>REMINGTON MODEL 552: $100<br>SQUIRES BINHAM MODEL 20: $25<br>OPTIMA MUZZLE LOADER: $100<br>TAURUS MODEL JUDGE: $200<br>KARR MODEL 210: $200 |
| RE PROP # | 27 | -- | FARMERS SAVINGS BANK (FROZEN) |
| RE PROP # | 28 | -- | FIDELITY<br>2 CHECKING ACCOUNTS |
| RE PROP # | 29 | -- | FIRST STATE BANK |
| RE PROP # | 30 | -- | 100% OWNERSHIP |
| RE PROP # | 31 | -- | 401 K<br>IPERS |
| RE PROP # | 32 | -- | FARM BUREAU  #040001424537 :  $4,330.00<br>FARM BUREAU #040001412441  :  $10,990.00<br>FARM BUREAU --TERM #040001471805<br>FARM BUREAU --TERM #040001512372<br>FARM BUREAU -- TERM #04000152373 |
| RE PROP # | 35 | -- | 2018 AG SERVICE AGHEAVY 40' TRAILER SIN: BA508 |
| RE PROP # | 40 | -- | previously unscheduled purported assignment of right to foreclose on real estate; added<br>to Amended Sch 02.26.25 [315]. Sale Motion 02.14.25 [dkt 310] |
| RE PROP # | 41 | -- | Citizens State Bank |

Initial Projected Date of Final Report (TFR): 08/15/2025        Current Projected Date of Final Report (TFR): 10/31/2025

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 19-01165 | Trustee Name: Renee K. Hanrahan | Exhibit B |
| Case Name: Rodney L. Hettinger | Bank Name: Axos Bank | |
| Kimberly K Hettinger | Account Number/CD#: XXXXXX0668 | |
| | Checking | |
| Taxpayer ID No: XX-XXX7403 | Blanket Bond (per case limit): $23,400,000.00 | |
| For Period Ending: 11/19/2025 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/03/25 | 40 | Bryan Lee Hettinger | NON-EXEMPT ASSETS sale of non-exempt asset | 1110-000 | $68,250.00 | | $68,250.00 |
| 05/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $68.06 | $68,181.94 |
| 06/02/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $75.28 | $68,106.66 |
| 07/09/25 | 40 | Elwood O'Donohoe Braun & White LLP | NON-EXEMPT ASSETS balance on sale of asset | 1110-000 | $35.00 | | $68,141.66 |
| 07/14/25 | 7001 | Iowa Department of Revenue Fiduciary Return Processing PO Box 10467 Des Moines IA 50306-0467 | Estate Income Tax Liability Form IA1041 2024 -- Kimberly Hettinger | 2820-000 | | $349.00 | $67,792.66 |
| 07/14/25 | 7002 | United States Treasury Department of the Treasury Internal Revenue Service Ogden UT 84201-0148 | Estate Income Tax Liability Kimberly fed tax liability | 2810-000 | | $863.00 | $66,929.66 |
| 07/14/25 | 7003 | United States Treasury Internal Revenue Service Ogden UT 84201-0148 | Estate Income Tax Liability Rodney estate tax lia | 2810-000 | | $863.00 | $66,066.66 |
| 07/14/25 | 7004 | Iowa Department of Revenue PO Box 10466 Des Moines IA 50306-0466 | Estate Income Tax Liability Rodney estate tax lia | 2820-000 | | $349.00 | $65,717.66 |

| | | |
|---|---|---|
| COLUMN TOTALS | $68,285.00 | $2,567.34 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $68,285.00 | $2,567.34 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $68,285.00 | $2,567.34 |

Page Subtotals: $68,285.00 $2,567.34

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 19-01165 | Trustee Name: Renee K. Hanrahan |
| Case Name: Rodney L. Hettinger | Bank Name: Axos Bank |
| Kimberly K Hettinger | Account Number/CD#: XXXXXX0478 |
| | Checking |
| Taxpayer ID No: XX-XXX7403 | Blanket Bond (per case limit): $23,400,000.00 |
| For Period Ending: 11/19/2025 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/08/20 | 6 | HENKELS ATTORNEY TRUST ACCOUNT | BANK ACCOUNT TURNOVER | 1129-000 | $800.00 | | $800.00 |
| 01/11/21 | 6 | CITIZENS STATE BANK | TURNOVER OF FUNDS | 1129-000 | $1,769.71 | | $2,569.71 |
| 02/26/21 | 6 | HENKELS & BAKER PC | PYMT ON BANK BALANCE | 1129-000 | $1,500.00 | | $4,069.71 |
| 03/10/21 | 7 | BENDA, DEAN | SETTLEMENT RIGHT FIRST REFUSAL | 1129-000 | $300,000.00 | | $304,069.71 |
| 03/18/21 | 6 | HENKELS AND BAKER | TURNOVER BANK FUNDS PER COMPROMISE | 1129-000 | $1,930.29 | | $306,000.00 |
| 05/20/21 | 2001 | INTERNATIONAL SURETIES LTD 701 Poydras St Ste 420 New Orleans, LA 70139 | BOND # 016018056 | 2300-000 | | $113.64 | $305,886.36 |
| 02/17/22 | 2002 | TREASURY, UNITED STATES | 2021 FM 1041-V 30-6686235 | 2810-000 | | $12,516.00 | $293,370.36 |
| 02/17/22 | 2003 | IOWA DEPARTMENT OF REVENUE | 2021 IA-1041-V 30-36686235 | 2820-000 | | $8,091.00 | $285,279.36 |
| 02/17/22 | 2004 | TREASURY, UNITED STATES | 2021 FM 1041-V 88-6120778 | 2810-000 | | $12,516.00 | $272,763.36 |
| 02/17/22 | 2005 | IOWA DEPARTMENT OF REVENUE | 2021 IA 1041-V 88-6120778 | 2820-000 | | $8,091.00 | $264,672.36 |
| 04/22/22 | 2006 | ERIC W. LAM Simmons Perrine Moyer Bergman 115 Third Street SE, Ste 1200 Cedar Rapids, IA 52401 | FEES/EXP PER ORDER 03.05.21 | | | $23,779.72 | $240,892.64 |
| | | ERIC W. LAM | ($23,764.50) | 3210-000 | | | |
| | | ERIC W. LAM | ($15.22) | 3220-000 | | | |
| 05/27/22 | 2007 | SHERYL L. SCHNITTJER 24695 207TH AVE DELHI, IA 52223 | Former Trustee's Compensation & Expenses | | | $18,583.84 | $222,308.80 |
| | | SHERYL L. SCHNITTJER | ($18,550.00) | 2100-000 | | | |
| | | SHERYL L. SCHNITTJER | ($33.84) | 3992-000 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*          Page Subtotals:                    $306,000.00        $83,691.20

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No:   19-01165 | Trustee Name:  Renee K. Hanrahan | |
| Case Name:  Rodney L. Hettinger | Bank Name:  Axos Bank | |
| Kimberly K Hettinger | Account Number/CD#:  XXXXXX0478 | |
| | Checking | |
| Taxpayer ID No: XX-XXX7403 | Blanket Bond (per case limit): $23,400,000.00 | |
| For Period Ending: 11/19/2025 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/27/22 | 2008 | CLERK, U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF IOWA 111 7TH AVE SE BOX 15 CEDAR RAPIDS, IA 52401-2101 | Clerk of the Courts Costs (includes | 2700-000 | | $350.00 | $221,958.80 |
| 05/27/22 | 2009 | CYNTHIA A. M. PARKER PARKER CORRIDOR LAW, PLLC 2720 GRANITE COURT NE CEDAR RAPIDS, IA  52402 | Accountant for Trustee Fees (Other | 3410-000 | | $2,000.00 | $219,958.80 |
| 05/27/22 | 2010 | ERIC W. LAM Simmons Perrine Moyer Bergman 115 Third Street SE, Ste 1200 Cedar Rapids, IA  52401 | Distribution | 3210-000 | | $18,646.20 | $201,312.60 |
| 05/27/22 | 2011 | Fifth Third Bank Po Box 9013 Addison, Texas 75001 | Claim 000003, Payment 12.13955% (3-1) PLEASE SEE CLAIM FOR PAYMENT ADDRESS.(3-2) PLEASE SEE CLAIM FOR PAYMENT ADDRESS. | 7100-000 | | $477.35 | $200,835.25 |
| 05/27/22 | 2012 | Fifth Third Bank, N.A. Po Box 9013 Addison, Texas 75001 | Claim 000004, Payment 12.13943% (4-1) PLEASE SEE CLAIM FOR PAYMENT ADDRESS.(4-2) PLEASE SEE CLAIM FOR PAYMENT ADDRESS. | 7100-000 | | $1,111.52 | $199,723.73 |
| 05/27/22 | 2013 | John Deere Financial C/O Weltman, Weinberg And Reis Co., Lpa 965 Keynote Circle Brooklyn Hts., Oh 44131 | Claim 000005, Payment 12.13945% (5-1) 3000 (5-1) PLEASE SEE CLAIM FOR PAYMENT ADDRESS. | 7100-000 | | $3,636.58 | $196,087.15 |
| 05/27/22 | 2014 | John Deere Financial C/O Weltman, Weinberg And Reis Co., Lpa 965 Keynote Circle Brooklyn Hts., Oh 44131 | Claim 000006, Payment 12.13947% (6-1) 5890 (6-1) PLEASE SEE CLAIM FOR PAYMENT ADDRESS. | 7100-000 | | $4,610.24 | $191,476.91 |

Page Subtotals:   $0.00   $30,831.89

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 19-01165
Case Name: Rodney L. Hettinger
Kimberly K Hettinger

Taxpayer ID No: XX-XXX7403
For Period Ending: 11/19/2025

Trustee Name: Renee K. Hanrahan
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0478
Checking
Blanket Bond (per case limit): $23,400,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/27/22 | 2015 | John Deere Financial C/O Weltman, Weinberg And Reis Co., Lpa 965 Keynote Circle Brooklyn Hts., Oh 44131 | Claim 000007, Payment 12.13945% (7-1) 2007 (7-1) PLEASE SEE CLAIM FOR PAYMENT ADDRESS. | 7100-000 | | $6,168.10 | $185,308.81 |
| 05/27/22 | 2016 | John Deere Financial C/O Weltman, Weinberg And Reis Co., Lpa 965 Keynote Circle Brooklyn Hts., Oh 44131 | Claim 000008, Payment 12.13946% (8-1) 1553 | 7100-000 | | $6,876.11 | $178,432.70 |
| 05/27/22 | 2017 | John Deere Financial C/O Weltman, Weinberg And Reis Co., Lpa 965 Keynote Circle Brooklyn Hts., Oh 44131 | Claim 000009, Payment 12.13946% (9-1) 2662 (9-1) PLEASE SEE CLAIM FOR PAYMENT ADDRESS. | 7100-000 | | $9,620.04 | $168,812.66 |
| 05/27/22 | 2018 | John Deere Financial C/O Weltman, Weinberg And Reis Co., Lpa 965 Keynote Circle Brooklyn Hts., Oh 44131 | Claim 000010, Payment 12.13944% (10-1) 3146 (10-1) PLEASE SEE CLAIM FOR PAYMENT ADDRESS. | 7100-000 | | $6,431.24 | $162,381.42 |
| 05/27/22 | 2019 | U.S. Bank National Association Bankruptcy Department Po Box 108 St. Louis Mo 63166-0108 | Claim 000014, Payment 12.13944% (14-1) USBCRD1901165IAN 62536643 (14-1) PLEASE SEE CLAIM FOR PAYMENT ADDRESS. | 7100-000 | | $2,302.09 | $160,079.33 |
| 05/27/22 | 2020 | First National Bank Of Omaha 1620 Dodge St., Stop Code 3105 Omaha, Ne 68197 | Claim 000015, Payment 12.13979% | 7100-000 | | $167.50 | $159,911.83 |
| 05/27/22 | 2021 | First National Bank Of Omaha 1620 Dodge St., Stop Code 3105 Omaha, Ne 68197 | Claim 000016, Payment 12.13945% | 7100-000 | | $1,876.92 | $158,034.91 |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

Page Subtotals:                    $0.00          $33,442.00

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 19-01165

Case Name: Rodney L. Hettinger
Kimberly K Hettinger

Taxpayer ID No: XX-XXX7403

For Period Ending: 11/19/2025

Trustee Name: Renee K. Hanrahan

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0478
Checking

Blanket Bond (per case limit): $23,400,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/27/22 | 2022 | South Central State Bank G. Mark Rice 699 Walnut Street, Suite 2000 Des Moines, Ia 50309 | Claim 000018, Payment 12.13945% (18-1) PLEASE SEE CLAIM FOR PAYMENT ADDRESS.(18-2) PLEASE SEE CLAIM FOR PAYMENT ADDRESS.(18-3) SEE CLAIM FOR PAYMENT ADDRESS | 7100-000 | | $4,609.49 | $153,425.42 |
| 05/27/22 | 2023 | Cnh Industrial Capital, Llc Po Box 3600 Lancaster, Pa 17604 | Claim 000019, Payment 12.13945% (19-1) MONEY LOANED | 7100-000 | | $5,363.61 | $148,061.81 |
| 05/27/22 | 2024 | Cnh Industrial Capital, Llc Po Box 3600 Lancaster, Pa 17604 | Claim 000020, Payment 12.13946% (20-1) MONEY LOANED(20-2) ACCOUNT NUMBER (LAST 4 DIGITS):2013  FILER COMMENT: CASE IH 2150 PLANTER DEFICIENCY BALANCE (20-2) PLEASE SEE CLAIM FOR PAYMENT ADDRESS. | 7100-000 | | $6,499.01 | $141,562.80 |
| 05/27/22 | 2025 | Cnh Industrial Capital, Llc Po Box 3600 Lancaster, Pa 17604 | Claim 000021, Payment 12.13944% (21-1) MONEY LOANED | 7100-000 | | $5,232.83 | $136,329.97 |
| 05/27/22 | 2026 | Cnh Industrial Capital, Llc Po Box 3600 Lancaster, Pa 17604 | Claim 000022, Payment 12.13944% (22-1) MONEY LOANED | 7100-000 | | $2,321.70 | $134,008.27 |
| 05/27/22 | 2027 | Cnh Industrial Capital, Llc Po Box 3600 Lancaster, Pa 17604 | Claim 000023, Payment 12.13947% (23-1) MONEY LOANED | 7100-000 | | $3,070.27 | $130,938.00 |
| 05/27/22 | 2028 | Cnh Industrial Capital, Llc Po Box 3600 Lancaster, Pa 17604 | Claim 000024, Payment 12.13945% (24-1) MONEY LOANED | 7100-000 | | $11,767.17 | $119,170.83 |
| 05/27/22 | 2029 | Cnh Industrial Capital, Llc Po Box 3600 Lancaster, Pa 17604 | Claim 000025, Payment 12.13944% (25-1) MONEY LOANED | 7100-000 | | $2,434.42 | $116,736.41 |

Page Subtotals:                $0.00        $41,298.50

**FORM 2**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: 19-01165 | Trustee Name: Renee K. Hanrahan | |
| Case Name: Rodney L. Hettinger | Bank Name: Axos Bank | |
| Kimberly K Hettinger | Account Number/CD#: XXXXXX0478 | |
| | Checking | |
| Taxpayer ID No: XX-XXX7403 | Blanket Bond (per case limit): $23,400,000.00 | |
| For Period Ending: 11/19/2025 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/27/22 | 2030 | Farmers Savings Bank C/O Patrick B. Dillon 209 E. 1St Street Sumner, Iowa 50674 | Claim 000031, Payment 12.13939% | 7100-000 | | $740.31 | $115,996.10 |
| 05/27/22 | 2031 | Resurgent Receivables, Llc Resurgent Capital Services Po Box 10587 Greenville, Sc 29603-0587 | Claim 000035, Payment 12.13948% | 7100-000 | | $2,014.53 | $113,981.57 |
| 05/27/22 | 2032 | Psb Corporation 414 N. Adams Street Po Box 248 Wellsburg, Iowa 50680 | Claim 000036, Payment 12.13946% (36-1) UNSECURED CLAIM | 7100-000 | | $51,805.37 | $62,176.20 |
| 05/27/22 | 2033 | Psb Corporation 414 N. Adams Street Po Box 248 Wellsburg, Iowa 50680 | Claim 30, Payment 12.13945% | 7100-000 | | $46,676.20 | $15,500.00 |
| 05/27/22 | 2034 | Psb Corporation 414 N. Adams Street Po Box 248 Wellsburg, Iowa 50680 | Claim 30-A, Payment 100.00000% | 4210-000 | | $15,500.00 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $306,000.00 | $306,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $306,000.00 | $306,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $306,000.00 | $306,000.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*          Page Subtotals:          $0.00          $116,736.41

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0478 - Checking | $306,000.00 | $306,000.00 | $0.00 |
| XXXXXX0668 - Checking | $68,285.00 | $2,567.34 | $65,717.66 |
| | $374,285.00 | $308,567.34 | $65,717.66 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $374,285.00 |
| Total Gross Receipts: | $374,285.00 |

Page Subtotals:        $0.00       $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 19-01165                                                                    Date: November 19, 2025
Debtor Name: Rodney L. Hettinger
Claims Bar Date: 4/10/2025

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Renee Hanrahan | Administrative | | $0.00 | $3,414.25 | $3,414.25 |
| 100 2100 | SHERYL L. SCHNITTJER 24695 207TH AVE DELHI, IA 52223 | Administrative | | $0.00 | $18,550.00 | $18,550.00 |
| 100 2200 | Renee Hanrahan | Administrative | | $0.00 | $96.30 | $96.30 |
| BOND 100 2300 | INTERNATIONAL SURETIES LTD SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA  70139 | Administrative | | $0.00 | $113.64 | $113.64 |
| 100 2700 | U. S. BANKRUPTCY COURT CLERK CLERK, U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF IOWA 111 7th AVE. SE, BOX 15 CEDAR RAPIDS, IA  52401-2101 | Administrative | ADVERSARY 20-08062 | $350.00 | $350.00 | $350.00 |
| 100 2810 | United States Treasury Department of the Treasury Internal Revenue Service Ogden UT  84201-0148 | Administrative | Rodney Tax Liability | $0.00 | $863.00 | $863.00 |
| 100 2810 | United States Treasury Department of the Treasury Internal Revenue Service Ogden UT  84201-0148 | Administrative | Kimberly Tax Liability | $0.00 | $863.00 | $863.00 |
| 100 2810 | United States Treasury Department of the Treasury Internal Revenue Service Ogden UT  84201-0148 | Administrative | | $0.00 | $25,032.00 | $25,032.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 14)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 19-01165                                                                                    Date: November 19, 2025
Debtor Name: Rodney L. Hettinger
Claims Bar Date: 4/10/2025

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2820 | Iowa Department Of Revenue Attn: Bankruptcy Unit Po Box 10471 Des Moines, Ia 50306-0471 | Administrative | | $0.00 | $16,182.00 | $16,182.00 |
| 100 2820 | Iowa Department Of Revenue Attn: Bankruptcy Unit Po Box 10471 Des Moines, Ia 50306-0471 | Administrative | Form IA1041 2024 -- Rodney Hettinger | $0.00 | $349.00 | $349.00 |
| 100 2820 | Iowa Department Of Revenue Attn: Bankruptcy Unit Po Box 10471 Des Moines, Ia 50306-0471 | Administrative | Form IA1041 2024 -- Kimberly Hettinger | $0.00 | $349.00 | $349.00 |
| 100 2990 | SHERYL L. SCHNITTJER 24695 207TH AVE DELHI, IA 52223 | Administrative | Former Trustee's Expenses Paid. | $0.00 | $33.84 | $33.84 |
| 100 3210 | ERIC W. LAM Simmons Perrine Moyer Bergman 115 Third Street SE, Ste 1200 Cedar Rapids, IA  52401 | Administrative | Claim voluntarily reduced for pre-employment work | $0.00 | $4,887.00 | $3,700.00 |
| 100 3210 | ERIC W. LAM Simmons Perrine Moyer Bergman 115 Third Street SE, Ste 1200 Cedar Rapids, IA  52401 | Administrative | | $0.00 | $42,410.70 | $42,410.70 |
| 100 3210 | Benjamin G. Nielsen Pugh Hagan Prahm PLC 425  E Oakdale Blvd Suite 201 Coralville IA 52241-1755 | Administrative | approved by Court Order 02.24.25 [Dkt 314] | $0.00 | $9,180.00 | $9,180.00 |
| 100 3220 | ERIC W. LAM Simmons Perrine Moyer Bergman 115 Third Street SE, Ste 1200 Cedar Rapids, IA  52401 | Administrative | | $0.00 | $15.22 | $15.22 |
| 100 3220 | Benjamin G. Nielsen Pugh Hagan Prahm PLC 425  E Oakdale Blvd Suite 201 Coralville IA 52241-1755 | Administrative | Approved by Court Order 02.24.25 [Dkt 314] | $0.00 | $175.00 | $175.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 15)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 19-01165                                                          Date: November 19, 2025
Debtor Name: Rodney L. Hettinger
Claims Bar Date: 4/10/2025

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 3410 | David Koch 2750 First Ave NE Suite 420 Cedar Rapids IA  52402 | Administrative | | $0.00 | $1,200.00 | $1,200.00 |
| 100 3410 | CYNTHIA A. M. PARKER PARKER CORRIDOR LAW, PLLC 2720 GRANITE COURT NE CEDAR RAPIDS, IA  52402 | Administrative | | $0.00 | $2,000.00 | $2,000.00 |
| 3 300 7100 | Fifth Third Bank 1830 East Paris S.E., MS #RSC3E Grand Rapids MI  49546 | Unsecured | | $0.00 | $3,932.19 | $3,932.19 |
| 4 300 7100 | Fifth Third Bank, N.A. 1830 East Paris S.E., MS #RSCB3E Grand Rapids MI  49546 | Unsecured | | $0.00 | $9,156.28 | $9,156.28 |
| 5 300 7100 | John Deere Financial C/O Weltman, Weinberg And Reis Co., Lpa PO Box 93784 Cleveland OH  44101 | Unsecured | | $0.00 | $29,956.70 | $29,956.70 |
| 6 300 7100 | John Deere Financial C/O Weltman, Weinberg And Reis Co., Lpa PO Box 93784 Cleveland OH  44101 | Unsecured | | $34,079.00 | $37,977.29 | $37,977.29 |
| 7 300 7100 | John Deere Financial C/O Weltman, Weinberg And Reis Co., Lpa PO Box 93784 Cleveland OH  44101 | Unsecured | | $0.00 | $50,810.39 | $50,810.39 |
| 8 300 7100 | John Deere Financial C/O Weltman, Weinberg And Reis Co., Lpa PO Box 93784 Cleveland OH  44101 | Unsecured | | $0.00 | $56,642.63 | $56,642.63 |
| 9 300 7100 | John Deere Financial C/O Weltman, Weinberg And Reis Co., Lpa PO Box 93784 Cleveland OH  44101 | Unsecured | | $203,620.00 | $79,246.03 | $79,246.03 |

UST Form 101-7-TFR (5/1/2011) *(Page: 16)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 19-01165                                                                                      Date: November 19, 2025
Debtor Name: Rodney L. Hettinger
Claims Bar Date: 4/10/2025

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 10<br>300<br>7100 | John Deere Financial<br>C/O Weltman, Weinberg And Reis<br>Co., Lpa<br>PO Box 93784<br>Cleveland OH  44101 | Unsecured | | $0.00 | $52,978.05 | $52,978.05 |
| 14<br>300<br>7100 | U.S. Bank National Association<br>PO Box 5227<br>Cincinnati OH  45201-5227 | Unsecured | | $0.00 | $18,963.72 | $18,963.72 |
| 15<br>300<br>7100 | First National Bank Of Omaha<br>1620 Dodge St., Stop Code 3105<br>Omaha, Ne 68197 | Unsecured | | $348.00 | $1,379.76 | $1,379.76 |
| 16<br>300<br>7100 | First National Bank Of Omaha<br>1620 Dodge St., Stop Code 3105<br>Omaha, Ne 68197 | Unsecured | | $14,596.00 | $15,461.33 | $15,461.33 |
| 18<br>300<br>7100 | South Central State Bank<br>PO Box 186<br>Campbell NE  68932 | Unsecured | | $36,632.00 | $37,971.15 | $37,971.15 |
| 19<br>300<br>7100 | CNH Industrial Capital, LLC<br>PO Box 3600<br>Lancaster PA  17604 | Unsecured | | $0.00 | $44,183.31 | $44,183.31 |
| 20<br>300<br>7100 | CNH Industrial Capital, LLC<br>PO Box 3600<br>Lancaster PA  17604 | Unsecured | | $0.00 | $53,536.23 | $53,536.23 |
| 21<br>300<br>7100 | CNH Industrial Capital, LLC<br>PO Box 3600<br>Lancaster PA  17604 | Unsecured | | $0.00 | $43,106.01 | $43,106.01 |
| 22<br>300<br>7100 | CNH Industrial Capital, LLC<br>PO Box 3600<br>Lancaster PA  17604 | Unsecured | | $0.00 | $19,125.26 | $19,125.26 |

UST Form 101-7-TFR (5/1/2011) *(Page: 17)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 19-01165                                                                                    Date: November 19, 2025
Debtor Name: Rodney L. Hettinger
Claims Bar Date: 4/10/2025

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 23<br>300<br>7100 | CNH Industrial Capital, LLC<br>PO Box 3600<br>Lancaster PA  17604 | Unsecured | | $0.00 | $25,291.64 | $25,291.64 |
| 24<br>300<br>7100 | CNH Industrial Capital, LLC<br>PO Box 3600<br>Lancaster PA  17604 | Unsecured | | $0.00 | $96,933.27 | $96,933.27 |
| 25<br>300<br>7100 | CNH Industrial Capital, LLC<br>PO Box 3600<br>Lancaster PA  17604 | Unsecured | | $0.00 | $20,053.80 | $20,053.80 |
| 30<br>300<br>7100 | PSB Corporation<br>414 N. Adams Street<br>Po Box 248<br>Wellsburg, Iowa 50680 | Unsecured | PER MOTION TO APPROVE COMPROMISE (DOCKET 253) AND ORDER ENTERED (DOCKET 256) 11.12.21<br>$15,500  AS SECURED<br>$384,500 AS UNSECURED | $0.00 | $400,000.00 | $384,500.00 |
| 31<br>300<br>7100 | Farmers Savings Bank<br>C/O Patrick B. Dillon<br>209 E. 1St Street<br>Sumner, Iowa 50674 | Unsecured | | $8,000.00 | $6,098.41 | $6,098.41 |
| 32<br>300<br>7100 | Citizens Bank N.A.<br>One Citizens Bank Way<br>Jca115<br>Johnston, Rhode Island 02919 | Unsecured | POC 32 withdrawn 102020 [156] | $3,840.00 | $0.00 | $0.00 |
| 35<br>300<br>7100 | Resurgent Receivables, Llc<br>Resurgent Capital Services<br>Po Box 10587<br>Greenville, Sc 29603-0587 | Unsecured | | $0.00 | $16,594.86 | $16,594.86 |
| 36<br>300<br>7100 | PSB Corporation<br>414 N. Adams Street<br>Po Box 248<br>Wellsburg, Iowa 50680 | Unsecured | for money loaned & Settlement at Docket Numbers 253 & 256;<br>POC 36 transferred 042921 [236] | $0.00 | $426,752.00 | $426,752.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 18)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 19-01165
Debtor Name: Rodney L. Hettinger
Claims Bar Date: 4/10/2025

Date: November 19, 2025

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1<br>400<br>4210 | Bank Of America, N.A.<br>Po Box 31785<br>Tampa, Fl 33631-3785 | Secured | secured in N 2018 Keystone | $77,362.00 | $77,339.51 | $77,339.51 |
| 2<br>400<br>4210 | Wells Fargo Financial Leasing, Inc.<br>800 Walnut Street<br>Mac F0005-055<br>Des Moines, Ia 50309 | Secured | secured in 2 Challenger Tractors | $0.00 | $41,339.11 | $41,339.11 |
| 11<br>400<br>4210 | Citizens Bank N.A.<br>One Citizens Bank Way<br>Jca115<br>Johnston, Rhode Island 02919 | Secured | secured with 2018 F150 | $0.00 | $29,750.42 | $29,750.42 |
| 12<br>400<br>4210 | Agco Finance Llc<br>Po Box 2000<br>Johnston, Ia 50131 | Secured | secured by Farm Equipment | $0.00 | $23,501.28 | $23,501.28 |
| 13<br>400<br>4210 | Agco Finance Llc<br>Po Box 2000<br>Johnston, Ia 50131 | Secured | secured by Equipment Financing, UCC F/S | $44,000.00 | $23,417.73 | $23,417.73 |
| 17<br>400<br>4210 | U.S. Bank National Association<br>Payment Processing<br>PO BOx 5227<br>Cincinnati OH  45201-5227 | Secured | secured by 2016 Ford | $19,043.00 | $20,870.11 | $20,870.11 |
| 26<br>400<br>4210 | Cooperative Credit Company<br>Sander J. Morehead<br>300 South Phillips Avenue, Suite 300<br>Sioux Falls, Sd 57104 | Secured | POC 26 withdrawn 042222 [264] | $0.00 | $0.00 | $0.00 |
| 27<br>400<br>4210 | LINN AREA CREDIT UNION<br>3015 Blairs Ferry Road N.E.<br>Cedar Rapids, IA  52402-1832 | Secured | secured by 2018 Honda | $14,325.00 | $13,670.23 | $13,670.23 |
| 28<br>400<br>4210 | Fidelity Bank & Trust<br>Attn: Melissa Fedeler<br>201 S. Frederick Avenue<br>Oelwein, Ia 50662 | Secured | secured by real estate mtge | $350,026.00 | $343,804.70 | $343,804.70 |

UST Form 101-7-TFR (5/1/2011) *(Page: 19)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 19-01165
Debtor Name: Rodney L. Hettinger
Claims Bar Date: 4/10/2025

Date: November 19, 2025

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 29 | Stearns Bank | Secured | | $65,000.00 | $43,633.00 | $43,633.00 |
| 400 | 4191 2Nd St South | | | | | |
| 4210 | Saint Cloud, Mn 56301 | | secured with Financed Equipment, UCC-1 F/S | | | |
| 30-A | PSB Corporation | Secured | | $0.00 | $15,500.00 | $15,500.00 |
| 400 | 414 N. Adams Street | | | | | |
| 4210 | Po Box 248 | | ALLOWED AS SECURED IN FUNDS HELD BY TRUSTEE PER ORDER ENTERED 11.12.21 | | | |
| | Wellsburg, Iowa 50680 | | | | | |
| 33 | Agco Finance Llc | Secured | | $0.00 | $23,501.28 | $23,501.28 |
| 400 | Po Box 2000 | | | | | |
| 4210 | Johnston, Ia 50131 | | secured by Equipment, UCC F/S | | | |
| 34 | Agco Finance Llc | Secured | | $0.00 | $23,417.73 | $23,417.73 |
| 400 | Po Box 2000 | | | | | |
| 4210 | Johnston, Ia 50131 | | secured by equipment, UCC F/S | | | |
| | Case Totals | | | $871,221.00 | $2,351,959.36 | $2,335,272.36 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 7

Printed: November 19, 2025

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 19-01165
Case Name: Rodney L. Hettinger
           Kimberly K Hettinger
Trustee Name: Renee K. Hanrahan

Balance on hand                                    $        65,717.66

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Bank Of America, N.A. | $ 77,339.51 | $ 77,339.51 | $ 0.00 | $ 0.00 |
| 11 | Citizens Bank N.A. | $ 29,750.42 | $ 29,750.42 | $ 0.00 | $ 0.00 |
| 12 | Agco Finance Llc | $ 23,501.28 | $ 23,501.28 | $ 0.00 | $ 0.00 |
| 13 | Agco Finance Llc | $ 23,417.73 | $ 23,417.73 | $ 0.00 | $ 0.00 |
| 17 | U.S. Bank National Association | $ 20,870.11 | $ 20,870.11 | $ 0.00 | $ 0.00 |
| 2 | Wells Fargo Financial Leasing, Inc. | $ 41,339.11 | $ 41,339.11 | $ 0.00 | $ 0.00 |
| 26 | Cooperative Credit Company | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 27 | LINN AREA CREDIT UNION | $ 13,670.23 | $ 13,670.23 | $ 0.00 | $ 0.00 |
| 28 | Fidelity Bank & Trust | $ 343,804.70 | $ 343,804.70 | $ 0.00 | $ 0.00 |
| 29 | Stearns Bank | $ 43,633.00 | $ 43,633.00 | $ 0.00 | $ 0.00 |
| 30-A | PSB Corporation | $ 15,500.00 | $ 15,500.00 | $ 15,500.00 | $ 0.00 |
| 33 | Agco Finance Llc | $ 23,501.28 | $ 23,501.28 | $ 0.00 | $ 0.00 |
| 34 | Agco Finance Llc | $ 23,417.73 | $ 23,417.73 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors     $_____0.00

Remaining Balance     $_____65,717.66

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Renee Hanrahan | $ 3,414.25 | $ 0.00 | $ 3,414.25 |
| Trustee Expenses: Renee Hanrahan | $ 96.30 | $ 0.00 | $ 96.30 |
| Attorney for Trustee Fees: Benjamin G. Nielsen | $ 9,180.00 | $ 0.00 | $ 9,180.00 |
| Attorney for Trustee Expenses: Benjamin G. Nielsen | $ 175.00 | $ 0.00 | $ 175.00 |
| Accountant for Trustee Fees: CYNTHIA A. M. PARKER | $ 2,000.00 | $ 2,000.00 | $ 0.00 |
| Charges: U. S. BANKRUPTCY COURT CLERK | $ 350.00 | $ 350.00 | $ 0.00 |
| Other: David Koch | $ 1,200.00 | $ 0.00 | $ 1,200.00 |
| Other: ERIC W. LAM | $ 46,110.70 | $ 42,410.70 | $ 3,700.00 |
| Other: ERIC W. LAM | $ 15.22 | $ 15.22 | $ 0.00 |
| Other: INTERNATIONAL SURETIES LTD | $ 113.64 | $ 113.64 | $ 0.00 |
| Other: Iowa Department Of Revenue | $ 16,880.00 | $ 16,880.00 | $ 0.00 |
| Other: SHERYL L. SCHNITTJER | $ 18,550.00 | $ 18,550.00 | $ 0.00 |
| Other: SHERYL L. SCHNITTJER | $ 33.84 | $ 33.84 | $ 0.00 |
| Other: United States Treasury | $ 26,758.00 | $ 26,758.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $_____17,765.55

Remaining Balance     $_____47,952.11

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,530,650.31 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Fifth Third Bank | $ 3,932.19 | $ 477.35 | $ 123.18 |
| 4 | Fifth Third Bank, N.A. | $ 9,156.28 | $ 1,111.52 | $ 286.85 |
| 5 | John Deere Financial | $ 29,956.70 | $ 3,636.58 | $ 938.48 |
| 6 | John Deere Financial | $ 37,977.29 | $ 4,610.24 | $ 1,189.75 |
| 7 | John Deere Financial | $ 50,810.39 | $ 6,168.10 | $ 1,591.79 |
| 8 | John Deere Financial | $ 56,642.63 | $ 6,876.11 | $ 1,774.49 |
| 9 | John Deere Financial | $ 79,246.03 | $ 9,620.04 | $ 2,482.61 |
| 10 | John Deere Financial | $ 52,978.05 | $ 6,431.24 | $ 1,659.70 |
| 14 | U.S. Bank National Association | $ 18,963.72 | $ 2,302.09 | $ 594.10 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 15 | First National Bank Of Omaha | $ 1,379.76 | $ 167.50 | $ 43.22 |
| 16 | First National Bank Of Omaha | $ 15,461.33 | $ 1,876.92 | $ 484.37 |
| 18 | South Central State Bank | $ 37,971.15 | $ 4,609.49 | $ 1,189.56 |
| 19 | CNH Industrial Capital, LLC | $ 44,183.31 | $ 5,363.61 | $ 1,384.17 |
| 20 | CNH Industrial Capital, LLC | $ 53,536.23 | $ 6,499.01 | $ 1,677.18 |
| 21 | CNH Industrial Capital, LLC | $ 43,106.01 | $ 5,232.83 | $ 1,350.43 |
| 22 | CNH Industrial Capital, LLC | $ 19,125.26 | $ 2,321.70 | $ 599.16 |
| 23 | CNH Industrial Capital, LLC | $ 25,291.64 | $ 3,070.27 | $ 792.33 |
| 24 | CNH Industrial Capital, LLC | $ 96,933.27 | $ 11,767.17 | $ 3,036.72 |
| 25 | CNH Industrial Capital, LLC | $ 20,053.80 | $ 2,434.42 | $ 628.25 |
| 30 | PSB Corporation | $ 384,500.00 | $ 46,676.20 | $ 12,045.59 |
| 31 | Farmers Savings Bank | $ 6,098.41 | $ 740.31 | $ 191.05 |
| 32 | Citizens Bank N.A. | $ 0.00 | $ 0.00 | $ 0.00 |
| 35 | Resurgent Receivables, Llc | $ 16,594.86 | $ 2,014.53 | $ 519.88 |
| 36 | PSB Corporation | $ 426,752.00 | $ 51,805.37 | $ 13,369.25 |

Total to be paid to timely general unsecured creditors      $_____ 47,952.11

Remaining Balance      $_____ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE