### 622-19-01165 Trustee Time Records Hettinger Hanrahan (25k)

| Date | User | Matter Code | Hours | Note |
|---|---|---|---|---|
| 12/31/2024 | Renee Hanrahan | EMAIL | 2.5 | emails with USTee; conflicts check; review dockets and relevant pleadings; discussions with Eric Lam |
| 01/02/2025 | Renee Hanrahan | EMAIL | 0.5 | emails with Lam, Nielsen; discussions on what's really asset(s) |
| 01/07/2025 | Renee Hanrahan | REC INI REV | 2.5 | Receipt/review case appointment; download docket and specific pleadings. Draft empl app for Eric Lam after conversations. Build data from Schedules and Amended Schedules into software program. Emails with software support |
| 01/08/2025 | Renee Hanrahan | DATA INPUTS | 0.5 | Data Inputs with add'l info from UST ; open POC;data inputs; review Ben Nielsen's file |
| 01/09/2025 | Renee Hanrahan | EMAIL | 0.8 | Emails with software support; request download of previous trustee's docs adn data, including banking and TFR data |
| 01/14/2025 | Renee Hanrahan | EMAIL | 0.8 | Receip/review CM-ECF Filing for fee app; disucssions with Lam RE pending motion |
| 01/16/2025 | Renee Hanrahan | ATTENTION | 0.3 | Attention to finalizing empl app after inputs from Eric Lam; submit with Justification to USTee |
| 01/17/2025 | Renee Hanrahan | EMAIL | 0.3 | emails with Lam; review v.m |
| 01/20/2025 | Renee Hanrahan | EMAIL | 0.8 | emails, discussions of Judith O'DOnohoe's documents provided, pending fee app; discussion of potential settlement/sale |
| 01/25/2025 | Renee Hanrahan | EMAIL | 0.3 | emails |
| 01/27/2025 | Renee Hanrahan | EMAIL | 0.4 | Emails with Lam and ODonohoe, inquiries on value nad possible sale |
| 01/29/2025 | Renee Hanrahan | EMAIL | 0.3 | discussions; make a deal |
| 01/30/2025 | Renee Hanrahan | BANKING | 1.5 | Open bank account; remove former business EIN for bank acct EIN; emails with attys and CPA for tax info needed & available.  Draft empl app, send to Dave Koch |
| 01/31/2025 | Renee Hanrahan | ECF FILING | 0.2 | emails with software provider RE previous bankruptcy estate tax returns |
| 02/01/2025 | Renee Hanrahan | ATTENTION | 0.5 | Attention to finalizing/submitting employment app for CPA |
| 02/03/2025 | Renee Hanrahan | EMAIL | 0.5 | Attention to re-generating s/s'd employment application for CPA; submit to USTee; provide Order approving empl app |
| 02/05/2025 | Renee Hanrahan | ECF REVIEW | 0.8 | Receipt/review CM-ECF Filing Hearing set on fee app and objection |
| 02/10/2025 | Renee Hanrahan | EMAIL | 0.5 | Emails between Lam and ODonohoe RE settlement/sale draft documents |
| 02/11/2025 | Renee Hanrahan | EMAIL | 0.1 | emails, pleadings finailzed |
| 02/14/2025 | Renee Hanrahan | ECF REVIEW | 0.8 | Review CM-ECF Filing; data inputs; calendar deadlins |
| 02/19/2025 | Renee Hanrahan | EMAIL | 1.2 | emails from Lam with documents to review, efforts by previous trustee and documetns from dbr atty |
| 02/21/2025 | Renee Hanrahan | HEARING | 0.4 | Participate in Hearing on former trustee's firm's fee app. |
| 02/24/2025 | Renee Hanrahan | ATTENTION | 0.7 | Attention to emails and drafts and ECF Order on Fee app; data inputs |
| 02/26/2025 | Renee Hanrahan | EMAIL | 0.1 | emails Lam and Judith ODonohoe |
| 03/10/2025 | Renee Hanrahan | EMAIL | 0.2 | emails w/lams office and Judith |
| 03/19/2025 | Renee Hanrahan | EMAIL | 0.1 | E-mail of transmittal ltr w/payment |
| 03/30/2025 | Renee Hanrahan | REV | 3.5 | Reveiw case pleadings for schedules; data reviews and inputs/changes for assets, UTCs, liens, disposition in original case |
| 04/03/2025 | Renee Hanrahan | BANKING | 0.4 | Attention to Banking deposit/ date entries; ecf filing consummation of sale |
| 04/28/2025 | Renee Hanrahan | REV | 0.3 | review sale motion; emails with Lam on check was light by 35; phone call to atty's office, left msg |
| 05/02/2025 | Renee Hanrahan | RECONCILIATION | 0.1 | Receipt/reconciliation statement |
| 06/05/2025 | Renee Hanrahan | RECONCILIATION | 0.1 | Bank recon |
| 06/06/2025 | Renee Hanrahan | REV | 1.5 | review emails, letters, pleadings. again.  error between letter amount and motion amount. emails with Lam. stop bank fees. request 2d EIN for joint debtor. documents/info to Dave Koch for tax prep; rqst est atty fees/exp from Lam |
| 06/07/2025 | Renee Hanrahan | EMAIL | 0.3 | emails with Lam; email to DOnohoe RE discrepancy in sale motion and funds received |
| 06/09/2025 | Renee Hanrahan | EMAIL | 0.8 | emails with/from/to Lam/Koch needed info for tax prep |
| 06/17/2025 | Renee Hanrahan | EMAIL | 0.8 | emails, needing the $35 remaining balance on the settlement/sale |
| 07/02/2025 | Renee Hanrahan | RECONCILIATION | 0.1 | reconciliation bank statement |
| 07/03/2025 | Renee Hanrahan | EMAIL | 0.2 | emails demanding the $35 remaining on the sale/settlement |
| 07/07/2025 | Renee Hanrahan | PHONE CALL | 0.2 | Phone call to Judisth Odonohoe, she's on a conference call ... left message .... still chasing $35.... |
| 07/09/2025 | Renee Hanrahan | BANKING | 0.3 | Banking final sale funds; emails with tax preparer |
| 07/14/2025 | Renee Hanrahan | ATTENTION | 2.5 | attention to tax returns for each debtor; draft prompt determination letters; Assemble docs and letters and copies for mailings |
| 07/15/2025 | Renee Hanrahan | ATTENTION | 1 | Attention to USPS for mailing tax returns and payments |
| 08/04/2025 | Renee Hanrahan | RECONCILIATION | 0.1 | Bank statement recon |
| 08/18/2025 | Renee Hanrahan | POC REVIEW | 1.5 | Review of POCs; data inputs, data changes |

| Date | Name | Type | Hours | Description |
|---|---|---|---|---|
| 08/25/2025 | Renee Hanrahan | REV | 2.8 | Review case history, checking on what info from prior case is available in data; work on draft report; link what POCs and scheduled amounts as reasonalby available. work on time records |
| 09/02/2025 | Renee Hanrahan | ATTENTION | 1.5 | Assemble/revise TFR< NFR and supporting documents; more data input changes |