| | | | |
|---|---|---|---|
| **Prebill Number:** | 935612 | | |
| **Billing Timekeeper:** | 499 | LAM, ERIC W. | |
| **Client:** | 121793 | HANRAHAN, RENEE K., TRUSTEE | |
| **Matter:** | 250032 | HETTINGER, RODNEY & KIMBERLY | |
| Bill Format: | 6 | DETAILS | |
| Originating Attorney(s): | 499 | LAM, ERIC W. | |
| | 298 | LOFTUS, CHRISTOPHER K. | |
| Begin Date: | 01/01/1980 | End Date: | 08/18/2025 |
| Date of Last Bill | 01/01/1900 | | |
| Date of Last Statement | 01/01/1900 | | |
| Date of Last Payment | 01/01/1900 | | |
| Amount of Last Payment | $0.00 | | |

**A/R Aging:**

| | |
|---|---|
| 0 - 30 | $0.00 |
| 31 - 60 | $0.00 |
| 61 - 90 | $0.00 |
| 91 - 120 | $0.00 |
| 121 & up | $0.00 |

**Action to be taken:**

[ ] None

[ ] Full Detail  (Fees and Expenses)

[ ] Expense Only  (Hold Fees)

[ ] Rebill/Statement

**Apply Trust?**   $0.00

[ ] Yes     [ ] No

# Simmons Perrine Moyer Bergman PLC

115 THIRD STREET S.E., SUITE 1200
CEDAR RAPIDS, IA  52401
(319) 366-7641
I.D. #42-0665669

08/18/25

RENEE K. HANRAHAN, TRUSTEE
CHAPTER 7 TRUSTEE
PO BOX 1088
CEDAR RAPIDS, IA  524061088

Invoice#  0
Our file#  121793    250032

Billing through   08/18/2025

HETTINGER, RODNEY & KIMBERLY

PROFESSIONAL SERVICES

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| EWL | 12/31/2024 | | | 0.10 | 0.10 | 450.00 | 45.00 |
| 12/31/2024 | EWL | 0.10 | 450.00 | $45.00 | RECEIPT OF TEXT FROM RENEE SEEKING CONTACT. | | |
| EWL | 12/31/2024 | | | 0.18 | 0.18 | 450.00 | 81.00 |
| 12/31/2024 | EWL | 0.18 | 450.00 | $81.00 | TELEPHONE CONFERENCE WITH TRUSTEE CONCERNING CASE POSTURE AND BRIEF DISCUSSION OF NEW TRUSTEE APPOINTMENT AND ENGAGEMENT POSSIBILITY AND ISSUE. | | |
| EWL | 12/31/2024 | | | 0.08 | 0.08 | 450.00 | 36.00 |
| 12/31/2024 | EWL | 0.08 | 450.00 | $36.00 | CONTINUING COORDINATION OF PREPARATION OF APPEARANCE. | | |
| EWL | 01/02/2025 | | | 0.28 | 0.28 | 450.00 | 126.00 |
| 01/02/2025 | EWL | 0.28 | 450.00 | $126.00 | BRIEF ATTENTION TO DOCKET RE THINGS TO DO WITH PARTICULAR FOCUS ON AND PRELIMINARY REVIEW OF MOTION TO RE-OPEN AND ALLEGATIONS OF FORECLOSURE ASSET. | | |
| EWL | 01/02/2025 | | | 0.13 | 0.13 | 450.00 | 58.50 |
| 01/02/2025 | EWL | 0.13 | 450.00 | $58.50 | FOLLOW-UP E-MAIL INQUIRY TO BEN NIELSEN SEEKING FILE AND INFORMATION AND MATERIALS AND DOCUMENTS AND COOPERATION. | | |
| EWL | 01/02/2025 | | | 0.13 | 0.13 | 450.00 | 58.50 |
| 01/02/2025 | EWL | 0.13 | 450.00 | $58.50 | FOLLOW-UP E-MAIL TO DEBTORS' ATTORNEY JUDITH SEEKING INFORMATION AND DOCUMENTS CONCERNING POTENTIAL FORECLOSURE LAWSUIT. | | |
| EWL | 01/02/2025 | | | 0.18 | 0.18 | 450.00 | 81.00 |
| 01/02/2025 | EWL | 0.18 | 450.00 | $81.00 | PREPARED PRELIMINARY DRAFT OF MEMO TO FILE RE THINGS TO DO AND CASE POSTURE. | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| EWL | 01/02/2025 | | | 0.18 | 0.18 | 450.00 | 81.00 |
| 01/02/2025 | EWL | 0.18 | 450.00 | $81.00 | RECEIPT OF E-MAIL RESPONSE FROM BEN CONCERNING CASE STATUS AND APPARENT LIKELY INFORMATION TENDER TOMORROW AND REPLY E-MAIL TO BEN ACKNOWLEDGING RESPONSE. | | |
| EWL | 01/03/2025 | | | 0.10 | 0.10 | 450.00 | 45.00 |
| 01/03/2025 | EWL | 0.10 | 450.00 | $45.00 | RECEIPT OF E-MAIL FROM ATTORNEY BEN CONCERNING FILE TRANSFER AND REPLY E-MAIL ACKNOWLEDGING TENDER AND COORDINATION OF FOLLOW-UP AND MEMO TO FILE RE SAME. | | |
| EWL | 01/07/2025 | | | 0.13 | 0.13 | 450.00 | 58.50 |
| 01/07/2025 | EWL | 0.13 | 450.00 | $58.50 | RECEIPT OF COPY OF E-MAIL FROM TRUSTEE TO ATTORNEY JUDITH CONCERNING CASE STATUS AND REPLY E-MAIL TO TRUSTEE CONCERNING JUDITH POSTURE. | | |
| EWL | 01/07/2025 | | | 0.25 | 0.25 | 450.00 | 112.50 |
| 01/07/2025 | EWL | 0.25 | 450.00 | $112.50 | RECEIPT OF E-MAIL FROM TRUSTEE WITH APPLICATION TO EMPLOY AND MEMO TO FILE COORDINATING COMPLETION OF APPLICATION, REFERRING TO CONFLICT DISCLOSURE WHILE SERVING AS ATTORNEY FOR PREVIOUS TRUSTEE. (NO CHARGE) | | |
| EWL | 01/07/2025 | | | 0.10 | 0.10 | 450.00 | 45.00 |
| 01/07/2025 | EWL | 0.10 | 450.00 | $45.00 | RECEIPT OF TEXT FROM TRUSTEE SEEKING INPUT CONCERNING LDFC ISSUANCE AND REPLY E-MAIL TO TRUSTEE SUGGESTING ISSUANCE. | | |
| EWL | 01/08/2025 | | | 0.18 | 0.18 | 450.00 | 81.00 |
| 01/08/2025 | EWL | 0.18 | 450.00 | $81.00 | E-MAIL TENDER TO TRUSTEE OF FILES FROM BEN AND FOLLOW-UP E-MAIL TO BEN ACKNOWLEDGING EFFORT. | | |
| EWL | 01/08/2025 | | | 0.08 | 0.08 | 450.00 | 36.00 |
| 01/08/2025 | EWL | 0.08 | 450.00 | $36.00 | ATTENTION TO LDFC AND CALENDARED DATE. | | |
| EWL | 01/14/2025 | | | 0.18 | 0.18 | 450.00 | 81.00 |
| 01/14/2025 | EWL | 0.18 | 450.00 | $81.00 | RECEIPT OF FEE MOTION FROM BEN AND CALCULATED AND CALENDARED OBJECTION BAR DATE AND E-MAIL TO TRUSTEE SUGGESTING NO OBJECTION. | | |
| EWL | 01/14/2025 | | | 0.28 | 0.28 | 450.00 | 126.00 |
| 01/14/2025 | EWL | 0.28 | 450.00 | $126.00 | RECEIPT OF FOLLOW-UP E-MAIL FROM TRUSTEE SEEKING REPORT OF EXTENT OF BEN'S PREVIOUS WORK, AND BRIEF FILE ATTENTION AND REPLY E-MAIL TO TRUSTEE CONCERNING STATUS, AND AGAIN SUGGESTING NON-FILING OF ANY OBJECTION, AND RECEIPT OF REPLY E-MAIL FROM TRUSTEE AND CONTINUING EXCHANGES. | | |

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 01/16/2025 | EWL | 0.08 | 450.00 | $36.00 | FOLLOW-UP E-MAIL TO ATTORNEY JUDITH CONCERNING CASE STATUS AND AGAIN REQUESTING FILE AND INFORMATION MATERIALS. |
| 01/16/2025 | EWL | 0.20 | 450.00 | $90.00 | CONTINUING ATTENTION TO AND PREPARED SECOND DRAFT OF APPLICATION TO EMPLOY AND E-MAIL TENDER TO TRUSTEE SEEKING TENDER TO U.S. TRUSTEE. (NO CHARGE) |
| 01/17/2025 | EWL | 0.10 | 450.00 | $45.00 | RECEIPT OF FILED APPLICATION TO EMPLOY. (NO CHARGE) |
| 01/17/2025 | EWL | 0.20 | 450.00 | $90.00 | RECEIPT OF VOICEMAIL FROM ATTORNEY JUDITH CONCERNING DOCUMENT AND INFORMATION TENDER AND REPLY E-MAIL ACKNOWLEDGING PROMISE TO SHARE INFORMATION AND DOCUMENTS, AND ALSO FOLLOW-UP E-MAIL REPORT TO TRUSTEE. |
| 01/20/2025 | EWL | 0.18 | 450.00 | $81.00 | RECEIPT OF E-MAIL FROM ATTORNEY JUDITH WITH COVER LETTER AND OTHER MATERIALS AND REPLY E-MAIL ACKNOWLEDGING TENDER. |
| 01/20/2025 | EWL | 0.48 | 450.00 | $216.00 | RECEIPT OF OBJECTION FROM JUDITH AGAINST BEN FEE APPLICATION AND PRELIMINARY REVIEW AND STRATEGY FORMULATION CONCERNING LACK OF STANDING ON THE PART OF DEBTORS AND REFERENCE TO JUDGE KILBURG OPINION IN GANNON CENTER, AND E-MAIL TO AND CONTINUING EXCHANGES WITH BEN SUGGESTING RESPONSE AND RECEIPT OF REPLY FROM BEN. |
| 01/23/2025 | EWL | 0.18 | 450.00 | $81.00 | RECEIPT OF BEN MOTION TO STRIKE OBJECTION FROM DEBTORS TO BEN FEE AND PRELIMINARY REVIEW. |
| 01/25/2025 | EWL | 1.57 | 450.00 | $706.50 | COMMENCEMENT OF PRELIMINARY REVIEW OF LETTER AND OTHER MATERIALS FROM ATTORNEY JUDITH, WITH PARTICULAR FOCUS ON REAL ESTATE DOCUMENTS AND SETTLEMENT AGREEMENT, WITH PARTICULAR FOCUS ON APPARENT INTEREST OF DEBTORS AND ESTATE AND APPARENT OFFER OF APPROXIMATELY $68,000 FROM DEBTORS (.72 HOURS); CONTINUING ATTENTION TO LETTER AND DRAFT MOTION AS WELL AS DRAFT PETITION FROM ATTORNEY |

| Invoice # | 0 | | | | | | Page 4 |
|---|---|---|---|---|---|---|---|
| | | | | | BEN (.42 HOURS); CONTINUING STRATEGY FORMULATION RE HOW TO PROCEED, AND CONCLUSION TO CONDUCT AUCTION SALE (.23 HOURS); E-MAIL REPORT TO TRUSTEE (.20 HOURS) | | |
| EWL | 01/26/2025 | | | 0.18 | 0.18 | 450.00 | 81.00 |
| 01/26/2025 | EWL | 0.18 | 450.00 | $81.00 | CONTINUING ATTENTION TO JANUARY 25 E-MAIL INSTRUCTION FROM TRUSTEE TO MAKE DEAL AND CONTINUING BRIEF STRATEGY FORMULATION. | | |
| EWL | 01/27/2025 | | | 0.18 | 0.18 | 450.00 | 81.00 |
| 01/27/2025 | EWL | 0.18 | 450.00 | $81.00 | CONTINUING ATTENTION TO LETTER FROM ATTORNEY JUDITH APPARENTLY OFFERING $68,000 AND FOLLOW-UP E-MAIL TO JUDITH SEEKING CONFIRMATION OF OFFER. | | |
| EWL | 01/27/2025 | | | 0.38 | 0.38 | 450.00 | 171.00 |
| 01/27/2025 | EWL | 0.38 | 450.00 | $171.00 | CONTINUING STRATEGY FORMULATION CONCERNING SALE AND APPARENT OFFER FROM DEBTORS OF $68,000, AND PREPARED PRELIMINARY SKELETAL VERSION OF MOTION TO ABANDON RIGHT OF FORECLOSURE TO DEBTORS IN EXCHANGE FOR CASH PAYMENT. | | |
| EWL | 01/27/2025 | | | 0.20 | 0.20 | 450.00 | 90.00 |
| 01/27/2025 | EWL | 0.20 | 450.00 | $90.00 | RECEIPT OF LETTER VIA E-MAIL FROM JUDITH CONCERNING STATUS OF $68,000 PROPOSAL AND PRELIMINARY REVIEW AND REPLY E-MAIL TO JUDITH EXPRESSING CLARIFICATION AND CONFIRMATION. | | |
| EWL | 01/29/2025 | | | 0.30 | 0.30 | 450.00 | 135.00 |
| 01/29/2025 | EWL | 0.30 | 450.00 | $135.00 | RECEIPT OF LETTER FROM DEBTORS ATTORNEY JUDITH OFFERING $68,000 AND REPLY E-MAIL ACKNOWLEDGING TENDER; CONTINUING BRIEF STRATEGY FORMULATION AND E-MAIL STATUS REPORT TO TRUSTEE, OUTLINING CHOICES AND SEEKING INSTRUCTION, INCLUDING POSSIBILITY OF AUCTION OR COUNTER PROPOSAL. | | |
| EWL | 01/29/2025 | | | 0.13 | 0.13 | 450.00 | 58.50 |
| 01/29/2025 | EWL | 0.13 | 450.00 | $58.50 | RECEIPT OF E-MAIL FROM TRUSTEE WITH INSTRUCTION AUTHORIZING SALE AND SETTLEMENT TO DEBTOR AND REPLY E-MAIL ACKNOWLEDGING INSTRUCTION AND FORECASTING FOLLOW-UP. | | |
| EWL | 01/30/2025 | | | 0.08 | 0.08 | 450.00 | 36.00 |
| 01/30/2025 | EWL | 0.08 | 450.00 | $36.00 | RECEIPT OF E-MAIL FROM TRUSTEE TO ATTORNEY JUDITH SEEKING TAX BASIS FOR ASSET. | | |
| EWL | 02/01/2025 | | | 0.10 | 0.10 | 450.00 | 45.00 |
| 02/01/2025 | EWL | 0.10 | 450.00 | $45.00 | RECEIPT OF DEBTOR APPLICATION TO EXCUSE ATTENDANCE AT EDUCATIONAL COURSES. | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| EWL | 02/05/2025 | | | | 0.18 | 0.18 | 450.00 | 81.00 |

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 02/05/2025 | EWL | 0.18 | 450.00 | $81.00 | RECEIPT OF CLERK NOTICE OF HEARING CONCERNING DEBTOR AND ATTORNEY JUDITH AGAINST BEN FEE APPLICATION AND CALENDARED TIME AND DATE OF HEARING AND E-MAIL TO TRUSTEE CONCERNING STATUS. |
| EWL | 02/10/2025 | | | 0.28 | 0.28 | 450.00 | 126.00 |
| 02/10/2025 | EWL | 0.28 | 450.00 | $126.00 | CONTINUING ATTENTION TO INITIAL DRAFT OF MOTION TO SELL AND SETTLE FORECLOSURE RIGHT FOR $68,000, AND WORKED ON AND PRODUCED HOPEFULLY FINAL VERSION OF MOTION, AND E-MAIL TENDER TO DEBTORS' ATTORNEY JUDITH SEEKING OKAY, AND FORECAST FILING. |
| EWL | 02/11/2025 | | | 0.10 | 0.10 | 450.00 | 45.00 |
| 02/11/2025 | EWL | 0.10 | 450.00 | $45.00 | RECEIPT OF E-MAIL FROM DEBTOR ATTORNEY JUDITH LEGAL ASSISTANT AGREEING TO FORMAT OF MOTION TO SELL, AND ALSO REPORTING MONEY AVAILABILITY. |
| EWL | 02/11/2025 | | | 0.28 | 0.28 | 450.00 | 126.00 |
| 02/11/2025 | EWL | 0.28 | 450.00 | $126.00 | CONTINUING ATTENTION TO AND PRODUCED SECOND AND HOPEFULLY FINAL VERSION OF MOTION TO SELL AS WELL AS ACCOMPANYING NOTICE, AND MEMO TO FILE COORDINATING FILING AND NOTICE. |
| EWL | 02/14/2025 | | | 0.10 | 0.10 | 450.00 | 45.00 |
| 02/14/2025 | EWL | 0.10 | 450.00 | $45.00 | ATTENTION TO FILE-STAMPED VERSION OF MOTION TO SELL AND CALCULATED AND CALENDARED OBJECTION BAR DATE. |
| EWL | 02/19/2025 | | | 0.38 | 0.38 | 450.00 | 171.00 |
| 02/19/2025 | EWL | 0.38 | 450.00 | $171.00 | RECEIPT OF E-MAIL INQUIRY FROM ATTORNEY FOR PEOPLES BANK CONCERNING SALE AND POSSIBILITY OF OBJECTION TO INCLUDE COUNTER OFFER AND NEED FOR FURTHER INFORMATION AND E-MAIL REPORT TO TRUSTEE AND CONTINUING FILE ATTENTION RELATIVE TO HISTORICAL INFORMATION FROM DEBTOR ATTORNEY JUDITH, AND CONTINUING FOLLOW-UP E-MAIL TRAFFIC WITH BANK ATTORNEY, INVITING COUNTER. |
| EWL | 02/21/2025 | | | 0.18 | 0.18 | 450.00 | 81.00 |
| 02/21/2025 | EWL | 0.18 | 450.00 | $81.00 | RECEIPT OF E-MAIL INQUIRY FROM U.S. TRUSTEE CONCERNING BEN FEE REQUEST AND REPLY E-MAIL TO JANET REPORTING CASE POSTURE AND BEN CONTRIBUTION. |
| EWL | 02/21/2025 | | | 0.17 | 0.17 | 0.00 | 0.00 |
| 02/21/2025 | EWL | 0.17 | 0.00 | $0.00 | RECEIPT OF E-MAIL MESSAGES FROM TRUSTEE AND U.S. TRUSTEE CONCERNING HEARING RELATIVE TO |

Invoice #  0                                                                                           Page  6

| | | | | | | OBJECTION FROM DEBTOR ATTORNEY JUDITH AGAINST BEN FEE. (NO CHARGE) |
|---|---|---|---|---|---|---|
| EWL | 02/24/2025 | | | 0.10 | 0.10 | 450.00 | 45.00 |
| 02/24/2025 | EWL | 0.10 | 450.00 | $45.00 | RECEIPT OF ORDER CONCERNING BEN FEE AND PRELIMINARY REVIEW AND E-MAIL TO BEN CONCERNING CASE POSTURE PENDING SALE AND NEED TO EVENTUALLY FOLLOW-UP WITH RENEE TO RECEIVE PAYMENT. |
| EWL | 02/24/2025 | | | 0.10 | 0.10 | 450.00 | 45.00 |
| 02/24/2025 | EWL | 0.10 | 450.00 | $45.00 | RECEIPT OF E-MAIL TRAFFIC FROM TRUSTEE TO BEN CONCERNING FEE ORDER AND POTENTIAL NEED TO FIX DOCKETING ERROR. |
| EWL | 02/24/2025 | | | 0.10 | 0.10 | 450.00 | 45.00 |
| 02/24/2025 | EWL | 0.10 | 450.00 | $45.00 | RECEIPT OF E-MAIL FROM BEN WITH COPY OF REVISED ORDER CONCERNING FEE ALLOWANCE, SPECIFYING DOLLAR AMOUNTS, AND PRELIMINARY REVIEW AND REPLY E-MAIL TO BEN. |
| EWL | 02/26/2025 | | | 0.23 | 0.23 | 450.00 | 103.50 |
| 02/26/2025 | EWL | 0.23 | 450.00 | $103.50 | RECEIPT OF SCHEDULE AND SOFA AMENDMENTS FROM DEBTORS AND PRELIMINARY REVIEW AND E-MAIL TRAFFIC TO ATTORNEY JUDITH SEEKING CONFIRMATION OF SCOPE AND EXTENT OF AMENDMENT. |
| EWL | 03/10/2025 | | | 0.18 | 0.18 | 450.00 | 81.00 |
| 03/10/2025 | EWL | 0.18 | 450.00 | $81.00 | CONTINUING ATTENTION TO WEB DOCKET TO MAKE SURE OF NO OBJECTION AGAINST TRUSTEE MOTION TO SELL; PREPARED PRELIMINARY DRAFT OF ORDER. |
| EWL | 03/10/2025 | | | 0.13 | 0.13 | 450.00 | 58.50 |
| 03/10/2025 | EWL | 0.13 | 450.00 | $58.50 | FINALIZED ORDER CONCERNING SALE MOTION AND MEMO TO FILE COORDINATING TENDER TO CLERK. |
| EWL | 03/10/2025 | | | 0.10 | 0.10 | 450.00 | 45.00 |
| 03/10/2025 | EWL | 0.10 | 450.00 | $45.00 | FOLLOW-UP E-MAIL TO ATTORNEY JUDITH SEEKING SALE PROCEEDS MONEY TENDER TO TRUSTEE. |
| EWL | 03/10/2025 | | | 0.08 | 0.08 | 450.00 | 36.00 |
| 03/10/2025 | EWL | 0.08 | 450.00 | $36.00 | RECEIPT OF ORDER APPROVING SALE. |
| EWL | 03/18/2025 | | | 0.10 | 0.10 | 450.00 | 45.00 |
| 03/18/2025 | EWL | 0.10 | 450.00 | $45.00 | FOLLOW-UP E-MAIL TO ATTORNEY FOR DEBTOR SEEKING SALE MONEY TENDER PAYMENT TO TRUSTEE AND CALENDARED FOLLOW-UP. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| EWL | 03/19/2025 | | | 0.18 | 0.18 | 450.00 | 81.00 |
| 03/19/2025 | EWL | 0.18 | 450.00 | $81.00 | RECEIPT OF E-MAIL FROM DEBTOR ATTORNEY PARALEGAL WITH LETTER FROM DEBTOR ATTORNEY AS WELL AS CHECK PAYABLE TO TRUSTEE, AND E-MAIL TENDER TO TRUSTEE AND REPORTED CASE STATUS AND ESTATE POSTURE. | | |
| EWL | 04/28/2025 | | | 0.25 | 0.25 | 0.00 | 0.00 |
| 04/28/2025 | EWL | 0.25 | 0.00 | $0.00 | RECEIPT OF E-MAIL FROM TRUSTEE CONCERNING $35 SETTLEMENT PAYMENT SHORTFALL AND ATTENTION TO FILE RE DOLLAR NUMBER LISTED ON SETTLEMENT MOTION AND REPLY E-MAIL TO TRUSTEE SUGGESTING FOLLOW-UP. (NO CHARGE) | | |
| EWL | 05/21/2025 | | | 0.18 | 0.18 | 0.00 | 0.00 |
| 05/21/2025 | EWL | 0.18 | 0.00 | $0.00 | RECEIPT OF E-MAIL FROM BEN NIELSEN CONCERNING STATE COURT FORECLOSURE LAWSUIT AND REPLY E-MAIL REPORTING SALE AND CASE STATUS. (NO CHARGE) | | |
| EWL | 06/06/2025 | | | 0.68 | 0.68 | 450.00 | 306.00 |
| 06/06/2025 | EWL | 0.68 | 450.00 | $306.00 | RECEIPT OF E-MAIL FROM TRUSTEE INQUIRING ABOUT EXACT DOLLAR AMOUNT OF DEAL AND REFERRING TO LATE JANUARY LETTER FROM DEBTORS' ATTORNEY JUDITH, COMPARED TO SLIGHTLY DIFFERENT NUMBER ON EVENTUALLY FILED MOTION; EXTENSIVE ATTENTION TO AND DETAILED ANALYSIS OF CORRESPONDENCE FILE AND SUCCESSFUL LOCATION OF EVENTUAL MID-FEBRUARY E-MAIL TRAFFIC WITH ATTORNEY JUDITH WITH COPY OF DRAFT MOTION CONTAINING LARGER DOLLAR NUMBER AND RECEIPT OF E-MAIL FROM JUDITH AGREEING TO MOTION DRAFT; FOLLOW-UP E-MAIL REPLY TO TRUSTEE AND TENDERED HISTORICAL E-MAIL TRAFFIC. | | |
| EWL | 06/08/2025 | | | 0.10 | 0.10 | 450.00 | 45.00 |
| 06/08/2025 | EWL | 0.10 | 450.00 | $45.00 | ATTENTION TO E-MAIL FROM TRUSTEE TO ATTORNEY JUDITH SEEKING ADDITIONAL SUMS CONFIRMED BY CONSENT MOTION. | | |
| EWL | 06/09/2025 | | | 0.28 | 0.28 | 0.00 | 0.00 |
| 06/09/2025 | EWL | 0.28 | 0.00 | $0.00 | ATTENTION TO AND FOLLOW-UP E-MAIL REPORT TO TRUSTEE CONCERNING FEE ACCRUAL THROUGH MAY 31 AND E-MAIL EXCHANGES CONCERNING FEE INVOICE SUBMISSION AND TFR FILING TIMELINE. (NO CHARGE) | | |
| EWL | 06/17/2025 | | | 0.18 | 0.18 | 450.00 | 81.00 |
| 06/17/2025 | EWL | 0.18 | 450.00 | $81.00 | RECEIPT OF E-MAIL TRAFFIC FROM TRUSTEE TO ATTORNEY JUDITH AGAIN SEEKING FULL PAYMENT OF DEAL AND REFERENCE TO JUNE 10 LETTER FROM JUDITH AND REPLY E-MAIL TO TRUSTEE SUGGESTING STRATEGY. | | |

Invoice # 0 | Page 8

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| EWL | 07/03/2025 | | | 0.10 | 0.10 | 0.00 | 0.00 |
| 07/03/2025 | EWL | 0.10 | 0.00 | $0.00 | RECEIPT OF E-MAIL FROM TRUSTEE AND REPLY E-MAIL TO TRUSTEE CONCERNING JUDITH PAYMENT OF MISSING MONEY. (NO CHARGE) | | |
| EWL | 07/09/2025 | | | 0.08 | 0.08 | 0.00 | 0.00 |
| 07/09/2025 | EWL | 0.08 | 0.00 | $0.00 | RECEIPT OF E-MAIL REPORT FROM TRUSTEE OF JUDITH EVENTUAL TENDER OF FULL SETTLEMENT MONEY. (NO CHARGE) | | |
| | | | | | | | $4,887.00 |

SUMMARY OF HOURS
LAM, ERIC W.                    1.06 HOURS @     0.00          $0.00

PREPAID AND TRUST ACCOUNT SUMMARY
Trust account balance                    $0.00
** Trust account remaining balance is    $0.00
Prepaid account balance                  $0.00
* Prepaid cash remaining balance is      $0.00

| 499 | 11.92 | 11.92 | 409.98 | 4887.00 |
| | 11.92 | 11.92 | | 4887.00 |

BILLING SUMMARY
Total professional services                    $4,887.00
                                              ----------------
Total of new charges for this invoice          $4,887.00
                                              ----------------
**Total balance now due**                      **$4,887.00**

**Online Payment Options**
**For your convenience we accept e-check payments and credit card payments.**
**Payments made via credit card will be subject to a 3% nonrefundable surcharge.**

**To pay online please visit: www.spmblaw.com/pay-invoice**