# Koch & Lipkea, PC

2750 First Ave NE, Suite 420
Cedar Rapids, IA 52402
kprcpalipkea@imonmail.com
Phone: (319)362-3856 | Fax: (319)362-8035

| Customer Name | Customer Information | |
|---|---|---|
| KIMBERLY HETTINGER BANKRUPTCY ESTATE<br>c/o RENEE K HANRAHAN<br>PO BOX 1088<br>Cedar Rapids, IA 52406-1088 | Invoice #: | |
| | Date: | July 08, 2025 |
| | Phone: | (319)533-7358 |
| | E-mail: | |

Your 2024 tax return was prepared by David L Koch.

**2024 Tax Preparation**
**Total Fee**                                                                                   600.00

**Total Balance Due**                                      600.00

Payment due upon receipt.  Thank you for your business!

# Koch & Lipkea, PC

2750 First Ave NE, Suite 420
Cedar Rapids, IA 52402
kprcpalipkea@imonmail.com
Phone: (319)362-3856  |  Fax: (319)362-8035

| Customer Name | Customer Information | |
|---|---|---|
| RODNEY HETTINGER BANKRUPTCY ESTATE<br>c/o RENEE K HANRAHAN<br>PO BOX 1088<br>Cedar Rapids, IA 52406-1088 | Invoice #: | |
| | Date: | July 08, 2025 |
| | Phone: | (319)533-7358 |
| | E-mail: | |

Your 2024 tax return was prepared by David L Koch.

**2024 Tax Preparation**
**Total Fee**                                                                    600.00

                                        **Total Balance Due**                    600.00

Payment due upon receipt.  Thank you for your business!