United States Bankruptcy Court

Northern District of Iowa

| | |
|---|---|
| In re: | Case No. 19-01165-TJC |
| Rodney L Hettinger | Chapter 7 |
| Kimberly K Hettinger | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Nov 24, 2025 | Form ID: pdf901 | Total Noticed: 74 |

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

+++   Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rodney L Hettinger, Kimberly K Hettinger, 34700 Saint Sebald Rd, Strawberry Point, IA 52076-8278 |
| aty | + | Cynthia A.M. Parker, Parker Corridor Law, PLLC, 2720 Granite Court NE, Cedar Rapids, IA 52402-3324 |
| aty | + | Eric W. Lam, 115 Third St. SE, Ste. 1200, Cedar Rapids, IA 52401-1222 |
| cr | + | AGCO Finance LLC, Goodman/Keller P.C., 1501 42nd St, Suite 300, West Des Moines, IA 50266 UNITED STATES 50266-1056 |
| cr | + | CNH Industrial Capital America LLC, 5729 Washington Avenue, Racine, WI 53406-4017 |
| cr | + | Cooperative Credit Company, 128 Third Street, N.W., P.O. Box 80, Sioux Center, IA 51250-0080 |
| cr | + | Farmers Savings Bank, P O Box 127, Colesburg, IA 52035-0127 |
| cr | + | First State Bank, Sumner, Iowa, PO Box 206, Sumner, IA 50674-0206 |
| cr | | South Central State Bank, PO Box 186, Campbell, NE 68932-0186 |
| cr | + | Vermeer Credit Corporation, 1210 Vermeer Road East, Pella, IA 50219-7660 |
| 2307136 | +++ | Bank of America, N.A., c/o SouthLaw, P.C., 13160 Foster Suite 100, Overland Park, KS 66213-2848 |
| 2260060 | + | CNH Industrial Capital, 5729 Washington Ave, Racine, WI 53406-4017 |
| 2255258 | +++ | CNH Industrial Capital America, LLC, c/o Miranda L. Hughes, 666 Grand Avenue, Suite 2000, Des Moines, IA 50309-2510 |
| 2254144 | | Capital One / Cabelas, PO Box 1330, Charlotte, NC 28201-1330 |
| 2254992 | +++ | Cooperative Credit Company, c/o Sander J. Morehead, 300 S. Phillips Avenue, Suite 300, P.O. Box 5027, Sioux Falls, SD 57117-5027 |
| 2262723 | + | Cooperative Credit Company, 128 3rd St NW, Sioux Center, IA 51250-1839 |
| 2254146 | + | Cooperative Credit Company, Sander J. Morehead, 300 South Phillips Avenue, Suite 300, Sioux Falls, SD 57104-6322 |
| 2254147 | + | Dean & Maureen Benda, 2946 Highway V18, Elberon, IA 52225-8783 |
| 2254150 | + | Dillon Law PC, 209 E 1st Street, Sumner, IA 50674-1655 |
| 2304473 | + | Farmers Savings Bank, c/o Patrick B. Dillon, 209 E. 1st Street, Sumner, Iowa 50674-1655 |
| 2258162 | +++ | Fidelity Bank & Trust, c/o Wesley B. Huisinga, P.O. Box 2107, Cedar Rapids, IA 52406-2107 |
| 2264869 | + | Fidelity Bank & Trust, Attn: Melissa Fedeler, 201 S. Frederick Avenue, Oelwein, IA 50662-2449 |
| 2254152 | + | Fidelity Bank & Trust, 208 2nd St. SE, Dyersville, IA 52040-1605 |
| 2254154 | + | First State Bank, PO Box 206, Sumner, IA 50674-0206 |
| 2254592 | +++ | First State Bank, c/o Patrick B. Dillon, 209 E 1st Street, Sumner, IA 50674-1655 |
| 2291988 | +++ | First State Bank, c/o Ms. Keith P. Duffy, 700 Walnut Street, Suite 1600, Des Moines, IA 50309-3899 |
| 2256083 | +++ | First State Bank, c/o Kristina M. Stanger, 700 Walnut Street, Suite 1600, Des Moines, IA 50309-3899 |
| 2254156 | | Linn Area Credit Union, 3015 Blairs Ferry Rd. NE, Cedar Rapids, IA 52402-1832 |
| 2254157 | + | Michael K. Kennedy, 12 East Main Street, P.O. Box 406, New Hampton, IA 50659-0406 |
| 2319366 | + | PSB Corporation, 414 N. Adams Street, PO Box 248, Wellsburg, Iowa 50680-0248 |
| 2254163 | + | STATE BANK OF NEW HAMPTON, 25 N Chestnut Ave, New Hampton, IA 50659-1336 |
| 2254160 | | Sander J Morehead, 300 South Phillips, Suite 300, Sioux City, IA 51104 |
| 2254162 | + | South Central State Bank, G. Mark Rice, 699 Walnut Street, Suite 2000, Des Moines, IA 50309-3948 |
| 2258418 | + | South Central State Bank, 673 Broad Street, PO Box 186, Campbell, NE 68932-0186 |
| 2254591 | +++ | South Central State Bank, c/o G. Mark Rice, Esq., 699 Walnut Street, Suite 2000, Des Moines, IA 50309-3948 |
| 2298126 | +++ | South Central State Bank, c/o Peter J. Chalik, 699 Walnut Street, Suite 2000, Des Moines, IA 50309-3948 |
| 2254169 | + | Whitefield & Eddy, 699 Walnut St, Suite 2000, Des Moines, IA 50309-4195 |

TOTAL: 37

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|

| District/off: 0862-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Nov 24, 2025 | Form ID: pdf901 | Total Noticed: 74 |

| ID | Method | Date | Recipient |
|---|---|---|---|
| tr | + Email/Text: bnielson@pughhagan.com | Nov 24 2025 21:15:00 | Benjamin Gregory Nielson, Chapter 7 Trustee, 425 E. Oakdale Blvd, Suite 201, Coralville, IA 52241-3404 |
| cr | + Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 24 2025 21:15:00 | CitizensBank N.A., One Citizens Bank Way, JCA115, Johnston, RI 02919-1922 |
| cr | + Email/Text: IDR.Bankruptcy@ag.iowa.gov | Nov 24 2025 21:15:00 | Iowa Department of Revenue, Office of the Attorney General of Iowa, Attn: Bankruptcy Unit, 1305 E. Walnut, Des Moines, IA 50319-0109 |
| cr | + Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Nov 24 2025 21:14:51 | Wells Fargo Financial Leasing, Inc., 800 Walnut Street, Des Moines, IA 50309-3891 |
| 2254140 | + Email/Text: BANKRUPTCYDSM@DELAGELANDEN.COM | Nov 24 2025 21:15:00 | AGCO Finance, 8001 Birchwood Ct, PO Box 2000, Johnston, IA 50131-0020 |
| 2257353 | + Email/Text: BANKRUPTCYDSM@DELAGELANDEN.COM | Nov 24 2025 21:15:00 | AGCO Finance LLC, PO Box 2000, Johnston, IA 50131-0020 |
| 2254141 | + Email/Text: creditcardbkcorrespondence@bofa.com | Nov 24 2025 21:15:00 | Bank of America, PO Box 45144, Jacksonville, FL 32232-5144 |
| 2254142 | + Email/Text: creditcardbkcorrespondence@bofa.com | Nov 24 2025 21:15:00 | Bank of America, Attn: Bankruptcy Dept., PO Box 982238, El Paso, TX 79998-2238 |
| 2255434 | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 24 2025 21:15:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 2254143 | + Email/Text: bk@blittandgaines.com | Nov 24 2025 21:15:00 | Blitt and Gaines, P.C., 661 Glenn Ave., Wheeling, IL 60090-6017 |
| 2257310 | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 24 2025 21:15:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, Rhode Island 02919 |
| 2254158 | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 24 2025 21:15:00 | RBS Citizens NA, 480 Jefferson Blvd, Warwick, RI 02886-1359 |
| 2254145 | + Email/Text: nafaxhrbk@cnhind.com | Nov 24 2025 21:15:00 | CNH Industrial Capital, LLC, PO Box 3600, Lancaster, PA 17604-3600 |
| 2254148 | Email/Text: litbkcourtmail@johndeere.com | Nov 24 2025 21:15:00 | Deere & Company, 6400 NW 86th St, PO Box 6600, Johnston, IA 50131 |
| 2254149 | Email/Text: litbkcourtmail@johndeere.com | Nov 24 2025 21:15:00 | Deere Credit, Inc., 6400 NW 86th St, Johnston IA 50131-0000 |
| 2254155 | Email/Text: collecadminbankruptcy@fnni.com | Nov 24 2025 21:15:00 | FNB Omaha, PO Box 3412, Omaha, NE 68197 |
| 2257824 | Email/Text: collecadminbankruptcy@fnni.com | Nov 24 2025 21:15:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 2254151 | + Email/Text: LoanOps@fsbmail.net | Nov 24 2025 21:15:00 | Farmers State Bank, 175 Center Point Rd, Hiawatha, IA 52233-1599 |
| 2256701 | + Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Nov 24 2025 21:15:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 2254153 | + Email/Text: collectionbankruptcies.bancorp@53.com | Nov 24 2025 21:15:00 | Fifth Third Bank, 5050 Kingsley Dr, M/D 1MOCOP, Cincinnati, OH 45227-1115 |
| 2290908 | + Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Nov 24 2025 21:15:00 | Fifth Third Bank, N.A., PO Box 9013, Addison, Texas 75001-9013 |
| 2257192 | + Email/Text: BKRMailOps@weltman.com | Nov 24 2025 21:15:00 | John Deere Financial, c/o Weltman, Weinberg and Reis Co., LPA, P O Box 93784, Cleveland, OH 44101-5784 |
| 2256876 | + Email/Text: BKRMailOps@weltman.com | Nov 24 2025 21:15:00 | John Deere Financial, c/o Weltman, Weinberg and Reis Co., LPA, 965 Keynote Circle, Brooklyn Hts., OH 44131-1829 |
| 2254457 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 24 2025 21:14:39 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

Case 19-01165   Doc 329   Filed 11/26/25   Entered 11/26/25 23:46:45   Desc Imaged
Certificate of Notice   Page 3 of 11

| District/off: 0862-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Nov 24, 2025 | Form ID: pdf901 | Total Noticed: 74 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 2254159 | + | Email/Text: newbk@Regions.com | Nov 24 2025 21:15:00 | Regions Bank DBA AMSouth, PO Box 11007, Birmingham, AL 35288-0001 |
| 2309947 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 24 2025 21:12:35 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 2270420 | | Email/Text: Bankruptcy@stearnsbank.com | Nov 24 2025 21:15:00 | Hannah Gilbert, Stearns Bank National Association, 4140 Thielman Lane, St. Cloud, MN 56301 |
| 2254164 | | Email/Text: Bankruptcy@stearnsbank.com | Nov 24 2025 21:15:00 | Stearns Bank, 4191 2nd St South, Saint Cloud, MN 56301 |
| 2254165 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 24 2025 21:25:00 | SYNCB/Sam's, Attn: Bankruptcy Dept., PO Box 965005, Orlando, FL 32896-5005 |
| 2254161 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 24 2025 21:14:02 | Sears/CBNA, Attn: Bankruptcy Dept., PO Box 6282, Sioux Falls, SD 57117-6282 |
| 2254593 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 24 2025 21:13:50 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 2257382 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 24 2025 21:15:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 2257967 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 24 2025 21:15:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 2254166 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 24 2025 21:15:00 | US Bank, PO Box 108, Saint Louis, MO 63166 |
| 2254167 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Nov 24 2025 21:25:26 | Wells Fargo - Corporate Offices, 420 Montgomery Street, San Francisco, CA 94104-1212 |
| 2254168 | + | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Nov 24 2025 21:25:23 | Wells Fargo Financial, 800 Walnut St, Des Moines, IA 50309-3891 |
| 2255567 | + | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Nov 24 2025 21:25:08 | Wells Fargo Financial Leasing, Inc., 800 Walnut Street, MAC F0005-055, Des Moines, IA 50309-3605 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 2304474 | | hkjhu |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *P++ | STEARNS BANK NATIONAL ASSOCIATION, ATTN LEGAL DEPARTMENT, 4191 2ND STREET SOUTH, ST CLOUD MN 56301-3761, address filed with court:, Hannah Gilbert, Stearns Bank National Association, 4140 Thielman Lane, St. Cloud, MN 56301 |
| 2256702 | *+ | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| | | |
|---|---|---|
| District/off: 0862-2 | User: admin | Page 4 of 5 |
| Date Rcvd: Nov 24, 2025 | Form ID: pdf901 | Total Noticed: 74 |

the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 26, 2025          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Gregory Nielson | bnielson@pughhagan.com khemann@pughhagan.com;bnielson2@ecf.axosfs.com |
| Eric J. Langston | on behalf of Plaintiff Sheryl L. Schnittjer Chapter 7 Trustee elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |
| Eric W. Lam | on behalf of Trustee Renee K. Hanrahan ELam@simmonsperrine.com kcarmichael@SPMBLAW.com |
| Eric W. Lam | on behalf of Plaintiff Sheryl L. Schnittjer Chapter 7 Trustee ELam@simmonsperrine.com, kcarmichael@SPMBLAW.com |
| Francis Wm. Henkels | on behalf of Joint Debtor Kimberly K Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com |
| Francis Wm. Henkels | on behalf of Defendant Rodney L Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com |
| Francis Wm. Henkels | on behalf of Defendant Kimberly K. Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com |
| Francis Wm. Henkels | on behalf of Defendant Rodney L. Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com |
| Francis Wm. Henkels | on behalf of Defendant Kimberly K Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com |
| Francis Wm. Henkels | on behalf of Debtor Rodney L Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com |
| G. Mark Rice | on behalf of Plaintiff South Central State Bank rice@whitfieldlaw.com zintz@whitfieldlaw.com |
| G. Mark Rice | on behalf of Creditor Wells Fargo Financial Leasing Inc. rice@whitfieldlaw.com, zintz@whitfieldlaw.com |
| G. Mark Rice | on behalf of Creditor South Central State Bank rice@whitfieldlaw.com zintz@whitfieldlaw.com |
| Janet G. Reasoner | on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov |
| Johannes (John) H. Moorlach | on behalf of Plaintiff South Central State Bank moorlach@whitfieldlaw.com DGioffredi@whitfieldlaw.com |
| Johannes (John) H. Moorlach | on behalf of Creditor South Central State Bank moorlach@whitfieldlaw.com DGioffredi@whitfieldlaw.com |
| Judith O'Donohoe | on behalf of Debtor Rodney L Hettinger charlescity@elwoodlawfirm.com danielleknecht@elwoodlawfirm.com |
| Judith O'Donohoe | on behalf of Joint Debtor Kimberly K Hettinger charlescity@elwoodlawfirm.com danielleknecht@elwoodlawfirm.com |
| Keith Patrick Duffy | on behalf of Creditor First State Bank Sumner, Iowa kpduffy@nyemaster.com, krenslow@nyemaster.com |
| Kristina M. Stanger | on behalf of Creditor PSB Corporation kmstanger@nyemaster.com mbbreckenridge@nyemaster.com |
| Kristina M. Stanger | |

| District/off: 0862-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Nov 24, 2025 | Form ID: pdf901 | Total Noticed: 74 |

| | |
|---|---|
| | on behalf of Creditor First State Bank  Sumner, Iowa kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com |
| Matthew E. Eck | |
| | on behalf of Creditor U.S. Bank National Association meck@lpdbhlaw.com |
| Miranda L. Hughes | |
| | on behalf of Creditor CNH Industrial Capital America LLC hughes@brownwinick.com tingle@brownwinick.com;michelle.messer@brownwinick.com |
| Miranda L. Hughes | |
| | on behalf of Creditor Vermeer Credit Corporation hughes@brownwinick.com tingle@brownwinick.com;michelle.messer@brownwinick.com |
| Patrick B. Dillon | |
| | on behalf of Creditor Farmers Savings Bank patdillon@dillonlawpc.com  6917@notices.nextchapterbk.com |
| Patrick B. Dillon | |
| | on behalf of Creditor First State Bank  Sumner, Iowa patdillon@dillonlawpc.com, 6917@notices.nextchapterbk.com |
| Peter Chalik | |
| | on behalf of Creditor South Central State Bank chalik@whitfieldlaw.com  irmiter@whitfieldlaw.com |
| Renee K. Hanrahan | |
| | rhanrahan@sharontc.net  rhanrahan@ecf.axosfs.com |
| Rodger Michael Turbak | |
| | on behalf of Creditor Fifth Third Bank rturbak@lewisricekc.com  vlbates@lewisricekc.com |
| Sander J. Morehead | |
| | on behalf of Creditor Cooperative Credit Company Sander.Morehead@woodsfuller.com  LeeAnn.LeBrun@woodsfuller.com |
| Steve Ginther | |
| | on behalf of Creditor Iowa Department of Revenue steve.ginther@ag.iowa.gov  idr.bankruptcy@ag.iowa.gov |
| Terry Gibson | |
| | on behalf of Defendant Dean A. Benda tgibson@wandrolaw.com  filings@wandrolaw.com |
| Terry Gibson | |
| | on behalf of Defendant Maureen T. Benda tgibson@wandrolaw.com  filings@wandrolaw.com |
| United States Trustee | |
| | USTPRegion12.CR.ECF@usdoj.gov |
| Wendee Noel Elliott-Clement | |
| | on behalf of Creditor Bank of America  N.A. iabkndecf@southlaw.com, ksbkecf@ecf.courtdrive.com |
| Wesley B. Huisinga | |
| | on behalf of Creditor Fidelity Bank & Trust wbh@shuttleworthlaw.com  beth@shuttleworthlaw.com |

TOTAL: 36

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF IOWA
DUBUQUE DIVISION

| | |
|---|---|
| In Re: § <br> § <br> Rodney L. Hettinger § <br> Kimberly K Hettinger § <br> § <br> Debtors § | Case No. 19-01165 |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RENEE K. HANRAHAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    111 Seventh Avenue SE, Box 15,    Cedar Rapids IA 52401    or

    Clerk's Office, United States Bankruptcy Court
    Federal Bldg, 320 6th Street, Sioux City IA 51101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/19/2025    By: /s/ Renee K. Hanrahan
                       Trustee

*Renee K. Hanrahan*
*P.O. Box 1088*
*Cedar Rapids, IA 52406-1088*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA
DUBUQUE DIVISION

In Re: §
§
Rodney L. Hettinger § Case No. 19-01165
Kimberly K Hettinger §
§
Debtors §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 374,285.00 |
| and approved disbursements of | $ | 308,567.34 |
| leaving a balance on hand of[1] | $ | 65,717.66 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Bank Of America, N.A. | $ 77,339.51 | $ 77,339.51 | $ 0.00 | $ 0.00 |
| 11 | Citizens Bank N.A. | $ 29,750.42 | $ 29,750.42 | $ 0.00 | $ 0.00 |
| 12 | Agco Finance Llc | $ 23,501.28 | $ 23,501.28 | $ 0.00 | $ 0.00 |
| 13 | Agco Finance Llc | $ 23,417.73 | $ 23,417.73 | $ 0.00 | $ 0.00 |
| 17 | U.S. Bank National Association | $ 20,870.11 | $ 20,870.11 | $ 0.00 | $ 0.00 |
| 2 | Wells Fargo Financial Leasing, Inc. | $ 41,339.11 | $ 41,339.11 | $ 0.00 | $ 0.00 |
| 26 | Cooperative Credit Company | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 27 | LINN AREA CREDIT UNION | $ 13,670.23 | $ 13,670.23 | $ 0.00 | $ 0.00 |
| 28 | Fidelity Bank & Trust | $ 343,804.70 | $ 343,804.70 | $ 0.00 | $ 0.00 |
| 29 | Stearns Bank | $ 43,633.00 | $ 43,633.00 | $ 0.00 | $ 0.00 |
| 30-A | PSB Corporation | $ 15,500.00 | $ 15,500.00 | $ 15,500.00 | $ 0.00 |
| 33 | Agco Finance Llc | $ 23,501.28 | $ 23,501.28 | $ 0.00 | $ 0.00 |
| 34 | Agco Finance Llc | $ 23,417.73 | $ 23,417.73 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors　　$ 0.00

Remaining Balance　　$ 65,717.66

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Renee Hanrahan | $ 3,414.25 | $ 0.00 | $ 3,414.25 |
| Trustee Expenses: Renee Hanrahan | $ 96.30 | $ 0.00 | $ 96.30 |
| Attorney for Trustee Fees: Benjamin G. Nielsen | $ 9,180.00 | $ 0.00 | $ 9,180.00 |
| Attorney for Trustee Expenses: Benjamin G. Nielsen | $ 175.00 | $ 0.00 | $ 175.00 |
| Accountant for Trustee Fees: CYNTHIA A. M. PARKER | $ 2,000.00 | $ 2,000.00 | $ 0.00 |
| Charges: U. S. BANKRUPTCY COURT CLERK | $ 350.00 | $ 350.00 | $ 0.00 |
| Other: David Koch | $ 1,200.00 | $ 0.00 | $ 1,200.00 |
| Other: ERIC W. LAM | $ 46,110.70 | $ 42,410.70 | $ 3,700.00 |
| Other: ERIC W. LAM | $ 15.22 | $ 15.22 | $ 0.00 |
| Other: INTERNATIONAL SURETIES LTD | $ 113.64 | $ 113.64 | $ 0.00 |
| Other: Iowa Department Of Revenue | $ 16,880.00 | $ 16,880.00 | $ 0.00 |
| Other: SHERYL L. SCHNITTJER | $ 18,550.00 | $ 18,550.00 | $ 0.00 |

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: SHERYL L. SCHNITTJER | $ 33.84 | $ 33.84 | $ 0.00 |
| Other: United States Treasury | $ 26,758.00 | $ 26,758.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses      $          17,765.55

Remaining Balance      $          47,952.11


Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,530,650.31 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Fifth Third Bank | $ 3,932.19 | $ 477.35 | $ 123.18 |
| 4 | Fifth Third Bank, N.A. | $ 9,156.28 | $ 1,111.52 | $ 286.85 |
| 5 | John Deere Financial | $ 29,956.70 | $ 3,636.58 | $ 938.48 |
| 6 | John Deere Financial | $ 37,977.29 | $ 4,610.24 | $ 1,189.75 |
| 7 | John Deere Financial | $ 50,810.39 | $ 6,168.10 | $ 1,591.79 |
| 8 | John Deere Financial | $ 56,642.63 | $ 6,876.11 | $ 1,774.49 |
| 9 | John Deere Financial | $ 79,246.03 | $ 9,620.04 | $ 2,482.61 |

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | John Deere Financial | $ 52,978.05 | $ 6,431.24 | $ 1,659.70 |
| 14 | U.S. Bank National Association | $ 18,963.72 | $ 2,302.09 | $ 594.10 |
| 15 | First National Bank Of Omaha | $ 1,379.76 | $ 167.50 | $ 43.22 |
| 16 | First National Bank Of Omaha | $ 15,461.33 | $ 1,876.92 | $ 484.37 |
| 18 | South Central State Bank | $ 37,971.15 | $ 4,609.49 | $ 1,189.56 |
| 19 | CNH Industrial Capital, LLC | $ 44,183.31 | $ 5,363.61 | $ 1,384.17 |
| 20 | CNH Industrial Capital, LLC | $ 53,536.23 | $ 6,499.01 | $ 1,677.18 |
| 21 | CNH Industrial Capital, LLC | $ 43,106.01 | $ 5,232.83 | $ 1,350.43 |
| 22 | CNH Industrial Capital, LLC | $ 19,125.26 | $ 2,321.70 | $ 599.16 |
| 23 | CNH Industrial Capital, LLC | $ 25,291.64 | $ 3,070.27 | $ 792.33 |
| 24 | CNH Industrial Capital, LLC | $ 96,933.27 | $ 11,767.17 | $ 3,036.72 |
| 25 | CNH Industrial Capital, LLC | $ 20,053.80 | $ 2,434.42 | $ 628.25 |
| 30 | PSB Corporation | $ 384,500.00 | $ 46,676.20 | $ 12,045.59 |
| 31 | Farmers Savings Bank | $ 6,098.41 | $ 740.31 | $ 191.05 |
| 32 | Citizens Bank N.A. | $ 0.00 | $ 0.00 | $ 0.00 |
| 35 | Resurgent Receivables, Llc | $ 16,594.86 | $ 2,014.53 | $ 519.88 |
| 36 | PSB Corporation | $ 426,752.00 | $ 51,805.37 | $ 13,369.25 |

Total to be paid to timely general unsecured creditors     $     47,952.11

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (10/1/2010) *(Page: 5)*

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Renee K. Hanrahan
Trustee

*Renee K. Hanrahan*
*P.O. Box 1088*
*Cedar Rapids, IA  52406-1088*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 6)*