IA-4

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| Rodney L. Hettinger | ) | BANKRUPTCY CASE NO: |
| | ) | 19-01165 |
| Kimberly K Hettinger | ) | |
| Debtor(s). | ) | |

**ORDER APPROVING COMPENSATION AND EXPENSES
AND CLAIMS REPORT**

[x]   No timely objections being filed in response to the Notice to all creditors and other parties-in-interest with respect to the Trustee's Final Report, Requests for Compensation and Expenses and Claims Report; and no hearing being necessary; IT IS THEREFORE ORDERED that said Requests for Compensation and Expenses and Claims Report is approved.

[ ]   After Notice and Hearing on timely Objections filed, or upon the Court's own Motion, in response to the Notice of Trustee's Final Report Before Distribution, Requests for Allowances and Claims Report; the Court having heard said Objections, finds that said Objections should be sustained or denied as set forth by separate Order of this Court dated _____ and therefore the Trustee's Final Report, Requests and Report on Claims shall be approved as filed, except as modified in said separate Order.

IT IS FURTHER ORDERED that upon the issuance of the United States Trustee's Directive for Distribution, the trustee is authorized to make payments of the approved administrative expenses and to make distribution to creditors in the amounts listed in the Final Account Before Distribution, except as necessarily modified to comply with the Orders of this Court noted herein and Bankruptcy Rule 3010.

DATED AND ENTERED:
December 16, 2025

_____
UNITED STATES BANKRUPTCY JUDGE

Submitted by:
Renee K. Hanrahan, Trustee