United States Bankruptcy Court

Northern District of Iowa

| | |
|---|---|
| In re: | Case No. 19-01165-TJC |
| Rodney L Hettinger | Chapter 7 |
| Kimberly K Hettinger | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 16, 2025 | Form ID: pdf902 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Cynthia A.M. Parker, Parker Corridor Law, PLLC, 2720 Granite Court NE, Cedar Rapids, IA 52402-3324 |
| aty | + | Eric W. Lam, 115 Third St. SE, Ste. 1200, Cedar Rapids, IA 52401-1222 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: bnielson@pughhagan.com | Dec 16 2025 20:48:00 | Benjamin Gregory Nielson, Chapter 7 Trustee, 425 E. Oakdale Blvd, Suite 201, Coralville, IA 52241-3404 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 18, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Gregory Nielson | bnielson@pughhagan.com khemann@pughhagan.com;bnielson2@ecf.axosfs.com |
| Eric J. Langston | on behalf of Plaintiff Sheryl L. Schnittjer Chapter 7 Trustee elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |

Case 19-01165    Doc 331    Filed 12/18/25    Entered 12/18/25 23:44:12    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0862-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 16, 2025 | Form ID: pdf902 | Total Noticed: 3 |

Eric W. Lam
    on behalf of Trustee Renee K. Hanrahan ELam@simmonsperrine.com kcarmichael@SPMBLAW.com

Eric W. Lam
    on behalf of Plaintiff Sheryl L. Schnittjer Chapter 7 Trustee ELam@simmonsperrine.com, kcarmichael@SPMBLAW.com

Francis Wm. Henkels
    on behalf of Defendant Kimberly K Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com

Francis Wm. Henkels
    on behalf of Debtor Rodney L Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com

Francis Wm. Henkels
    on behalf of Joint Debtor Kimberly K Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com

Francis Wm. Henkels
    on behalf of Defendant Rodney L Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com

Francis Wm. Henkels
    on behalf of Defendant Kimberly K. Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com

Francis Wm. Henkels
    on behalf of Defendant Rodney L. Hettinger francishenkels@gmail.com margaret@henkelsbaker.com;r45649@notify.bestcase.com;teri@henkelsbaker.com

G. Mark Rice
    on behalf of Creditor South Central State Bank rice@whitfieldlaw.com zintz@whitfieldlaw.com

G. Mark Rice
    on behalf of Plaintiff South Central State Bank rice@whitfieldlaw.com zintz@whitfieldlaw.com

G. Mark Rice
    on behalf of Creditor Wells Fargo Financial Leasing Inc. rice@whitfieldlaw.com, zintz@whitfieldlaw.com

Janet G. Reasoner
    on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov

Johannes (John) H. Moorlach
    on behalf of Creditor South Central State Bank moorlach@whitfieldlaw.com DGioffredi@whitfieldlaw.com

Johannes (John) H. Moorlach
    on behalf of Plaintiff South Central State Bank moorlach@whitfieldlaw.com DGioffredi@whitfieldlaw.com

Judith O'Donohoe
    on behalf of Debtor Rodney L Hettinger charlescity@elwoodlawfirm.com dannielleknecht@elwoodlawfirm.com

Judith O'Donohoe
    on behalf of Joint Debtor Kimberly K Hettinger charlescity@elwoodlawfirm.com dannielleknecht@elwoodlawfirm.com

Keith Patrick Duffy
    on behalf of Creditor First State Bank Sumner, Iowa kpduffy@nyemaster.com, krenslow@nyemaster.com

Kristina M. Stanger
    on behalf of Creditor PSB Corporation kmstanger@nyemaster.com mbbreckenridge@nyemaster.com

Kristina M. Stanger
    on behalf of Creditor First State Bank Sumner, Iowa kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com

Matthew E. Eck
    on behalf of Creditor U.S. Bank National Association meck@lpdbhlaw.com

Miranda L. Hughes
    on behalf of Creditor Vermeer Credit Corporation hughes@brownwinick.com tingle@brownwinick.com;michelle.messer@brownwinick.com

Miranda L. Hughes
    on behalf of Creditor CNH Industrial Capital America LLC hughes@brownwinick.com tingle@brownwinick.com;michelle.messer@brownwinick.com

Patrick B. Dillon
    on behalf of Creditor Farmers Savings Bank patdillon@dillonlawpc.com 6917@notices.nextchapterbk.com

Patrick B. Dillon
    on behalf of Creditor First State Bank Sumner, Iowa patdillon@dillonlawpc.com, 6917@notices.nextchapterbk.com

Peter Chalik
    on behalf of Creditor South Central State Bank chalik@whitfieldlaw.com irmiter@whitfieldlaw.com

| | | |
|---|---|---|
| District/off: 0862-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 16, 2025 | Form ID: pdf902 | Total Noticed: 3 |

Renee K. Hanrahan
    rhanrahan@sharontc.net rhanrahan@ecf.axosfs.com

Rodger Michael Turbak
    on behalf of Creditor Fifth Third Bank rturbak@lewisricekc.com vlbates@lewisricekc.com

Sander J. Morehead
    on behalf of Creditor Cooperative Credit Company Sander.Morehead@woodsfuller.com LeeAnn.LeBrun@woodsfuller.com

Steve Ginther
    on behalf of Creditor Iowa Department of Revenue steve.ginther@ag.iowa.gov idr.bankruptcy@ag.iowa.gov

Terry Gibson
    on behalf of Defendant Dean A. Benda tgibson@wandrolaw.com filings@wandrolaw.com

Terry Gibson
    on behalf of Defendant Maureen T. Benda tgibson@wandrolaw.com filings@wandrolaw.com

United States Trustee
    USTPRegion12.CR.ECF@usdoj.gov

Wendee Noel Elliott-Clement
    on behalf of Creditor Bank of America N.A. iabkndecf@southlaw.com, ksbkecf@ecf.courtdrive.com

Wesley B. Huisinga
    on behalf of Creditor Fidelity Bank & Trust wbh@shuttleworthlaw.com beth@shuttleworthlaw.com

TOTAL: 36

IA-4

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
|     Rodney L. Hettinger | ) | BANKRUPTCY CASE NO: |
| | ) | 19-01165 |
| Kimberly K Hettinger | ) | |
| Debtor(s). | ) | |

**ORDER APPROVING COMPENSATION AND EXPENSES
AND CLAIMS REPORT**

[x]    No timely objections being filed in response to the Notice to all creditors and other parties-in-interest with respect to the Trustee's Final Report, Requests for Compensation and Expenses and Claims Report; and no hearing being necessary; IT IS THEREFORE ORDERED that said Requests for Compensation and Expenses and Claims Report is approved.

[ ]    After Notice and Hearing on timely Objections filed, or upon the Court's own Motion, in response to the Notice of Trustee's Final Report Before Distribution, Requests for Allowances and Claims Report; the Court having heard said Objections, finds that said Objections should be sustained or denied as set forth by separate Order of this Court dated _____ and therefore the Trustee's Final Report, Requests and Report on Claims shall be approved as filed, except as modified in said separate Order.

IT IS FURTHER ORDERED that upon the issuance of the United States Trustee's Directive for Distribution, the trustee is authorized to make payments of the approved administrative expenses and to make distribution to creditors in the amounts listed in the Final Account Before Distribution, except as necessarily modified to comply with the Orders of this Court noted herein and Bankruptcy Rule 3010.

DATED AND ENTERED:
December 16, 2025

_____
UNITED STATES BANKRUPTCY JUDGE

Submitted by:
Renee K. Hanrahan, Trustee