# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA
### DUBUQUE DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Rodney L. Hettinger | § | Case No. 19-01165 |
| Kimberly K Hettinger | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Renee K. Hanrahan, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 1,183,525.04
*(Without deducting any secured claims)*

Assets Exempt: 29,123.19

Total Distributions to Claimants: 249,264.71

Claims Discharged
Without Payment: 2,309,581.60

Total Expenses of Administration: 125,020.29

---

3) Total gross receipts of $374,285.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $374,285.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $569,756.00 | $679,745.10 | $679,745.10 | $15,500.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 126,207.29 | 125,020.29 | 125,020.29 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,313,811.00 | 1,546,150.31 | 1,530,650.31 | 233,764.71 |
| **TOTAL DISBURSEMENTS** | $1,883,567.00 | $2,352,102.70 | $2,335,415.70 | $374,285.00 |

4) This case was originally filed under chapter 12 on 08/26/2019, and it was converted to chapter 7 on 07/30/2020. The case was pending for 67 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/11/2026            By:/s/Renee K. Hanrahan
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Assignment of right to foreclose on Third Party Real Estate | 1110-000 | 68,285.00 |
| Bank Accounts | 1129-000 | 6,000.00 |
| RIGHT OF FIRST REFUSAL--CLAYTON COUNTY FARM | 1129-000 | 300,000.00 |
| TOTAL GROSS RECEIPTS | | $374,285.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First State Bank, PO Box 206 Sumner, IA 50674 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | Agco Finance Llc | 4210-000 | NA | 23,501.28 | 23,501.28 | 0.00 |
| 13 | Agco Finance Llc | 4210-000 | 44,000.00 | 23,417.73 | 23,417.73 | 0.00 |
| 33 | Agco Finance Llc | 4210-000 | NA | 23,501.28 | 23,501.28 | 0.00 |
| 34 | Agco Finance Llc | 4210-000 | NA | 23,417.73 | 23,417.73 | 0.00 |
| 1 | Bank Of America, N.A. | 4210-000 | 77,362.00 | 77,339.51 | 77,339.51 | 0.00 |
| 11 | Citizens Bank N.A. | 4210-000 | NA | 29,750.42 | 29,750.42 | 0.00 |
| 26 | Cooperative Credit Company | 4210-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 | Fidelity Bank & Trust | 4210-000 | 350,026.00 | 343,804.70 | 343,804.70 | 0.00 |
| 27 | LINN AREA CREDIT UNION | 4210-000 | 14,325.00 | 13,670.23 | 13,670.23 | 0.00 |
| 30-A | PSB Corporation | 4210-000 | NA | 15,500.00 | 15,500.00 | 15,500.00 |
| 29 | Stearns Bank | 4210-000 | 65,000.00 | 43,633.00 | 43,633.00 | 0.00 |
| 17 | U.S. Bank National Association | 4210-000 | 19,043.00 | 20,870.11 | 20,870.11 | 0.00 |
| 2 | Wells Fargo Financial Leasing, Inc. | 4210-000 | 0.00 | 41,339.11 | 41,339.11 | 0.00 |
| TOTAL SECURED CLAIMS | | | $569,756.00 | $679,745.10 | $679,745.10 | $15,500.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Renee Hanrahan | 2100-000 | NA | 3,414.25 | 3,414.25 | 3,414.25 |
| SHERYL L. SCHNITTJER | 2100-000 | NA | 18,550.00 | 18,550.00 | 18,550.00 |
| Renee Hanrahan | 2200-000 | NA | 96.30 | 96.30 | 96.30 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | 113.64 | 113.64 | 113.64 |
| Axos Bank | 2600-000 | NA | 143.34 | 143.34 | 143.34 |
| U. S. BANKRUPTCY COURT CLERK | 2700-000 | NA | 350.00 | 350.00 | 350.00 |
| United States Treasury | 2810-000 | NA | 26,758.00 | 26,758.00 | 26,758.00 |
| Iowa Department Of Revenue | 2820-000 | NA | 16,880.00 | 16,880.00 | 16,880.00 |
| SHERYL L. SCHNITTJER | 2990-000 | NA | 33.84 | 33.84 | 33.84 |
| Benjamin G. Nielsen | 3210-000 | NA | 9,180.00 | 9,180.00 | 9,180.00 |
| ERIC W. LAM | 3210-000 | NA | 47,297.70 | 46,110.70 | 46,110.70 |
| Benjamin G. Nielsen | 3220-000 | NA | 175.00 | 175.00 | 175.00 |
| ERIC W. LAM | 3220-000 | NA | 15.22 | 15.22 | 15.22 |
| CYNTHIA A. M. PARKER | 3410-000 | NA | 2,000.00 | 2,000.00 | 2,000.00 |
| David Koch | 3410-000 | NA | 1,200.00 | 1,200.00 | 1,200.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $126,207.29 | $125,020.29 | $125,020.29 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $NA | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America, Attn: Bankruptcy Dept. PO Box 982238 El Paso, TX 79998 | | 882.00 | NA | NA | 0.00 |
| | Capital One / Cabelas, PO Box 3021 Salt Lake City, UT 84130 | | 14,678.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CNH Industrial Capital, 5729 Washington Ave Racine, WI 53406 | | 33,719.00 | NA | NA | 0.00 |
| | CNH Industrial Capital, 5729 Washington Ave Racine, WI 53406 | | 387,903.00 | NA | NA | 0.00 |
| | CNH Industrial Capital, 5729 Washington Ave Racine, WI 53406 | | 41,886.00 | NA | NA | 0.00 |
| | CNH Industrial Capital, 5729 Washington Ave Racine, WI 53406 | | 57,119.00 | NA | NA | 0.00 |
| | CNH Industrial Capital, 5729 Washington Ave Racine, WI 53406 | | 118,456.00 | NA | NA | 0.00 |
| | CNH Industrial Capital, 5729 Washington Ave Racine, WI 53406 | | 152,487.00 | NA | NA | 0.00 |
| | CNH Industrial Capital, 5729 Washington Ave Racine, WI 53406 | | 170,103.00 | NA | NA | 0.00 |
| | STATE BANK OF NEW HAMPTON | | 20,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | SYNCB/Sam's, Attn: Bankruptcy Dept. PO Box 965005 Orlando, FL 32896 |  | 15,463.00 | NA | NA | 0.00 |
| 32 | Citizens Bank N.A. | 7100-000 | 3,840.00 | 0.00 | 0.00 | 0.00 |
| 19 | CNH Industrial Capital, LLC | 7100-000 | NA | 44,183.31 | 44,183.31 | 6,747.78 |
| 20 | CNH Industrial Capital, LLC | 7100-000 | NA | 53,536.23 | 53,536.23 | 8,176.19 |
| 21 | CNH Industrial Capital, LLC | 7100-000 | NA | 43,106.01 | 43,106.01 | 6,583.26 |
| 22 | CNH Industrial Capital, LLC | 7100-000 | NA | 19,125.26 | 19,125.26 | 2,920.86 |
| 23 | CNH Industrial Capital, LLC | 7100-000 | NA | 25,291.64 | 25,291.64 | 3,862.60 |
| 24 | CNH Industrial Capital, LLC | 7100-000 | NA | 96,933.27 | 96,933.27 | 14,803.89 |
| 25 | CNH Industrial Capital, LLC | 7100-000 | NA | 20,053.80 | 20,053.80 | 3,062.67 |
| 31 | Farmers Savings Bank | 7100-000 | 8,000.00 | 6,098.41 | 6,098.41 | 931.36 |
| 3 | Fifth Third Bank | 7100-000 | NA | 3,932.19 | 3,932.19 | 600.53 |
| 4 | Fifth Third Bank, N.A. | 7100-000 | NA | 9,156.28 | 9,156.28 | 1,398.37 |
| 15 | First National Bank Of Omaha | 7100-000 | 348.00 | 1,379.76 | 1,379.76 | 210.72 |
| 16 | First National Bank Of Omaha | 7100-000 | 14,596.00 | 15,461.33 | 15,461.33 | 2,361.29 |
| 10 | John Deere Financial | 7100-000 | NA | 52,978.05 | 52,978.05 | 8,090.94 |
| 5 | John Deere Financial | 7100-000 | NA | 29,956.70 | 29,956.70 | 4,575.06 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | John Deere Financial | 7100-000 | 34,079.00 | 37,977.29 | 37,977.29 | 5,799.99 |
| 7 | John Deere Financial | 7100-000 | NA | 50,810.39 | 50,810.39 | 7,759.89 |
| 8 | John Deere Financial | 7100-000 | NA | 56,642.63 | 56,642.63 | 8,650.60 |
| 9 | John Deere Financial | 7100-000 | 203,620.00 | 79,246.03 | 79,246.03 | 12,102.65 |
| 30 | PSB Corporation | 7100-000 | NA | 400,000.00 | 384,500.00 | 58,721.79 |
| 36 | PSB Corporation | 7100-000 | NA | 426,752.00 | 426,752.00 | 65,174.62 |
| 35 | Resurgent Receivables, Llc | 7100-000 | NA | 16,594.86 | 16,594.86 | 2,534.41 |
| 18 | South Central State Bank | 7100-000 | 36,632.00 | 37,971.15 | 37,971.15 | 5,799.05 |
| 14 | U.S. Bank National Association | 7100-000 | NA | 18,963.72 | 18,963.72 | 2,896.19 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $1,313,811.00 | $1,546,150.31 | $1,530,650.31 | $233,764.71 |

## FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

| | | |
|---|---|---|
| Case No: | 19-01165 TJC | Judge: Thad J. Collins |
| Case Name: | Rodney L. Hettinger | |
| | Kimberly K Hettinger | |
| For Period Ending: | 02/11/2026 | |

| | |
|---|---|
| Trustee Name: | Renee K. Hanrahan |
| Date Filed (f) or Converted (c): | 07/30/2020 (c) |
| 341(a) Meeting Date: | 08/31/2020 |
| Claims Bar Date: | 04/10/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Cat 765B Tractor | 35,000.00 | 35,000.00 | | 0.00 | FA |
| 2.  2012 Eby Short Flatbed Trailer | 3,500.00 | 3,500.00 | | 0.00 | FA |
| 3.  Case Ih 2208 Corn Head | 7,000.00 | 7,000.00 | | 0.00 | FA |
| 4.  Dmi 730 Chisel Plow | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 5.  Cat 765 Tractor | 30,000.00 | 30,000.00 | | 0.00 | FA |
| 6.  Bank Accounts | 1,454.27 | 4,545.73 | | 6,000.00 | FA |
| 7.  RIGHT OF FIRST REFUSAL--CLAYTON COUNTY FARM | Unknown | 284,500.00 | | 300,000.00 | FA |
| 8.  CROP INSURANCE PROCEEDS          (u) | 0.00 | 0.00 | | 0.00 | FA |
| 9.  AG DWELLING | 72,495.00 | 0.00 | | 0.00 | FA |
| 10.  REAL ESTATE | 20,341.00 | 0.00 | | 0.00 | FA |
| 11.  REAL ESTATE | 153,169.00 | 0.00 | | 0.00 | FA |
| 12.  REAL ESTATE. | 359,759.00 | 9,733.00 | | 0.00 | FA |
| 13.  Automobiles | 33,695.00 | 0.00 | | 0.00 | FA |
| 14.  AUTOMOBILE | 31,267.00 | 0.00 | | 0.00 | FA |
| 15.  AUTOMOBILE | 36,414.00 | 0.00 | | 0.00 | FA |
| 16.  AUTOMOBILE | 17,001.00 | 17,001.00 | | 0.00 | FA |
| 17.  AUTOMOBILE | 25,568.00 | 0.00 | | 0.00 | FA |
| 18.  AUTOMOBILE | 2,000.00 | 0.00 | | 0.00 | FA |
| 19.  2018 KEYSTONE RAPTOR | 71,700.00 | 0.00 | | 0.00 | FA |
| 20.  HOUSEHOLD GOODS | 3,000.00 | 0.00 | | 0.00 | FA |
| 21.  TV'S COMPUTERS | 500.00 | 0.00 | | 0.00 | FA |
| 22.  MISC WALLHANGINGS | 200.00 | 0.00 | | 0.00 | FA |
| 23.  FIREARMS AND HOBBY EQUIPMENT | 1,385.00 | 0.00 | | 0.00 | FA |
| 24.  WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA |

Exhibit 8

## FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 19-01165 | TJC | Judge: | Thad J. Collins | Trustee Name: | Renee K. Hanrahan |
|---|---|---|---|---|---|---|
| Case Name: | Rodney L. Hettinger | | | | Date Filed (f) or Converted (c): | 07/30/2020 (c) |
| | Kimberly K Hettinger | | | | 341(a) Meeting Date: | 08/31/2020 |
| For Period Ending: | 02/11/2026 | | | | Claims Bar Date: | 04/10/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 25.  WEDDING RINGS/JEWELRY | 500.00 | 0.00 | | 0.00 | FA |
| 26.  2 DOGS/SENITMENTAL VALUE ONLY | 0.00 | 0.00 | | 0.00 | FA |
| 27.  Bank Accounts | 0.00 | 0.00 | | 0.00 | FA |
| 28.  Bank Accounts | 725.69 | 0.00 | | 0.00 | FA |
| 29.  Bank Accounts | 0.00 | 0.00 | | 0.00 | FA |
| 30.  R & K TRACTORS LLC | 0.00 | 0.00 | | 0.00 | FA |
| 31.  PENSION / PROFIT SHARING | 0.00 | 0.00 | | 0.00 | FA |
| 32.  LIFE INSURANCE | 15,320.00 | 0.00 | | 0.00 | FA |
| 33.  1% OF 380 ACRES CORN | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 34.  7 ACRES SOYBEAN CROP | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 35.  2018 MAC DON FD140 BEAN HEAD SIN: 312017 | 75,000.00 | 38,368.00 | | 0.00 | FA |
| 36.  SUNFLOWER FIELD CULTIVATOR 5056-45 | 45,000.00 | 1,000.00 | | 0.00 | FA |
| 37.  2016 BRENT 1396 GRAIN CART SN: B33780135 | 65,000.00 | 0.00 | | 0.00 | FA |
| 38.  2018 VERMEER 605N BALER S/N 1 VRM16148J1007034 | 45,000.00 | 11,114.51 | | 0.00 | FA |
| 39.  2016 CASE TR 340 SKID STEER S/N NFM413197 | 50,000.00 | 50,000.00 | | 0.00 | FA |
| 40.  Assignment of right to foreclose on Third Party Real Estate | 68,250.00 | 68,250.00 | | 68,285.00 | FA |
| 41.  Bank Accounts | 1,454.27 | 0.00 | | 0.00 | FA |
| 42.  Farm lease and right of first refusal &Memorandum of Option to Purchase with Benda | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $1,280,898.23          $569,012.24          $374,285.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing on sale, and other action:

Case reopened to administer undisclosed asset

Exhibit 8

Page: 4

Exhibit 8

| RE PROP # | 9 | -- | 36654 BELGIAN RD.<br>STRAWBERRY POINT, IA |
|---|---|---|---|
| RE PROP # | 10 | -- | 3.23 A<br>36654 BELGIAN RD<br>STRAWBERRY POINT, IA |
| RE PROP # | 11 | -- | ACORN RD<br>STRAWBERRY POINT, IA<br>84 ACRES |
| RE PROP # | 12 | -- | 40.67 ACRES<br>34700 ST. SEBALD RD.<br>STRAWBERRY POINT, IA 52076 |
| RE PROP # | 13 | -- | 2018 F-150 |
| RE PROP # | 14 | -- | 2019 GMC SIERRA |
| RE PROP # | 15 | -- | 2019 BUICK ENCLAVE |
| RE PROP # | 16 | -- | 2016 FORD EDGE |
| RE PROP # | 17 | -- | 2014 FORD MUSTANGE |
| RE PROP # | 18 | -- | 1999 INTERNATIONAL DUMP TRUCK |
| RE PROP # | 23 | -- | REMINGTON MODEL 742; $200<br>SAVAGE MODEL 11, $200<br>BENELI NOVA 12 G: $150<br>MOSSBERG MODEL 500: $150<br>STEVENS MODEL 87A: $60<br>REMINGTON MODEL 552: $100<br>SQUIRES BINHAM MODEL 20: $25<br>OPTIMA MUZZLE LOADER: $100<br>TAURUS MODEL JUDGE: $200<br>KARR MODEL 210: $200 |
| RE PROP # | 27 | -- | FARMERS SAVINGS BANK (FROZEN) |
| RE PROP # | 28 | -- | FIDELITY<br>2 CHECKING ACCOUNTS |
| RE PROP # | 29 | -- | FIRST STATE BANK |
| RE PROP # | 30 | -- | 100% OWNERSHIP |
| RE PROP # | 31 | -- | 401 K<br>IPERS |
| RE PROP # | 32 | -- | FARM BUREAU  #040001424537 :  $4,330.00<br>FARM BUREAU #040001412441  :  $10,990.00<br>FARM BUREAU --TERM #040001471805<br>FARM BUREAU --TERM #040001512372<br>FARM BUREAU -- TERM #04000152373 |
| RE PROP # | 35 | -- | 2018 AG SERVICE AGHEAVY 40' TRAILER SIN: BA508 |
| RE PROP # | 40 | -- | previously unscheduled purported assignment of right to foreclose on real estate; added<br>to Amended Sch 02.26.25 [315]. Sale Motion 02.14.25 [dkt 310] |
| RE PROP # | 41 | -- | Citizens State Bank |

Initial Projected Date of Final Report (TFR): 08/15/2025       Current Projected Date of Final Report (TFR): 10/31/2025

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 19-01165 | Trustee Name: Renee K. Hanrahan |
| Case Name: Rodney L. Hettinger | Bank Name: Axos Bank |
| Kimberly K Hettinger | Account Number/CD#: XXXXXX0668 |
| | Checking |
| Taxpayer ID No: XX-XXX7403 | Blanket Bond (per case limit): $23,400,000.00 |
| For Period Ending: 02/11/2026 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/03/25 | 40 | Bryan Lee Hettinger | NON-EXEMPT ASSETS sale of non-exempt asset | 1110-000 | $68,250.00 | | $68,250.00 |
| 05/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $68.06 | $68,181.94 |
| 06/02/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $75.28 | $68,106.66 |
| 07/09/25 | 40 | Elwood O'Donohoe Braun & White LLP | NON-EXEMPT ASSETS balance on sale of asset | 1110-000 | $35.00 | | $68,141.66 |
| 07/14/25 | 7001 | Iowa Department of Revenue Fiduciary Return Processing PO Box 10467 Des Moines IA  50306-0467 | Estate Income Tax Liability Form IA1041 2024 -- Kimberly Hettinger | 2820-000 | | $349.00 | $67,792.66 |
| 07/14/25 | 7002 | United States Treasury Department of the Treasury Internal Revenue Service Ogden UT  84201-0148 | Estate Income Tax Liability Kimberly fed tax liability | 2810-000 | | $863.00 | $66,929.66 |
| 07/14/25 | 7003 | United States Treasury Internal Revenue Service Ogden UT  84201-0148 | Estate Income Tax Liability Rodney estate tax lia | 2810-000 | | $863.00 | $66,066.66 |
| 07/14/25 | 7004 | Iowa Department of Revenue PO Box 10466 Des Moines IA  50306-0466 | Estate Income Tax Liability Rodney estate tax lia | 2820-000 | | $349.00 | $65,717.66 |
| 12/16/25 | 7005 | Renee Hanrahan | Final distribution creditor account # representing a payment of 100.00% per court order. | 2100-000 | | $3,414.25 | $62,303.41 |
| 12/16/25 | 7006 | Renee Hanrahan | Final distribution creditor account # representing a payment of 100.00% per court order. | 2200-000 | | $96.30 | $62,207.11 |
| 12/16/25 | 7007 | Benjamin G. Nielsen Pugh Hagan Prahm PLC 425  E Oakdale Blvd Suite 201 Coralville IA 52241-1755 | Final distribution creditor account # representing a payment of 100.00% per court order. | 3210-000 | | $9,180.00 | $53,027.11 |

| | Page Subtotals: | | | | $68,285.00 | $15,257.89 | |

## FORM 2A
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 19-01165 | Trustee Name: Renee K. Hanrahan | Exhibit 9 |
| Case Name: Rodney L. Hettinger | Bank Name: Axos Bank | |
| Kimberly K Hettinger | Account Number/CD#: XXXXXX0668 | |
| | Checking | |
| Taxpayer ID No: XX-XXX7403 | Blanket Bond (per case limit): $23,400,000.00 | |
| For Period Ending: 02/11/2026 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/16/25 | 7008 | ERIC W. LAM<br>Simmons Perrine Moyer Bergman<br>115 Third Street SE, Ste 1200<br>Cedar Rapids, IA  52401 | Final distribution creditor account # representing a payment of 100.00% per court order. | 3210-000 | | $3,700.00 | $49,327.11 |
| 12/16/25 | 7009 | Benjamin G. Nielsen<br>Pugh Hagan Prahm PLC<br>425  E Oakdale Blvd Suite 201<br>Coralville IA 52241-1755 | Final distribution creditor account # representing a payment of 100.00% per court order. | 3220-000 | | $175.00 | $49,152.11 |
| 12/16/25 | 7010 | David Koch<br>2750 First Ave NE Suite 420<br>Cedar Rapids IA  52402 | Final distribution creditor account # representing a payment of 100.00% per court order. | 3410-000 | | $1,200.00 | $47,952.11 |
| 12/16/25 | 7011 | Fifth Third Bank<br>1830 East Paris S.E., MS #RSC3E<br>Grand Rapids MI  49546 | Final distribution to claim 3 creditor account #0635 representing a payment of 3.13% per court order. | 7100-000 | | $123.18 | $47,828.93 |
| 12/16/25 | 7012 | Fifth Third Bank, N.A.<br>1830 East Paris S.E., MS #RSCB3E<br>Grand Rapids MI  49546 | Final distribution to claim 4 creditor account #1856 representing a payment of 3.13% per court order. | 7100-000 | | $286.85 | $47,542.08 |
| 12/16/25 | 7013 | John Deere Financial<br>C/O Weltman, Weinberg And Reis Co., Lpa<br>PO Box 93784<br>Cleveland OH  44101 | Final distribution to claim 5 creditor account #3000 representing a payment of 3.13% per court order. | 7100-000 | | $938.48 | $46,603.60 |
| 12/16/25 | 7014 | John Deere Financial<br>C/O Weltman, Weinberg And Reis Co., Lpa<br>PO Box 93784<br>Cleveland OH  44101 | Final distribution to claim 6 creditor account #5890 representing a payment of 3.13% per court order. | 7100-000 | | $1,189.75 | $45,413.85 |
| 12/16/25 | 7015 | John Deere Financial<br>C/O Weltman, Weinberg And Reis Co., Lpa<br>PO Box 93784<br>Cleveland OH  44101 | Final distribution to claim 7 creditor account #2007 representing a payment of 3.13% per court order. | 7100-000 | | $1,591.79 | $43,822.06 |

Page Subtotals:                    $0.00        $9,205.05

## FORM 2A
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 19-01165 | Trustee Name: Renee K. Hanrahan |
| Case Name: Rodney L. Hettinger | Bank Name: Axos Bank |
| Kimberly K Hettinger | Account Number/CD#: XXXXXX0668 |
| | Checking |
| Taxpayer ID No: XX-XXX7403 | Blanket Bond (per case limit): $23,400,000.00 |
| For Period Ending: 02/11/2026 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/16/25 | 7016 | John Deere Financial C/O Weltman, Weinberg And Reis Co., Lpa PO Box 93784 Cleveland OH 44101 | Final distribution to claim 8 creditor account #1553 representing a payment of 3.13% per court order. | 7100-000 | | $1,774.49 | $42,047.57 |
| 12/16/25 | 7017 | John Deere Financial C/O Weltman, Weinberg And Reis Co., Lpa PO Box 93784 Cleveland OH 44101 | Final distribution to claim 9 creditor account #2662 representing a payment of 3.13% per court order. | 7100-000 | | $2,482.61 | $39,564.96 |
| 12/16/25 | 7018 | John Deere Financial C/O Weltman, Weinberg And Reis Co., Lpa PO Box 93784 Cleveland OH 44101 | Final distribution to claim 10 creditor account #3146 representing a payment of 3.13% per court order. | 7100-000 | | $1,659.70 | $37,905.26 |
| 12/16/25 | 7019 | U.S. Bank National Association PO Box 5227 Cincinnati OH 45201-5227 | Final distribution to claim 14 creditor account #6643 representing a payment of 3.13% per court order. | 7100-000 | | $594.10 | $37,311.16 |
| 12/16/25 | 7020 | First National Bank Of Omaha 1620 Dodge St., Stop Code 3105 Omaha, Ne 68197 | Final distribution to claim 15 creditor account #0328 representing a payment of 3.13% per court order. | 7100-000 | | $43.22 | $37,267.94 |
| 12/16/25 | 7021 | First National Bank Of Omaha 1620 Dodge St., Stop Code 3105 Omaha, Ne 68197 | Final distribution to claim 16 creditor account #6004 representing a payment of 3.13% per court order. | 7100-000 | | $484.37 | $36,783.57 |
| 12/16/25 | 7022 | South Central State Bank PO Box 186 Campbell NE 68932 | Final distribution to claim 18 creditor account #2405 representing a payment of 3.13% per court order. | 7100-000 | | $1,189.56 | $35,594.01 |
| 12/16/25 | 7023 | CNH Industrial Capital, LLC PO Box 3600 Lancaster PA 17604 | Final distribution to claim 19 creditor account #5004 representing a payment of 3.13% per court order. | 7100-000 | | $1,384.17 | $34,209.84 |
| 12/16/25 | 7024 | CNH Industrial Capital, LLC PO Box 3600 Lancaster PA 17604 | Final distribution to claim 20 creditor account #2013 representing a payment of 3.13% per court order. | 7100-000 | | $1,677.18 | $32,532.66 |

| | | Page Subtotals: | | | $0.00 | $11,289.40 | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 19-01165 | Trustee Name: | Renee K. Hanrahan | Exhibit 9 |
| Case Name: | Rodney L. Hettinger | Bank Name: | Axos Bank | |
| | Kimberly K Hettinger | Account Number/CD#: | XXXXXX0668 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX7403 | Blanket Bond (per case limit): | $23,400,000.00 | |
| For Period Ending: | 02/11/2026 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/16/25 | 7025 | CNH Industrial Capital, LLC PO Box 3600 Lancaster PA 17604 | Final distribution to claim 21 creditor account #5003 representing a payment of 3.13% per court order. | 7100-000 | | $1,350.43 | $31,182.23 |
| 12/16/25 | 7026 | CNH Industrial Capital, LLC PO Box 3600 Lancaster PA 17604 | Final distribution to claim 22 creditor account #2010 representing a payment of 3.13% per court order. | 7100-000 | | $599.16 | $30,583.07 |
| 12/16/25 | 7027 | CNH Industrial Capital, LLC PO Box 3600 Lancaster PA 17604 | Final distribution to claim 23 creditor account #2012 representing a payment of 3.13% per court order. | 7100-000 | | $792.33 | $29,790.74 |
| 12/16/25 | 7028 | CNH Industrial Capital, LLC PO Box 3600 Lancaster PA 17604 | Final distribution to claim 24 creditor account #7014 representing a payment of 3.13% per court order. | 7100-000 | | $3,036.72 | $26,754.02 |
| 12/16/25 | 7029 | CNH Industrial Capital, LLC PO Box 3600 Lancaster PA 17604 | Final distribution to claim 25 creditor account #6005 representing a payment of 3.13% per court order. | 7100-000 | | $628.25 | $26,125.77 |
| 12/16/25 | 7030 | PSB Corporation 414 N. Adams Street Po Box 248 Wellsburg, Iowa 50680 | Final distribution to claim 30 creditor account # representing a payment of 3.13% per court order. | 7100-000 | | $12,045.59 | $14,080.18 |
| 12/16/25 | 7031 | Farmers Savings Bank C/O Patrick B. Dillon 209 E. 1St Street Sumner, Iowa 50674 | Final distribution to claim 31 creditor account #7162 representing a payment of 3.13% per court order. | 7100-000 | | $191.05 | $13,889.13 |
| 12/16/25 | 7032 | Resurgent Receivables, Llc Resurgent Capital Services Po Box 10587 Greenville, Sc 29603-0587 | Final distribution to claim 35 creditor account #8673 representing a payment of 3.13% per court order. | 7100-000 | | $519.88 | $13,369.25 |
| 12/16/25 | 7033 | PSB Corporation 414 N. Adams Street Po Box 248 Wellsburg, Iowa 50680 | Final distribution to claim 36 creditor account # representing a payment of 3.13% per court order. | 7100-000 | | $13,369.25 | $0.00 |

|  |  | COLUMN TOTALS | $68,285.00 | $68,285.00 |
|  |  | Page Subtotals: | $0.00 | $32,532.66 |

Exhibit 9

| | | |
|---|---|---|
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $68,285.00 | $68,285.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $68,285.00 | $68,285.00 |

| Page Subtotals: | $0.00 | $0.00 |
|---|---|---|

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 19-01165 | Trustee Name: Renee K. Hanrahan | Exhibit 9 |
| Case Name: Rodney L. Hettinger | Bank Name: Axos Bank | |
| Kimberly K Hettinger | Account Number/CD#: XXXXXX0478 | |
| | Checking | |
| Taxpayer ID No: XX-XXX7403 | Blanket Bond (per case limit): $23,400,000.00 | |
| For Period Ending: 02/11/2026 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/08/20 | 6 | HENKELS ATTORNEY TRUST ACCOUNT | BANK ACCOUNT TURNOVER | 1129-000 | $800.00 | | $800.00 |
| 01/11/21 | 6 | CITIZENS STATE BANK | TURNOVER OF FUNDS | 1129-000 | $1,769.71 | | $2,569.71 |
| 02/26/21 | 6 | HENKELS & BAKER PC | PYMT ON BANK BALANCE | 1129-000 | $1,500.00 | | $4,069.71 |
| 03/10/21 | 7 | BENDA, DEAN | SETTLEMENT RIGHT FIRST REFUSAL | 1129-000 | $300,000.00 | | $304,069.71 |
| 03/18/21 | 6 | HENKELS AND BAKER | TURNOVER BANK FUNDS PER COMPROMISE | 1129-000 | $1,930.29 | | $306,000.00 |
| 05/20/21 | 2001 | INTERNATIONAL SURETIES LTD 701 Poydras St Ste 420 New Orleans, LA  70139 | BOND # 016018056 | 2300-000 | | $113.64 | $305,886.36 |
| 02/17/22 | 2002 | TREASURY, UNITED STATES | 2021 FM 1041-V  30-6686235 | 2810-000 | | $12,516.00 | $293,370.36 |
| 02/17/22 | 2003 | IOWA DEPARTMENT OF REVENUE | 2021 IA-1041-V  30-36686235 | 2820-000 | | $8,091.00 | $285,279.36 |
| 02/17/22 | 2004 | TREASURY, UNITED STATES | 2021 FM 1041-V  88-6120778 | 2810-000 | | $12,516.00 | $272,763.36 |
| 02/17/22 | 2005 | IOWA DEPARTMENT OF REVENUE | 2021 IA 1041-V  88-6120778 | 2820-000 | | $8,091.00 | $264,672.36 |
| 04/22/22 | 2006 | ERIC W. LAM Simmons Perrine Moyer Bergman 115 Third Street SE, Ste 1200 Cedar Rapids, IA  52401 | FEES/EXP PER ORDER 03.05.21 | | | $23,779.72 | $240,892.64 |
| | | ERIC W. LAM | ($23,764.50) | 3210-000 | | | |
| | | ERIC W. LAM | ($15.22) | 3220-000 | | | |
| 05/27/22 | 2007 | SHERYL L. SCHNITTJER 24695 207TH AVE DELHI, IA 52223 | Former Trustee's Compensation & Expenses | | | $18,583.84 | $222,308.80 |
| | | SHERYL L. SCHNITTJER | ($18,550.00) | 2100-000 | | | |
| | | SHERYL L. SCHNITTJER | ($33.84) | 3992-000 | | | |
| | | | Page Subtotals: | | $306,000.00 | $83,691.20 | |

## FORM 2A
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 19-01165 | | | | Trustee Name: Renee K. Hanrahan | | **Exhibit 9** |
| Case Name: Rodney L. Hettinger | | | | Bank Name: Axos Bank | | |
| Kimberly K Hettinger | | | | Account Number/CD#: XXXXXX0478 | | |
| | | | | Checking | | |
| Taxpayer ID No: XX-XXX7403 | | | | Blanket Bond (per case limit): $23,400,000.00 | | |
| For Period Ending: 02/11/2026 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/27/22 | 2008 | CLERK, U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF IOWA 111 7TH AVE SE BOX 15 CEDAR RAPIDS, IA 52401-2101 | Clerk of the Courts Costs (includes | 2700-000 | | $350.00 | $221,958.80 |
| 05/27/22 | 2009 | CYNTHIA A. M. PARKER PARKER CORRIDOR LAW, PLLC 2720 GRANITE COURT NE CEDAR RAPIDS, IA 52402 | Accountant for Trustee Fees (Other | 3410-000 | | $2,000.00 | $219,958.80 |
| 05/27/22 | 2010 | ERIC W. LAM Simmons Perrine Moyer Bergman 115 Third Street SE, Ste 1200 Cedar Rapids, IA 52401 | Distribution | 3210-000 | | $18,646.20 | $201,312.60 |
| 05/27/22 | 2011 | Fifth Third Bank Po Box 9013 Addison, Texas 75001 | Claim 000003, Payment 12.13955% (3-1) PLEASE SEE CLAIM FOR PAYMENT ADDRESS.(3-2) PLEASE SEE CLAIM FOR PAYMENT ADDRESS. | 7100-000 | | $477.35 | $200,835.25 |
| 05/27/22 | 2012 | Fifth Third Bank, N.A. Po Box 9013 Addison, Texas 75001 | Claim 000004, Payment 12.13943% (4-1) PLEASE SEE CLAIM FOR PAYMENT ADDRESS.(4-2) PLEASE SEE CLAIM FOR PAYMENT ADDRESS. | 7100-000 | | $1,111.52 | $199,723.73 |
| 05/27/22 | 2013 | John Deere Financial C/O Weltman, Weinberg And Reis Co., Lpa 965 Keynote Circle Brooklyn Hts., Oh 44131 | Claim 000005, Payment 12.13945% (5-1) 3000 (5-1) PLEASE SEE CLAIM FOR PAYMENT ADDRESS. | 7100-000 | | $3,636.58 | $196,087.15 |
| 05/27/22 | 2014 | John Deere Financial C/O Weltman, Weinberg And Reis Co., Lpa 965 Keynote Circle Brooklyn Hts., Oh 44131 | Claim 000006, Payment 12.13947% (6-1) 5890 (6-1) PLEASE SEE CLAIM FOR PAYMENT ADDRESS. | 7100-000 | | $4,610.24 | $191,476.91 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $30,831.89 |

**Page: 8**

**FORM 2**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 19-01165
Case Name: Rodney L. Hettinger
Kimberly K Hettinger

Taxpayer ID No: XX-XXX7403
For Period Ending: 02/11/2026

Trustee Name: Renee K. Hanrahan
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0478
Checking
Blanket Bond (per case limit): $23,400,000.00
Separate Bond (if applicable):

**Exhibit 9**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/27/22 | 2015 | John Deere Financial C/O Weltman, Weinberg And Reis Co., Lpa 965 Keynote Circle Brooklyn Hts., Oh 44131 | Claim 000007, Payment 12.13945% (7-1) 2007 (7-1) PLEASE SEE CLAIM FOR PAYMENT ADDRESS. | 7100-000 | | $6,168.10 | $185,308.81 |
| 05/27/22 | 2016 | John Deere Financial C/O Weltman, Weinberg And Reis Co., Lpa 965 Keynote Circle Brooklyn Hts., Oh 44131 | Claim 000008, Payment 12.13946% (8-1) 1553 | 7100-000 | | $6,876.11 | $178,432.70 |
| 05/27/22 | 2017 | John Deere Financial C/O Weltman, Weinberg And Reis Co., Lpa 965 Keynote Circle Brooklyn Hts., Oh 44131 | Claim 000009, Payment 12.13946% (9-1) 2662 (9-1) PLEASE SEE CLAIM FOR PAYMENT ADDRESS. | 7100-000 | | $9,620.04 | $168,812.66 |
| 05/27/22 | 2018 | John Deere Financial C/O Weltman, Weinberg And Reis Co., Lpa 965 Keynote Circle Brooklyn Hts., Oh 44131 | Claim 000010, Payment 12.13944% (10-1) 3146 (10-1) PLEASE SEE CLAIM FOR PAYMENT ADDRESS. | 7100-000 | | $6,431.24 | $162,381.42 |
| 05/27/22 | 2019 | U.S. Bank National Association Bankruptcy Department Po Box 108 St. Louis Mo 63166-0108 | Claim 000014, Payment 12.13944% (14-1) USBCRD1901165IAN 62536643 (14-1) PLEASE SEE CLAIM FOR PAYMENT ADDRESS. | 7100-000 | | $2,302.09 | $160,079.33 |
| 05/27/22 | 2020 | First National Bank Of Omaha 1620 Dodge St., Stop Code 3105 Omaha, Ne 68197 | Claim 000015, Payment 12.13979% | 7100-000 | | $167.50 | $159,911.83 |
| 05/27/22 | 2021 | First National Bank Of Omaha 1620 Dodge St., Stop Code 3105 Omaha, Ne 68197 | Claim 000016, Payment 12.13945% | 7100-000 | | $1,876.92 | $158,034.91 |

Page Subtotals: $0.00 $33,442.00

Case 19-01165 Doc 332 Filed 02/25/26 Entered 02/25/26 11:07:31 Desc Page

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 19-01165 | Trustee Name: Renee K. Hanrahan |
| Case Name: Rodney L. Hettinger | Bank Name: Axos Bank |
| Kimberly K Hettinger | Account Number/CD#: XXXXXX0478 |
| | Checking |
| Taxpayer ID No: XX-XXX7403 | Blanket Bond (per case limit): $23,400,000.00 |
| For Period Ending: 02/11/2026 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/27/22 | 2022 | South Central State Bank<br>G. Mark Rice<br>699 Walnut Street, Suite 2000<br>Des Moines, Ia 50309 | Claim 000018, Payment 12.13945%<br>(18-1) PLEASE SEE CLAIM FOR PAYMENT ADDRESS.(18-2) PLEASE SEE CLAIM FOR PAYMENT ADDRESS.(18-3) SEE CLAIM FOR PAYMENT ADDRESS | 7100-000 | | $4,609.49 | $153,425.42 |
| 05/27/22 | 2023 | Cnh Industrial Capital, Llc<br>Po Box 3600<br>Lancaster, Pa 17604 | Claim 000019, Payment 12.13945%<br>(19-1) MONEY LOANED | 7100-000 | | $5,363.61 | $148,061.81 |
| 05/27/22 | 2024 | Cnh Industrial Capital, Llc<br>Po Box 3600<br>Lancaster, Pa 17604 | Claim 000020, Payment 12.13946%<br>(20-1) MONEY LOANED(20-2) ACCOUNT NUMBER (LAST 4 DIGITS):2013 FILER COMMENT: CASE IH 2150 PLANTER DEFICIENCY BALANCE<br>(20-2) PLEASE SEE CLAIM FOR PAYMENT ADDRESS. | 7100-000 | | $6,499.01 | $141,562.80 |
| 05/27/22 | 2025 | Cnh Industrial Capital, Llc<br>Po Box 3600<br>Lancaster, Pa 17604 | Claim 000021, Payment 12.13944%<br>(21-1) MONEY LOANED | 7100-000 | | $5,232.83 | $136,329.97 |
| 05/27/22 | 2026 | Cnh Industrial Capital, Llc<br>Po Box 3600<br>Lancaster, Pa 17604 | Claim 000022, Payment 12.13944%<br>(22-1) MONEY LOANED | 7100-000 | | $2,321.70 | $134,008.27 |
| 05/27/22 | 2027 | Cnh Industrial Capital, Llc<br>Po Box 3600<br>Lancaster, Pa 17604 | Claim 000023, Payment 12.13947%<br>(23-1) MONEY LOANED | 7100-000 | | $3,070.27 | $130,938.00 |
| 05/27/22 | 2028 | Cnh Industrial Capital, Llc<br>Po Box 3600<br>Lancaster, Pa 17604 | Claim 000024, Payment 12.13945%<br>(24-1) MONEY LOANED | 7100-000 | | $11,767.17 | $119,170.83 |
| 05/27/22 | 2029 | Cnh Industrial Capital, Llc<br>Po Box 3600<br>Lancaster, Pa 17604 | Claim 000025, Payment 12.13944%<br>(25-1) MONEY LOANED | 7100-000 | | $2,434.42 | $116,736.41 |

| | | | Page Subtotals: | | $0.00 | $41,298.50 |

UST Form 101-7-TDR (10/1/2010) *(Page: 22)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 19-01165 | Trustee Name: Renee K. Hanrahan |
| Case Name: Rodney L. Hettinger | Bank Name: Axos Bank |
| Kimberly K Hettinger | Account Number/CD#: XXXXXX0478 |
| | Checking |
| Taxpayer ID No: XX-XXX7403 | Blanket Bond (per case limit): $23,400,000.00 |
| For Period Ending: 02/11/2026 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/27/22 | 2030 | Farmers Savings Bank C/O Patrick B. Dillon 209 E. 1St Street Sumner, Iowa 50674 | Claim 000031, Payment 12.13939% | 7100-000 | | $740.31 | $115,996.10 |
| 05/27/22 | 2031 | Resurgent Receivables, Llc Resurgent Capital Services Po Box 10587 Greenville, Sc 29603-0587 | Claim 000035, Payment 12.13948% | 7100-000 | | $2,014.53 | $113,981.57 |
| 05/27/22 | 2032 | Psb Corporation 414 N. Adams Street Po Box 248 Wellsburg, Iowa 50680 | Claim 000036, Payment 12.13946% (36-1) UNSECURED CLAIM | 7100-000 | | $51,805.37 | $62,176.20 |
| 05/27/22 | 2033 | Psb Corporation 414 N. Adams Street Po Box 248 Wellsburg, Iowa 50680 | Claim 30, Payment 12.13945% | 7100-000 | | $46,676.20 | $15,500.00 |
| 05/27/22 | 2034 | Psb Corporation 414 N. Adams Street Po Box 248 Wellsburg, Iowa 50680 | Claim 30-A, Payment 100.00000% | 4210-000 | | $15,500.00 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $306,000.00 | $306,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $306,000.00 | $306,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $306,000.00 | $306,000.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 23)*

Page Subtotals:                    $0.00        $116,736.41

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0478 - Checking | $306,000.00 | $306,000.00 | $0.00 |
| XXXXXX0668 - Checking | $68,285.00 | $68,285.00 | $0.00 |
| | $374,285.00 | $374,285.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $374,285.00 |
| Total Gross Receipts: | $374,285.00 |